FILED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RONALD WOOD,<br>301 PEMBROKE STREET<br>LADSON, SOUTH CAROLINA 29456<br><br>    *Plaintiff,*<br><br>v.<br><br>DYNCORP<br>11710 PLAZA AMERICA DR.<br>RESTON, VIRGINIA 20190,<br>Serve:<br>CT Corporation System<br>1015 15th Street, N.W., Suite 1000<br>Washington, D.C.<br><br>    *and*<br><br>DYNCORP INTERNATIONAL LLC<br>8445 FREEPORT PARKWAY, SUITE 400<br>IRVING, TEXAS 75063,<br><br>    *and*<br><br>DYNCORP INTERNATIONAL INC.<br>8445 FREEPORT PARKWAY, SUITE 400<br>IRVING, TEXAS 75063<br><br>    **Defendants.** | )<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NUMBER 1:06CV01616<br>)<br>)  JUDGE: Colleen Kollar-Kotelly<br>)<br>)  DECK TYPE: Personal Injury/Malpractice<br>)<br>)  DATE STAMP: 09/18/2006<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JURY ACTION

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants DynCorp, DynCorp International, LLC and DynCorp International, Inc. ("Defendants"), by and through their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, submit this Notice of Removal pursuant to 28 U.S.C. § 1332, 1441, and 1446. In support of this removal, Defendants state the following:

241686.1

1. On August 14, 2006, Plaintiff Ronald Wood filed a Complaint in the Superior Court of the District of Columbia captioned as <u>Wood v. Dyncorp et al.</u>, Case No. 0006295-06 ("the Complaint").

2. In the Complaint, plaintiff alleges negligence, gross negligence, and breach of contract against Defendants.

3. Plaintiff is a citizen and resident of South Carolina. Complaint, ¶ 1.

4. Defendant DynCorp is a Delaware corporation with its principal place of business in Virginia. Complaint, ¶ 2; Declaration of Cheralyn S. Cameron, at ¶ 6 (attached hereto as Exhibit A).

5. Defendant DynCorp International LLC is a Delaware limited liability corporation with its principal place of business in Virginia. Declaration of Larry Grayer, at ¶ 5 (attached hereto as Exhibit B).

6. Defendant DynCorp International Inc. is a Delaware corporation with its principal place of business in Virginia. Declaration of Larry Grayer, at ¶ 6 (attached hereto as Exhibit B).

7. All Defendants have been served in this action.

8. All Defendants consent to this removal.

9. None of the Defendants have filed a responsive pleading in this matter.

10. The amount in controversy in this action, exclusive of interests and costs, exceeds $75,000 as the Complaint demands $2,750,000.00 in compensatory and punitive damages.

11. Therefore, because there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action pursuant to 28 U.S.C. 1332(a) and removal of this action to this Court is proper pursuant to 29 U.S.C. § 1441.

241686.1

12. Pursuant to 20 U.S.C. § 1446(a), all copies of all process, pleadings, and orders served on Defendants are attached to this Notice of Removal as Exhibit C and undersigned counsel certifies that a copy of this Notice of Removal will be served promptly on plaintiff and filed with the Clerk of the Superior Court for the District of Columbia.

**WHEREFORE**, Defendants DynCorp, DynCorp International LLC and DynCorp International Inc. hereby remove the above-captioned action from the Superior Court for the District of Columbia to the U.S. District Court for the District of Columbia.

September 18, 2006

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Robert B. Wallace (D.C. Bar No. 108571)
Yoora Pak (D.C. Bar. No. 467007)
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **NOTICE OF REMOVAL** was sent, via first class, U.S. Mail, on the 18th day of September, 2006, to:

> Nathan I. Finkelstein, Esq.
> Laurie B. Horvitz, Esq.
> Robert J. Goldman, Esq.
> Finkelstein & Horvitz, P.C.
> 7315 Wisconsin Avenue
> Suite 400 East
> Bethesda, MD 20814
>
> *Attorneys for Plaintiff*

_____
Robert B. Wallace

241686.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RONALD WOOD, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DYNCORP, DYNCORP INTERNATIONAL )<br>LLC, and DYNCORP INTERNATIONAL INC., )<br>)<br>__Defendants__. ) | Civil Action No. _____ |

## STATEMENT PURSUANT TO LCvR 7.1

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, Defendant DynCorp, by and through their undersigned counsel, certify as follows:

I, the undersigned, counsel of record for DynCorp, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DynCorp which have outstanding securities in the hands of the public:

> DynCorp is a wholly owned subsidiary of Computer Sciences Corp., which has outstanding securities in the hands of the public that are publicly traded on the New York Stock Exchange under the symbol "CSC." DynCorp itself does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

241686.1

September 18, 2006

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Robert B. Wallace (D.C. Bar No. 108571)
Yoora Pak (D.C. Bar. No. 467007)
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)

*Attorneys for Defendant DynCorp*

2

241686.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **STATEMENT PURSUANT TO LCvR 7.1** was sent, via first class, U.S. Mail, on the 18th day of September, 2006, to:

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814

*Attorneys for Plaintiff*

Robert B. Wallace

3

241686.1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| **RONALD WOOD,** ) | |
| ) | **Civil Action No. _____** |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| **DYNCORP, DYNCORP INTERNATIONAL** ) | |
| **LLC, and DYNCORP INTERNATIONAL INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## STATEMENT PURSUANT TO LCvR 7.1

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, Defendants DynCorp International LLC and DynCorp International Inc., by and through their undersigned counsel, certify as follows:

I, the undersigned, counsel of record for DynCorp International LLC and DynCorp International Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DynCorp International LLC and DynCorp International Inc. which have outstanding securities in the hands of the public:

DynCorp International LLC is wholly owned by DynCorp International Inc. and does not have any outstanding securities in the hands of the public.

DynCorp International Inc. has outstanding securities in the hands of the public that are publicly traded on the New York Stock Exchange under the symbol "DCP." DynCorp International Inc.

241686.1

does not have a parent company, subsidiary or affiliate that has outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

September 18, 2006

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Robert B. Wallace (D.C. Bar No. 108571)
Yoora Pak (D.C. Bar. No. 467007)
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)

*Attorneys for Defendants DynCorp International LLC and DynCorp International Inc.*

2

241686.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **STATEMENT PURSUANT TO LCvR 7.1** was sent, via first class, U.S. Mail, on the 18th day of September, 2006, to:

>Nathan I. Finkelstein, Esq.
>Laurie B. Horvitz, Esq.
>Robert J. Goldman, Esq.
>Finkelstein & Horvitz, P.C.
>7315 Wisconsin Avenue
>Suite 400 East
>Bethesda, MD 20814

*Attorneys for Plaintiff*

Robert B. Wallace

3

241686.1