UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

RONALD WOOD,  )
     )
    Plaintiff,  )     Civil Action No. _____ _____
     )
v.  )
     )
DYNCORP, DYNCORP INTERNATIONAL  )
LLC, and DYNCORP INTERNATIONAL INC.,  )
     )
    Defendants.  )

## DECLARATION OF CHERALYN S. CAMERON

1. I, Cheralyn S. Cameron, certify that I am over the age of 18 years and have personal knowledge of the matters set forth herein.

2. I am competent to testify to the matters set forth herein.

3. As of March 7, 2003, I am an attorney employed by Computer Sciences Corporation (CSC) as Senior Counsel. Prior to that date, I was employed by DynCorp which merged into CSC but survived the merger as a wholly-owned corporate entity with the same tax identification number.

4. I have been in my current position for 18 years.

5. In my position of Senior Counsel, I am familiar with the corporate structure and relationships of the DynCorp entities.

6. DynCorp is a Delaware corporation with its principal place of business in Virginia.

06 1616

FILED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
A

241688.1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on September 15, 2006.

_____
Cheralyn S. Cameron, Esquire