UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RONALD WOOD, ) | Civil Action No. _____ |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| DYNCORP, DYNCORP INTERNATIONAL ) | |
| LLC, and DYNCORP INTERNATIONAL INC., ) | |
| ) | |
|     **Defendants**. ) | |

## DECLARATION OF H. MONTGOMERY HOUGEN

1. I, H. Montgomery Hougen, certify that I am over the age of 18 years and have personal knowledge of the matters set forth herein.

2. I am competent to testify to the matters set forth herein.

3. I am the Corporate Secretary of DynCorp International Inc. and the Vice President, Secretary & Deputy General Counsel of DynCorp International LLC.

4. In my position, I am familiar with the corporate structure and principal places of business of the DynCorp International entities referenced above.

5. DynCorp International LLC is a Delaware limited liability corporation. Until August 31, 2006, its principal place of business was in Irving, Texas. Its principal place of business is now in Falls Church, Virginia.

6. DynCorp International Inc. is a Delaware corporation. Until August 31, 2006, its principal place of business was in Irving, Texas. Its principal place of business is now in Falls Church, Virginia.

FILED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1616

EXHIBIT B

241705.1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on September 18, 2006.

H. Montgomery Hougen

241705.1