IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06-cv-1616 ) ) |
| DYNCORP, et al., | ) ) |
| Defendants. | ) |

## ANSWER

COME NOW, Defendants DynCorp, DynCorp International LLC and DynCorp International, Inc. (hereinafter "Defendants"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and hereby answers the Complaint filed in the above-captioned matter.

1. Defendants are without sufficient knowledge to admit or deny the allegation contained in Paragraph 1 of the Complaint and therefore, deny same.

2. Defendants admit the allegations in Paragraph 2.

3. Defendants admit the allegations in Paragraph 3.

4. Defendants admit the allegations in Paragraph 4.

5. Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 5 of the Complaint and therefore, deny same.

6. Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 6 of the Complaint and therefore, deny same.

7. Defendants deny the allegations in Paragraph 7 of this Complaint, except to state that Defendant DynCorp International LLC had a contractual relationship with WWNS.

8. Defendants deny the allegations of Paragraph 8 of the Complaint.

9.  Defendants are without sufficient knowledge to admit or deny the allegation contained in Paragraph 9 of the Complaint and therefore, deny same.

10. Defendants deny the allegations of Paragraph 10.

11. Defendants deny the allegations of Paragraph 11.

12. Defendants are without sufficient knowledge to admit or deny the allegation contained in Paragraph 12 of the Complaint and therefore, deny same.

13. Defendants deny the allegations in Paragraph 13 of the Complaint, except that Defendants admit that they have contracts with the Department of Defense and the Department of State.

14. Defendants admit that DynCorp International LLC is a wholly owned subsidiary of DynCorp International Inc. Defendants deny the remaining allegations of Paragraph 14 of the Complaint.

15. Defendants deny the allegations of Paragraph 15 of the Complaint.

16. The allegations contained in Paragraph 16 of the Complaint are conclusions of law as to which no response is required. To the extent the allegations in Paragraph 16 are deemed to require an answer, Defendants deny all of these allegations.

17. The allegations contained in Paragraph 17 of the Complaint are conclusions of law as to which no response is required. To the extent the allegations in Paragraph 17 are deemed to require an answer, Defendants deny all of these allegations.

18. Defendant reasserts its responses to Paragraph 1 through 17.

19. Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 19 of the Complaint and therefore, deny same.

20. Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 20 of the Complaint and therefore, deny same.

21. Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 21 of the Complaint and therefore, deny same.

22. As to the last sentence of Paragraph 22, Defendant deny the allegations contained therein. As to the remaining allegations in Paragraph 22 of the Complaint, Defendants are without sufficient knowledge to admit or deny the allegations and therefore, deny same.

23. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

24. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

25. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

26. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

27. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

28. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

29. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

30. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

242652.1

31. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

32. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

33. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

34. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

35. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

36. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

37. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

38. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

39. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

40. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

41. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

42. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

43. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

44. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

45. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

46. Defendants are without sufficient knowledge to admit or deny the allegations contained in this Paragraph of the Complaint and therefore, deny same.

47. Defendant reasserts its responses to Paragraphs 1 through 46.

48. Defendants deny the allegations in Paragraph 48.

49. Defendants deny the allegations in Paragraph 49.

50. Defendants deny the allegations in Paragraph 50.

51. The allegations contained in Paragraph 51 are conclusions of law to which no response is required. To the extent these allegations are deemed to require an answer, Defendants deny all of these allegations.

52. The allegations contained in Paragraph 52 are conclusions of law to which no response is required. To the extent these allegations are deemed to require an answer, Defendants deny all of these allegations.

53. Defendants are without sufficient knowledge to admit or deny the allegation contained in this Paragraph of the Complaint and therefore, deny same.

54. Defendants deny the allegations in Paragraph 54.

242652.1

55. Defendants deny the allegations in Paragraph 55.

56. Defendant reasserts their responses to Paragraphs 1 through 55.

57. Defendants deny the allegations in Paragraph 57.

58. The allegations contained in Paragraph 58 are conclusions of law to which no response is required. To the extent these allegations are deemed to require an answer, Defendants deny all of these allegations.

