IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:06-cv-1616 |
| v. ) | |
| ) | |
| **DYNCORP, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO COMPLAINT**

COME NOW Defendants DynCorp, DynCorp International LLC and DynCorp International, Inc. (hereinafter "Defendants"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and hereby moves this Court for an enlargement of time to file its Answer by one (1) day. In support of their motion, Defendants state the following:

1. Plaintiff originally filed this Complaint in the Superior Court for the District of Columbia on or about August 14, 2006.

2. Defendant was served with the Complaint in this matter on or about August 29, 2006.

3. On September 18, 2006, Defendants removed the state court action to this Court based on diversity of citizenship. Thus, Defendants should have filed its Answer or other responsive pleading by Monday, September 25, 2006. Defendant did not do so.

4. Plaintiff has consented to a one (1) day extension of time to answer, move or otherwise respond to the Complaint.

5. This is the first enlargement of time sought by the Defendant.

242656.1

6.    No Scheduling Order has yet been issued and discovery deadlines have not been scheduled; thus, this requested enlargement of time would not impact on the progress of the litigation.

For the reasons stated above, Defendants respectfully requests that this Court grant this Consent Motion for Enlargement of Time.

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER, LLP


                _____/s/_____
                Robert B. Wallace, (#108571)
                Kevin P. Farrell (#492142)
                Yoora Pak (#467007)
                1341 G Street, NW, Fifth Floor
                Washington, DC  20005-3186
                Telephone (202) 626-7667
                Facsimile (202) 628-3606

                Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT was served via Electronic Case Filing, (ECF) this 26th day of September, 2006 to:

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814

*Attorneys for Plaintiff*

/s/
Yoora Pak

242656.1