A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Wood,

        Plaintiff(s)       )  **APPEARANCE**

        vs.              )  CASE NUMBER   1:06-cv-1616 CKK

DynCorp,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Yoora Pak  as counsel in this
(Attorney's Name)

case for:  DynCorp, DynCorp International LLC, and DynCorp International, Inc.
(Name of party or parties)

October 20, 2006
Date

/s/ Yoora Pak
Signature

Yoora Pak
Print Name

467007
BAR IDENTIFICATION

1341 G Street, N.W., Suite 500
Address

Washington, D.C.   20005
City           State           Zip Code

(202) 626-7660
Phone Number