AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Wood,

      Plaintiff(s)    )    **APPEARANCE**

      vs    )    CASE NUMBER   1:06-cv-1616 CKK

DynCorp,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Kevin Patrick Farrell   as counsel in this
(Attorney's Name)

case for:   DynCorp, DynCorp International LLC, and DynCorp International, Inc.
(Name of party or parties)

October 20, 2006
Date

_[Signature]_
Signature

492142
BAR IDENTIFICATION

Kevin Patrick Farrell
Print Name

1341 G Street, N.W., Suite 500
Address

Washington, D.C.    20005
City    State    Zip Code

(202) 626-7660
Phone Number