AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Wood,

      Plaintiff(s)      )   **APPEARANCE**

      vs      )   CASE NUMBER   1:06-cv-1616 CKK

DynCorp,

      Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kevin Patrick Farrell__ as counsel in this
              (Attorney's Name)

case for: __DynCorp, DynCorp International LLC, and DynCorp International, Inc.__
          (Name of party or parties)

October 20, 2006
Date

*/s/ Kevin Patrick Farrell*
Signature

492142
BAR IDENTIFICATION

Kevin Patrick Farrell
Print Name

1341 G Street, N.W., Suite 500
Address

Washington, D.C.   20005
City    State    Zip Code

(202) 626-7660
Phone Number