59. Defendants deny the allegations in Paragraph 59.

60. Defendants deny the allegations of Paragraph 60.

61. Defendants deny the allegations of Paragraph 61.

62. Defendants deny the allegations of Paragraph 62.

63. Defendants deny the allegations of Paragraph 63.

64. Defendants reassert their responses in Paragraphs 1 through 63.

65. Defendants deny the allegation in Paragraph 65, except to state that Defendant DynCorp International LLC had a contractual relationship with WWNS.

66. Defendants deny the allegation in Paragraph 66, except to state that the document speaks for itself.

67. Defendants deny the allegations of Paragraph 67.

68. Defendants are without sufficient knowledge to admit or deny the allegation contained in this Paragraph of the Complaint and therefore, deny same.

### FIRST DEFENSE

The claims may be barred by the applicable statute of limitations.

### SECOND DEFENSE

The Complaint fails to state claims upon which relief can be granted.

242652.1

### THIRD DEFENSE

The Court lacks subject matter jurisdiction over the claims asserted in the Complaint.

### FOURTH DEFENSE

Plaintiff has failed to exhaust his administrative remedies under the Defense Bases Act, 42 U.S.C. § 1651, *et seq.*, and the Longshore & Harbor Workers' Compensation Act, 33 U.S.C. § 901, *et seq.*

### FIFTH DEFENSE

Plaintiff's claims are barred as against the Defendants by the Defense Bases Act, 42 U.S.C. § 1651, *et seq.*, and the Longshore & Harbor Workers' Compensation Act, 33 U.S.C. § 901, *et seq.*

### SIXTH DEFENSE

The Court lacks subject matter jurisdiction because the facts as alleged implicate the political question doctrine.

### SEVENTH DEFENSE

Defendants are government contractors and thus immune from liability under the Government Contractor Defense.

### EIGHTH DEFENSE

The alleged injuries and/or damages, if any, may be due to the actions of others for whom Defendants are not and may not be legally responsible.

### NINTH DEFENSE

Plaintiff's causes of action may be barred by the doctrine of assumption of the risk.

### TENTH DEFENSE

The alleged injuries and/or damages, if any, may be due to Plaintiff's sole and/or contributory negligence.

### ELEVENTH DEFENSE

Plaintiff has failed to join an indispensable and necessary party.

### TWELVTH DEFENSE

Defendants performed each and every duty owed to Plaintiff, if any. Defnedants breached no duty owed to Plaintiff.

### THIRTEENTH DEFENSE

Plaintiff failed to mitigate, minimize, or avoid any damages he allegedly sustained and recovery against Defendants, if any, must be reduced by that amount.

### FOURTEENTH DEFENSE

Plaintiff's causes of action may be barred by waiver, estoppel, or laches.

The Defendant reserves the right to supplement this Answer with additional defenses during the litigation of this case.

WHEREFORE, Defendant requests the Court dismiss this cause of action with prejudice, award its costs, disbursements and attorneys fees, and other such relief as this Court deems appropriate.

242652.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP


_____/s/_____
Robert B. Wallace, (#108571)
Kevin P. Farrell (#492142)
Yoora Pak (#467007)
1341 G Street, NW, Fifth Floor
Washington, DC 20005-3186
Telephone (202) 626-7667
Facsimile (202) 628-3606

Attorney for Defendants

242652.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer by Defendants was served via Electronic Case Filing, (ECF) this 26th day of September, 2006 to:

>Nathan I. Finkelstein, Esq.
>Laurie B. Horvitz, Esq.
>Robert J. Goldman, Esq.
>Finkelstein & Horvitz, P.C.
>7315 Wisconsin Avenue
>Suite 400 East
>Bethesda, MD 20814
>
>*Attorneys for Plaintiff*

/s/<br>
Yoora Pak

242652.1