FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NO.:  3:06CV-00124-WHA-CSC

JOHNNY POTTS and JANICE POTTS,

   Plaintiffs,

vs.         0

DYNCORP INTERNATIONAL, L.L.C.,
JAMES MCCANTS, et al,
   Defendants.

DEPOSITION OF: JAMES D. MCCANTS
10:45 A.M.
JUNE 13, 2006

In accordance with Rule 5(d) of The
Alabama Rules of Civil Procedure, as
Amended, effective May 15, 1988, I, Cindy
C. Goldman, am hereby delivering to
Ms. Nancy Eady the original transcript of
the oral testimony taken on the 13th day
of June, 2006, along with exhibits.

EXHIBIT 10

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 62

1  Q. Was any of the training
2  different from what you -- about
3  different topics than what you were
4  trained on the first time?
5  A. No, ma'am.
6     MS. EADY: We've been going for
7  about an hour. Do you need to take a
8  break?
9     THE WITNESS: No, ma'am, I'm
10 fine.
11    MS. EADY: Okay.
12 Q. Are you registered to vote?
13 A. Yes, ma'am.
14 Q. In what state?
15 A. Georgia.
16 Q. And when did you register to
17 vote in Georgia?
18 A. 2002.
19 Q. Okay. Do you own any property
20 in Alabama, like real property is what we
21 call it, house, land, anything like that?
22 A. No, ma'am.
23 Q. What was your position with

Page 63

1  Aegis Management?
2  A. PSD.
3  Q. Personal security?
4  A. Yes, ma'am.
5  Q. And what did those duties
6  involve?
7  A. Providing security for the
8  client, moving them to different venues,
9  driving -- I mean, escorting from the
10 airport to Baghdad and different
11 locations throughout Iraq.
12 Q. And you were personal security
13 detail with Dyncorp also; correct?
14 A. Yes, ma'am.
15 Q. Were your duties essentially the
16 same as that with Aegis?
17 A. Yes, ma'am.
18 Q. You said that with Dyncorp you
19 were a liaison officer and a quality
20 control specialist?
21 A. Yes, ma'am.
22 Q. All right. What does a liaison
23 officer do?

Page 64

1  A. Monitor we -- had all four
2  border sites. Make sure that the quality
3  and everything is up to standard out at
4  the sites.
5  Q. Quality of what?
6  A. Living.
7  Q. Living?
8  A. Yes.
9  Q. All right. And what is a border
10 site?
11 A. We had a site out at Jordan,
12 Syria, Turkey, and Kuwait.
13 Q. Are they like encampments where
14 people lived?
15 A. Yes, ma'am.
16 Q. And who lived in these
17 encampments?
18 A. Our Iraqi employees. We also
19 had our American employees that lived out
20 there with them as well.
21 Q. So, who -- a liaison officer --
22 who were you a liaison between? Or who
23 did you -- I think of a liaison officer

Page 65

1  as kind of a go-between person or a
2  facilitator.
3  A. Yes, ma'am.
4  Q. Is that a correct understanding?
5  A. Yes, ma'am.
6  Q. All right. Who were you the
7  go-between for?
8  A. This was during the oil-for-food
9  project with Dyncorp. I reported to
10 Mr. Jackson.
11 Q. Was this before the Iraq
12 invasion or after?
13 A. After.
14 Q. After the invasion.
15    So, the border encampments --
16 were Iraqi and American employees still
17 working on the oil-for-food project?
18 A. Yes, ma'am.
19 Q. Okay. And you were a liaison
20 officer and quality control specialist
21 duties were kind of intertwined?
22 A. Yes, ma'am.
23 Q. All right. Then were you also

17 (Pages 62 to 65)

Page 66

1  at the same time a personal security
2  detail member?
3     A. In July of '03.
4     Q. Is that something --
5     A. I'm sorry. Not '03. '04. July
6  of '04 was when we went to school and
7  went back to training for the PSD.
8     Q. Were you a PSD person -- when
9  you started joining the personal security
10 detail, did you continue your duties as
11 liaison officer and quality control
12 officer as well?
13    A. Yes, ma'am.
14    Q. Okay. What was the training
15 about -- how long was the PSD training?
16    A. Two weeks.
17    Q. And what did they teach you
18 about?
19    A. More of -- they just honed in on
20 our skills that we already had during the
21 quality control and liaison period as far
22 as movement. They taught us how --
23 from -- then we would escort people,

Page 67

1  different variations of security as far
2  as when the people would get out of the
3  vehicles, how we surrounded the people,
4  provided security for them; different
5  buildings to look, you know, to look for
6  as far as there being snipers or anything
7  of that nature on the building; different
8  areas of operations to look for; vehicle
9  analysis.
10    Q. And vehicle analysis is?
11    A. Meaning what, you know,
12 suspicious vehicles to look for.
13    Q. Okay.
14    A. They taught us about bomb
15 threats, IEDs, which are improvised
16 explosive devices, to look for.
17 Different scenarios to whether you're in
18 a fire fight. Different things to do to
19 remove the client from the vehicle.
20 Different scenarios to where if you're in
21 an accident or if you're vehicle is
22 immobilized, you know, how to move the
23 client from one vehicle to another one.

Page 68

1     Q. Uh-huh.
2     A. Different weapons training; how
3  to provide maintenance for your weapon if
4  something was to go wrong with the weapon
5  as well; different driving techniques,
6  evasive movements, things to that nature;
7  how to drive under underpasses and
8  different things of that nature when
9  people are standing on top of them.
10    Q. What kind of different driving
11 techniques did they teach you?
12    A. There's several different
13 techniques. They taught us the
14 grab-and-pull techniques, the Figure 8
15 techniques, the Backward 8. Different --
16 if you're vehicle was immobilized
17 techniques to that nature.
18    Q. What is grab-and-pull?
19    A. Grab-and-pull is a form -- is a
20 technique where if your vehicle is
21 immobilized in a fire zone, you take your
22 third vehicle, which is armor plated, put
23 it between the fire fight and lock it

Page 69

1  right between both vehicles, the vehicle
2  that's mobilized and actually the second
3  vehicle. So, you make a three-way
4  pattern.
5     Q. Uh-huh.
6     A. The driver of the third
7  vehicle -- I mean, the second vehicle
8  would get out, pull its tow bar up, lock
9  it onto the back of the vehicle. And
10 then both of them would drive out.
11    Q. Do you always have three
12 vehicles then when you go out somewhere?
13    A. It depends on the mission.
14    Q. Okay. How do they decide -- are
15 there -- did you receive training, or
16 were there guidelines about how you
17 decided how many vehicles go out and that
18 kind of thing on a mission?
19    A. Yes, ma'am.
20    Q. Okay. What kind of training did
21 you get? Was it a classroom, was there a
22 handbook?
23    A. No, ma'am. It was a classroom.

Page 74

1 you've asked a tremendous number of
2 questions all in one question.
3    Q.  (By Ms. Eady) Right.  I'm just
4 trying to get a feel for how these
5 vehicles are supposed to move.
6        MR. HOLMAN:  It's hard to tell
7 what you're trying to find out --
8        THE WITNESS:  First question.
9    Q.  (By Ms. Eady) When you've got
10 six vehicles going in a row from Baghdad
11 to one of the perimeter bases, first of
12 all, how fast are they supposed to go?
13   A.  It depends on the threat level
14 of that day.
15   Q.  All right.
16   A.  You would know before you leave
17 base how, you know, the severity of the
18 situation that's going to happen that
19 day.  You've already got your intel
20 reports.  You've already had -- your
21 lookout vehicle went out and did
22 observation of the road or the travel --
23 where you're going to be traveling.  He

Page 75

1 would come back, give us a report of
2 there's a group of vehicles that's been
3 parked in this location for two hours.
4    Q.  Uh-huh.
5    A.  It hasn't moved.
6    Q.  Uh-huh.
7    A.  People standing by.
8    Q.  Uh-huh.
9    A.  So, you still have to go through
10 that area.  That tells you right there
11 whether you're going to try to avoid that
12 area or whether you're going to speed up
13 when you're going through that area,
14 different blocking techniques that you'll
15 use to go through that area.
16   Q.  Okay.  What are the different
17 threat levels?  In the United States,
18 we've had the different colors --
19   A.  Yes, ma'am.
20   Q.  -- for a while.  Is it pegged to
21 that, or how do they designate threat
22 levels in Iraq or did they do it at the
23 time you were there?

Page 76

1    A.  Yes, ma'am, they did.  The
2 different threat levels were yellow would
3 have been caution.  Green would have
4 been -- it's a fairly good road to
5 travel.  Red would have been there's
6 danger your whole trip.  Just be on high
7 alert the whole trip.
8    Q.  All right.  So, if it's a green
9 day, what speeds do you go at?
10   A.  A green day, depending on -- I
11 mean, it could be --
12   Q.  Give me a range.
13   A.  I don't really know how to
14 answer that question because just -- I
15 mean, it could be a green day, but as
16 soon as you get outside the gate, then in
17 less than five or ten minutes, it could
18 completely change.
19   Q.  Say the route was green the
20 whole way, what speeds would you go at?
21   A.  The route was green the whole
22 way, maybe -- on average maybe 65 to 70K
23 at the most.

Page 77

1    Q.  And that's kilometers per hour?
2    A.  Yes, ma'am.
3    Q.  If it's a yellow road the whole
4 way?
5    A.  Once again, I don't really how
6 to answer that question because it's -- I
7 mean, it's never been, you know --
8    Q.  What's the slowest you'd go on a
9 yellow road?  Well, hypothetically, if
10 there was a yellow road the whole way
11 somewhere, what's the slowest you'd go?
12       MR. HOLMAN:  I'm going to object
13 to the form of the question because I
14 think he's disagreeing that there's like
15 a whole yellow road the way you're
16 characterizing it.
17       MS. EADY:  He's told me that the
18 speed levels are done -- the speed that
19 you travel at are done depending on the
20 threat level.  But he's told me what
21 speeds are done at a yellow level.  So,
22 I'm going to have to come up with some
23 way -- and a hypothetical yellow road

20 (Pages 74 to 77)

Page 78

1  right now is the best way that I know of.
2  He was able to give me a range for
3  average, for a green day. So, I really
4  don't see why he can't give me an average
5  for yellow and red if he can do it for
6  green.
7      MR. HOLMAN: If you're able to
8  answer the question, answer the question.
9  But don't agree with a scenario or --
10     Q. (By Ms. Eady) I'm not asking you
11 to agree that there's ever a completely
12 yellow road. But, hypothetically, if
13 there were a completely yellow road, what
14 speeds would you go at?
15     A. 70, 80K.
16     Q. And if it is a --
17     MR. HOLMAN: Excuse me. You're
18 shrugging like you don't necessarily know
19 what you're saying or that you don't
20 agree with the question. So, if you
21 don't, don't shrug. You need to
22 express --
23     THE WITNESS: No. I mean, I'm

Page 79

1  not trying to be difficult. I'm just
2  saying, I mean, it's kind of hard to say
3  you know. I mean, I understand the
4  question that you're asking me. But it's
5  kind of hard for me to give you an
6  average on, you know, that type of
7  scenario because the only -- the only --
8  the only way I could tell you that was,
9  okay, while we were in training, you had
10 green, yellow, and red, you know.
11       But that, you know, that was
12 only green was on. So, you had nothing,
13 you know, you had nothing to worry about.
14 But when you're outside of the -- you
15 know, when you get outside the gates, I
16 mean, every moment is red. You know,
17 there's no just, you know, where you ride
18 with the windows down waving at people.
19 It's not like that. I'm sorry. I'm not
20 trying to be difficult.
21     Q. On a red day, what speeds would
22 you go at?
23     MR. HOLMAN: Same objection.

Page 80

1      THE WITNESS: I can't answer
2  that question.
3      Q. What's the slowest you'd drive
4  on a red day?
5      MR. HOLMAN: Same objection.
6      Q. (By Ms. Eady) Outside of
7  Baghdad?
8      A. I can't answer that question.
9      Q. You can't tell me the slowest
10 speed you ever drove at on a red day when
11 you were traveling outside of Baghdad?
12     MR. HOLMAN: Same objection.
13     THE WITNESS: No, ma'am.
14     Q. (By Ms. Eady) Do you remember
15 what speeds you would drive at when you
16 were in Iraq?
17     A. Yes, ma'am.
18     Q. All right. Tell me what you
19 remember about the speeds.
20     A. During a fire fight or not
21 during a fire fight? Getting shot at or
22 not getting shot at?
23     Q. Not during a fire fight.

Page 81

1      A. Having cars blown up next to me
2  or not having cars blown up next to me?
3      Q. Not during a fire fight, not
4  having cars blown up.
5      A. Inside Baghdad?
6      Q. Outside Baghdad.
7      A. Outside Baghdad. Depending on
8  the area.
9      Q. Tell me the differences in the
10 areas and the speeds that you'd go at as
11 you went through them.
12     A. Ramadi and Fallujah were always
13 considered red areas. From the Baghdad
14 airport to Gate 12 was always considered
15 a red area.
16     Q. Okay.
17     A. Going to Babylon, Hilla, Kirkuk,
18 Irbil, Turkey.
19     Q. And what speeds did you go to
20 those at is what I'm trying to get at.
21     A. If everything was normal during
22 that -- during that period that you were
23 driving, 80 -- 70, 80K.

Page 82

1  Q. All right.
2  A. If things got --
3  Q. Abnormal?
4  A. -- abnormal, you increased
5  speed, depending on, you know, the
6  location and your surroundings to 120,
7  130K.
8      If things became heated, you
9  would increase speeds to whatever it took
10 to get out of that situation.
11 Q. All right. And what kind of
12 situations make for a heated -- what kind
13 of circumstances make for a heated
14 situation?
15 A. Repeat the question, please.
16 Q. You said if things got heated --
17 well, first of all, you said, if things
18 were normal in a red area, you'd go on an
19 average 70 to 80K. Then you said if
20 things got abnormal, you would increase
21 speed, depending on the location and your
22 surroundings as needed. And you said if
23 things got heated -- well abnormal,

Page 83

1  increase speed, depending on your
2  location and your surroundings up to 130
3  to 140K; was that correct?
4  A. Yes, ma'am.
5  Q. All right. And then you said if
6  things were -- things became heated,
7  you'd do whatever you could to get out of
8  there. What makes things become heated?
9  A. Car bombs, IEDs.
10 Q. Is this the suspicion that
11 they're there, or this there's actually
12 been one that goes off?
13 A. The intel that you're getting at
14 the time that you're moving through that
15 area.
16 Q. And do you get that intel on
17 like radio phones or something?
18 A. Yes, ma'am.
19 Q. How far apart are the vehicles
20 supposed to be as they travel? Or is
21 there a set distance the vehicles are
22 supposed to be apart from each other?
23 A. No, ma'am.

Page 84

1  Q. Can they be very strung out, or
2  are they supposed to be kind of close
3  together?
4  A. Depends on the severity of the
5  situation, the traffic, your
6  surroundings.
7  Q. The limo driver, is he supposed
8  to pay -- is he supposed to be aware of
9  his surroundings, or is he supposed to
10 just pay particular attention to
11 something?
12 A. Everybody is supposed to be
13 aware of their surroundings.
14 Q. Where do you get the -- is the
15 intelligence information that's provided
16 to you before you leave -- when you get
17 ready to leave on a mission, you said you
18 would get intelligence; correct?
19 A. Yes, ma'am.
20 Q. Was that provided to you in the
21 form of an oral or a written briefing?
22 A. Both.
23 Q. Both oral and written. And who

Page 85

1  did the oral briefings come from?
2  A. Commanders.
3  Q. The commanders?
4  A. Yes, ma'am.
5  Q. Are they military officers?
6  A. Both. We have military
7  officers, and we have the officers that
8  work for Dyncorp.
9  Q. And then the written briefing
10 comes from where?
11 A. The same.
12 Q. The same. Do you know if
13 records are kept of prior briefings?
14 A. I don't know.
15 Q. And then do the commanders also
16 forward you the intelligence that you
17 receive on the radios while you're out on
18 a mission?
19 A. Repeat the question.
20 Q. Who do you get the security
21 intelligence briefings from as you're
22 traveling down the road?
23 A. From the LMCC.

Page 86

1   Q.  LMCC?
2   A.  Yes, ma'am.
3   Q.  And what does that mean?
4   A.  Logistics Movement Command
5   Center.
6   Q.  Is that run by Dyncorp?
7   A.  The military.
8   Q.  The military. Did you receive
9   any written materials in the course of
10  your training or when you were in the
11  classroom for two weeks?
12  A.  Yes, ma'am.
13  Q.  Do you recall their names, the
14  names of -- I mean, security handbook,
15  whatever it might have been called?
16  A.  SOPs, Standard Operational
17  Procedures.
18  Q.  Did you have to have a security
19  clearance to be over in Iraq?
20  A.  Yes, ma'am.
21  Q.  Do you know what level security
22  clearance you had?
23  A.  At the time, it was secret.

Page 87

1   Q.  Do you know the names of the
2   four cities that you had bases in?
3   A.  Yes, ma'am.
4   Q.  What were they?
5   A.  Jordan.
6   Q.  Jordan is a city?
7   A.  The borders.
8   Q.  Okay. Yeah. But were there
9   specific cities where the encampments
10  were, if you know?
11  A.  Just give me one second. Let me
12  try to think. Yes, ma'am.
13  Q.  Okay.
14  A.  In Jordan, it was Trebil.
15  Q.  Trebil?
16  A.  Yes, ma'am. T-r-e-b-i-l.
17  Q.  Okay.
18  A.  In Kuwait, it was Umkasa,
19  U-m-k-a-s-a.
20  Q.  Okay.
21  A.  In Syria, it was Alwaleed,
22  A-l-w-a-l-e-e-d.
23  Q.  A-l-w-a --

Page 88

1   A.  A-l-w-a-l-e-e-d.
2   Q.  Okay.
3   A.  And in Turkey, it was Erbil,
4   E-r-b-i-l.
5   Q.  And then Baghdad was sort of the
6   headquarters?
7   A.  Yes, ma'am.
8   Q.  Okay. The Trebil -- the Jordan
9   encampment in Trebil, was it in Jordan?
10  A.  It was sites at the Jordan --
11  all our sites were at the Jordan border.
12  Q.  Okay.
13  A.  At the borders.
14  Q.  Were they in Iraq, though, or
15  were they in Jordan?
16  A.  Yes, ma'am, in Iraq.
17  Q.  Okay. So, all four sites were
18  in Iraq, just right at those borders?
19  A.  Yes, ma'am.
20  Q.  What was your work schedule
21  while you were over there? Did you work
22  24/7? Was it so many days on, so many
23  days off?

Page 89

1   A.  24/7.
2   Q.  Was there a limit to the number
3   of missions you could be sent on in a
4   particular week?
5   A.  No, ma'am.
6   Q.  Had you done personal security
7   detail before you took that class?
8   A.  No, ma'am.
9   Q.  Okay.
10  A.  I mean --
11  Q.  I mean, where you got in the
12  convoys with the limos and the driving
13  and all of that before you went to you --
14  you went to the class, you said, in July.
15  Before that, you were a liaison officer
16  and a quality control officer; correct?
17  A.  Yes, ma'am.
18  Q.  All right. When you were a
19  liaison officer and a quality control
20  officer, were you one of the security
21  detail members in any of these, what I'll
22  call, convoys for lack of a better word?
23  A.  I don't understand that question

Page 90

1  that you're asking me because -- the
2  reason why is because when I did quality
3  control as a liaison officer, I still had
4  to go out to the four border sites.
5      Q.  Did you go out, again, as --
6      A.  The only difference was I didn't
7  have -- I wasn't -- I wasn't in charge of
8  providing security for bodies.
9      Q.  Okay.  There your concern was
10 your own personal safety before?
11     A.  Yes, ma'am.
12     Q.  And after July, your job was to
13 protect persons in addition to your
14 personal safety?
15     A.  Yes, ma'am.
16     Q.  Is that correct?
17     A.  Yes, ma'am.
18     Q.  All right.  So, before July, you
19 hadn't been somebody responsible for
20 escorting individuals --
21     A.  Yes, ma'am.
22     Q.  -- another individual?
23     A.  I don't understand the question.

Page 91

1  The reason why I was asking that is
2  because before July, I was doing -- as a
3  liaison officer and quality control, it
4  was convoy security.
5         MR. HOLMAN:  Can we go off the
6  record for a second?
7         MS. EADY:  Sure.
8         (A short break was taken.)
9      Q.  (By Ms. Eady) Do you remember
10 the day you went out with Mr. Potts?
11     A.  Yes, ma'am.
12     Q.  Okay.  How many missions of that
13 type had you done before that day?
14     A.  I don't know the exact number,
15 but I would have to say more than about
16 40 --
17     Q.  Okay.
18     A.  -- or more.
19     Q.  Had you done any of those
20 kinds -- those kinds of missions before
21 July of 2003?
22     A.  Repeat the --
23     Q.  You said -- I asked you the day

Page 92

1  you went out -- did you remember the day
2  you went out with Mr. Potts, and you said
3  yes.  And I said, "Well, how many of
4  those type of missions had you done
5  before you went out with Mr. Potts?"  And
6  you said, "About 40."
7      A.  Yes, ma'am.
8      Q.  Were any of those before you
9  took the class in July of 2003?
10     A.  No, ma'am.  As far as personal
11 escort as to guarding another body that
12 sat right behind me, no, ma'am.
13     Q.  Okay.  Were there -- okay.
14        On the day that you went out
15 with Mr. Potts, do you remember where you
16 left from and where you were going to?
17     A.  Yes, ma'am.
18     Q.  Okay.  Where did you leave from?
19     A.  We left from the Baghdad Hotel
20 and the Al Khaleej.
21     Q.  And the --
22     A.  Al Khaleej, K-h-a-l-e-e-g (sic).
23     Q.  Okay.  All right.

Page 93

1      A.  We left from there at 6:00
2  o'clock.
3      Q.  And where were you going to?
4      A.  We were going to the Jordan
5  border, which would have been our Trebil
6  site.
7      Q.  Do you know why they were going
8  out there?
9      A.  Broken communications.
10     Q.  What was the threat level for
11 that day for that route, do you recall?
12     A.  No, ma'am.
13     Q.  Did you receive a threat level
14 briefing before you left?
15     A.  Yes, ma'am.
16     Q.  Do you recall who gave it to
17 you?
18     A.  Mr. Jackson and one of the
19 military officers.
20     Q.  Do you recall any of the
21 specifics about the security briefing
22 that day?
23     A.  No, ma'am.

Page 98

1  A. No, ma'am.
2  Q. Okay. Between Baghdad and
3  Fallujah, are the roads paved?
4  A. In some areas.
5  Q. Okay. So, it's not just between
6  two towns. It varies from just mile to
7  mile?
8  A. It's a --
9  Q. Does the roads through Fallujah
10 go through what we call here a fairly
11 congested area, a lot of houses, lot of
12 businesses, a lot of people?
13 A. Repeat the question, please.
14 Q. We're talking about an area I
15 have no conception of. All I have to
16 relate to is things that I see here in
17 the United States, and that's not a very
18 good comparison. But here in the United
19 States, if I get on the interstate, I
20 have, you know, miles of free road in
21 front of me.
22 A. Okay.
23 Q. If I get on 231 at home from

Page 99

1  Montgomery, I go through lots of areas
2  with little shops, lots of residential
3  areas. So, it's not free and clear for
4  me just to be able to run. I call that a
5  congested area. I've got businesses,
6  people, houses, that kind of thing.
7  A. Okay.
8  Q. So, is Fallujah a congested
9  area?
10 A. The road through?
11 Q. The road through it.
12 A. No, ma'am, it's not because it's
13 been blown up. The roads are -- I
14 mean --
15 Q. Okay. Ramadi, the same thing?
16 A. Same thing.
17 Q. All the cities are the same way?
18 A. Yes, ma'am.
19 Q. Do people still live beside
20 those roads now?
21 A. I couldn't tell you.
22 Q. When you were going through
23 there, were there people that still lived

Page 100

1  in those areas, or had they all left?
2  A. No, ma'am. There was some
3  people. I mean, I wouldn't know if they
4  were living there. I couldn't tell you
5  that. I mean, there was -- you know,
6  there would be -- any given time you
7  could drive through there, and there
8  might be folks gathering there waiting to
9  set up an IED as soon as you got there
10 or -- you know, or waiting for an ambush.
11 So, I mean, I couldn't tell you whether
12 or not people lived there or not.
13 Q. Were there markets on the sides
14 of these roads where people could buy
15 groceries or buy market items?
16 A. There were huts.
17 Q. Huts. The people gather just
18 because -- were there areas where there
19 were more huts than other huts?
20 A. Yes, ma'am.
21 Q. Okay. And those would be
22 Fallujah, Ramadi, Rutbah?
23 A. It would be all of Iraq. All of

Page 101

1  Baghdad, everywhere.
2  Q. What about on the road to
3  Trebil, were there also areas where there
4  were more huts than other areas?
5  A. Yes, ma'am.
6  Q. Do you know if people lived in
7  those huts?
8  A. No, ma'am. I never stopped by
9  to ask them.
10 Q. Right. But, I mean, did you see
11 things when you went by?
12 A. Yes, ma'am.
13 Q. I mean, people doing things that
14 looked like people do when they live
15 somewhere?
16 A. I mean, I don't understand what
17 you're asking me.
18 Q. You're going through there on a
19 security detail, and you're alert, trying
20 to go notice things that look suspicious;
21 correct?
22 A. (Witness nods head
23 affirmatively.)

Page 106

1   Q. Okay. Were y'all -- what area
2  were you in?
3   A. Just getting into Rutbah.
4   Q. Okay. Had y'all gotten any
5  security updates -- do you remember what
6  you had been told about the conditions of
7  the road between Trebil and Rutbah?
8   A. Yes, ma'am.
9   Q. Okay. And what was that?
10  A. Well, not -- I'm sorry. I'm
11 sorry. Can you repeat the question,
12 please.
13  Q. You said you don't remember what
14 the threat level was that day, whether it
15 was yellow or red or whatever?
16  A. Yes, ma'am.
17  Q. Had you -- do you remember what
18 the threat level was when you left Trebil
19 between Trebil and Rutbah?
20  A. No, ma'am.
21  Q. Had you received any information
22 from the command center, the Logistics
23 Movement Command Center at the time you

Page 107

1  left Trebil about any changes in
2  conditions between Trebil and Rutbah?
3   A. I don't recall.
4   Q. All right. Were you told
5  anything about possible -- you said that
6  things would get heated if there was
7  information about a car bomb or an IED.
8  Do you remember receiving information of
9  that kind from the command center as you
10 were leaving Trebil?
11  A. No, ma'am, I don't remember.
12  Q. And you don't remember what the
13 threat level was when you left Trebil?
14  A. No, ma'am, not at the time.
15  Q. Okay. Do you recall how fast
16 you were going when the accident
17 happened?
18  A. I want to say possibly -- I
19 would say 150K. About 150K at the time.
20  Q. Okay. And why were you going
21 150K at the time?
22  A. Because we had observed several,
23 several trucks at a local truck stop.

Page 108

1   Q. How far before the -- how much
2  time before the accident had you observed
3  that, two minutes, one minute, five
4  minutes?
5   A. I would say maybe within a 10 or
6  15-minute window because the observation
7  vehicle had radioed it in.
8   Q. Had you gone by the truck stop
9  at the time the accident happened?
10  A. No, ma'am.
11  Q. You were still headed up towards
12 it?
13  A. Yes, ma'am.
14  Q. Okay. Do you recall what day
15 this was?
16  A. No, ma'am.
17  Q. All right. And tell me
18 basically what happened at the accident.
19  A. I was coming -- approaching the
20 truck stop. Had already got the
21 observation that there were numerous
22 occupants outside their trucks from the
23 observation vehicle that was the first

Page 109

1  vehicle. Told us, you know, to go to
2  alert.
3       So, when we approached the
4  vehicles, the second -- upon approaching
5  the truck stop, the second vehicle
6  proceeded through. I shifted over to the
7  center lane.
8       When I passed the first three
9  trucks, there was something -- a black
10 object that came out into the road. I
11 moved -- I pulled my steering wheel to
12 the left. When I pulled my steering
13 wheel to the left, my back wheels -- my
14 left front wheel and my back wheel caught
15 the gravel on the side of the road. I
16 immediately pulled my wheel back over and
17 tried to guide the truck back to the
18 right center lane.
19      On guiding my truck back to the
20 right center lane, my back tires
21 caught -- both tires caught the gravel,
22 and it flipped into the center median
23 into oncoming traffic and then down into

Page 110

1  the embankment on the left-hand side of
2  the road, landing on all four wheels.
3    Q.  What happened next?
4    A.  Immediately after that, once the
5  car landed, I did my first observation
6  check to find out if everyone was okay.
7    Q.  Right.
8    A.  At that point, I had just
9  dislocated by left shoulder. My
10 assistant driver and shooter had
11 dislocated his right shoulder. Emir had
12 a couple of scrapes and bruises. Robert
13 had additional scrapes and bruises. He
14 was confused. And Johnny said he was --
15 he was hurting, but, you know, nothing
16 you could observe at the time.
17   Q.  Uh-huh.
18   A.  I immediately got out -- got out
19 of the vehicle. The security team -- at
20 this time, the Iraqi inquiry security
21 team had already set up a 380, which
22 is -- I'm sorry. A 360, which is secure
23 the whole circle full circle.

Page 111

1    Q.  Was this the security team in
2  the second vehicle or the vehicle behind
3  y'all, or is it everybody?
4    A.  The third -- it would have been
5  everybody. The third vehicle. I'm
6  sorry.
7    Q.  The fourth --
8    A.  The fourth and fifth vehicle.
9  Yes, ma'am, the fourth and fifth vehicle
10 had already set up the first security.
11      The second vehicle had turned
12 and came back. The first vehicle -- the
13 second vehicle had radioed to the first
14 to come back.
15      So, at this time while they're
16 continuing to set up the security all the
17 way around, I initially -- me and -- I
18 put my shoulder back in place. Me and
19 Greenlee first pulled Emir out of the
20 vehicle first.
21   Q.  Right.
22   A.  Got him over to the security
23 vehicle, which was the Peugeot. Put him

Page 112

1  to the side.
2    Q.  It was a Peugeot?
3    A.  Yes, ma'am.
4    Q.  Okay. What vehicle were y'all
5  in that day?
6    A.  A black Expedition, Ford.
7    Q.  Okay. I'm sorry. Go ahead.
8    A.  At that time, Robert had got out
9  of the truck, so we pulled him and put
10 him over to the security vehicle as well.
11     At this time, Johnny had
12 stated -- he said his leg was -- he
13 thought his leg was broken. And he
14 was -- he was trapped in the vehicle.
15   Q.  Uh-huh.
16   A.  We broke the front seat, pulled
17 him out because from where the seat was,
18 it was already broken. So, we pushed it
19 up and pulled him out of the back of the
20 vehicle, me and Greenlee.
21   Q.  Okay.
22   A.  Placed him over with the
23 security vehicle as well. At this time,

Page 113

1  the security team had formed a 180, which
2  was in front.
3    Q.  Uh-huh.
4    A.  And directing -- and they were
5  directing traffic because there was no
6  threat behind us.
7    Q.  Right.
8    A.  So, everybody shifted to the
9  front.
10   Q.  Right.
11   A.  They were directing traffic. At
12 this time, I did a second observation.
13 Come to find out, that was the initial --
14 after the second observation, Robert was
15 okay, a couple of scrapes and bruises.
16 Emir, he was okay. He said he was
17 hurting inside. So, we laid him down
18 there with the security vehicle.
19     That's when I did a complete,
20 you know, just a visual check of Johnny
21 then. I noticed his leg was broken.
22 There was -- you couldn't see any bones
23 or anything, you know, protruding through

Page 114

1  the skin.
2    Q. Right.
3    A. But you could see where it was
4  broken at.
5    Q. Okay.
6    A. At this time, Mark stayed there
7  with them. I went up and got my second
8  translator because Emir was my first
9  translator. Got my second translator.
10 Told him we needed a commandeer vehicle.
11       So, at this time, they're
12 directing traffic on through because you
13 don't want a big cluster.
14   Q. Right. You want people to keep
15 moving.
16   A. I noticed the biggest vehicle I
17 saw was an orange Suburban, an orange and
18 white taxi Suburban. I told them to
19 commandeer that vehicle. They pulled it
20 into the truck stop. I took anywhere
21 from five to eight men with me plus my
22 translator.
23       They were taking stuff out of

Page 115

1  the vehicle. The translator was
2  explaining what was going on at the time
3  to the people in the vehicle and as well
4  to the driver. You know, explained to
5  them what was going on and to that
6  nature.
7        We commandeered the vehicle.
8  Drove it back down into the embankment.
9  Still -- they're still directing traffic,
10 you know, clearing the highway.
11       Got Mr. Potts into the vehicle,
12 into the Suburban. Secured his leg. Got
13 Mr. -- Robert in there as well and Emir.
14 Got Mark inside the vehicle.
15       When we came back up, we
16 grouped -- grouped back up. About maybe
17 a mile and a half down the road, went to
18 the military base over there.
19   Q. Okay. So, you were a mile and a
20 half away from the military base?
21   A. Yes, ma'am, ballpark figure.
22   Q. Was Emir okay? Did they --
23   A. I don't know. I don't know.

Page 116

1    Q. Okay. And Mr. Potts was left at
2  the military hospital or left at the
3  base?
4    A. Yes, ma'am.
5       Well, I didn't -- I didn't leave
6  any of them until all of them had got --
7    Q. I'm sorry. I didn't mean to --
8  go ahead.
9    A. I'm sorry. Go ahead.
10   Q. I didn't mean to say that you
11 just dropped them off and ran or
12 whatever. You got them to the base?
13   A. Yes, ma'am.
14   Q. And then did what?
15   A. When we got to the base, we
16 did -- I got out, walked up and explained
17 to the guard at the shack -- at the gate
18 shack what was going on, that we were,
19 you know, Department of State employees
20 working for Dyncorp and we had been in an
21 accident.
22       He immediately call forwarded to
23 his people and got medical assistance,

Page 117

1  you know, to come out. They escorted us
2  into their area.
3       At that time, they took the
4  Jordanian driver of the taxi, put him in
5  security just for military purposes only.
6  Took Mr. Potts on a stretcher. Robert, I
7  think, they walked him in. I don't
8  remember if they walked him in. I know
9  they took Mr. Potts on a stretcher,
10 though. They took Emir on a stretcher as
11 well. Walked -- me and Mark walked into,
12 you know, into the cash -- the medical
13 hospital, walked in there. Did an
14 observation, whole observation.
15      That's when they took Emir --
16 I'm not for sure if they took him back to
17 Baghdad. I'm not for sure where they
18 took him at.
19      I went in. I talked to
20 Mr. Potts for a minute, you know, because
21 everything was just kind of loopy at the
22 time.
23   Q. Right.

Page 118

1   A.  I talked to him.  I told him
2 everything was going to be okay, don't
3 worry about anything, things to that
4 nature.  Apologized to him, you know.
5       I went and checked on Robert.
6 Robert was okay at the time as well, a
7 couple of scrapes and bruises.  Mark had
8 seriously dislocated his shoulder.  And
9 at the time, I think they were trying to
10 pull it back in place, but I don't think
11 they could.
12       They Medevaced -- they Medevaced
13 Mr. Potts out.  They Medevaced Mark out
14 and Emir.
15   Q.  Okay.
16   A.  At this time, I -- after that --
17 got the initial reports and everything to
18 take back to Baghdad, got back in the
19 Suburban.  It was myself -- myself,
20 Robert, and the Jordanian driver.
21   Q.  Uh-huh.
22   A.  Got back in the vehicle.
23 Awaited for my security team.  They had

Page 119

1 went back to Trebil.
2   Q.  Right.
3   A.  My Iraqi team because they could
4 not come inside the base.
5   Q.  Right.
6   A.  So, I waited for them to make it
7 to the checkpoint there to that military
8 point.  Then we went on back to Baghdad.
9   Q.  What time did you get back to
10 Baghdad, do you remember?
11   A.  No, ma'am, I don't.  It was --
12 it was late.
13   Q.  You said you received the
14 initial -- or got the initial reports.
15 The initial reports of what?
16   A.  I'm sorry.  From the hospital?
17   Q.  You said they medevaced Potts --
18 Mr. Potts and Mark and Emir out and then
19 after that, you got the initial reports?
20   A.  Yes, ma'am.  Of everything that
21 I needed to take back as far as the
22 hospital name, point of contacts, where
23 they were taking Mr. Potts and

Page 120

1 Mr. Greenlee and Emir to.  That way, when
2 I got back to Baghdad, I could turn all
3 that information over to Mr. Jackson.
4   Q.  So, these were reports about
5 where --
6   A.  My people.
7   Q.  Were going?
8   A.  Yes, ma'am.
9   Q.  Not about the accident?
10   A.  No, ma'am.
11   Q.  Okay.  Did you ever figure out
12 what the black object was?
13   A.  No, ma'am.
14   Q.  Did anybody ever tell you what
15 the black object was?
16   A.  The point of -- me and
17 Mr. Greenlee we, you know, we both -- we
18 both just saw a black object, you know.
19 And, you know, the situation was, you
20 know, that it could have been an IED, or
21 it could have been someone throwing
22 something into the road.
23   Q.  My question was:  Did anybody

Page 121

1 ever tell you what they thought the black
2 object was?
3   A.  No, ma'am.
4   Q.  Okay.  How far in front of you
5 was the second vehicle at the time of the
6 accident?
7   A.  I don't recall.
8   Q.  Could you say it was a football
9 field away?
10   A.  No, ma'am.
11   Q.  Okay.  Could you say if it was a
12 car length away?
13   A.  I wouldn't say it was a car
14 length.  I would say if I had to -- you
15 know, I don't even want to guess.  But, I
16 mean, I could see the vehicle in front of
17 me, the second vehicle.  I mean --
18   Q.  Uh-huh.  You could see the
19 vehicle.  Could you see individuals in
20 the vehicle?
21   A.  Yes, ma'am, they had clear
22 windows.
23   Q.  And that vehicle in front of you

31 (Pages 118 to 121)

Page 138

1  situations as you all perceived them
2  during the course of the convoy?
3    A.  We had to react to the situation
4  depending on the severity at the time,
5  your surroundings, things that were going
6  on while you were on that mission.
7    Q.  Does the convoy -- or would the
8  convoys go at speeds that were deemed
9  necessary to deal with the perceived
10 threat?
11   A.  Yes, sir.
12   Q.  In this case, did this convoy on
13 this particular day consider those parked
14 vehicles and the people standing outside
15 of them to be a potential threat to the
16 convoy?
17      MS. EADY:  Object to the form,.
18      MR. HOLMAN:  What's wrong with
19 the form?
20      MS. EADY:  Leading.
21      MR. HOLMAN:  I asked him --
22   Q.  Okay.  That's fine.  Go ahead
23 and answer your question.  Did you

Page 139

1  consider it to be a potential threat?
2    A.  Yes, sir, at that moment in
3  time.
4    Q.  Was the entire convoy traveling
5  at the same speed that you were traveling
6  at at that time?
7    A.  Yes, sir.
8    Q.  Now, do you consider yourself to
9  be a citizen of the state of Georgia?
10   A.  Yes, sir.
11   Q.  Was your contract of employment
12 with Dyncorp International FZ, LLC?
13   A.  Yes, sir.
14   Q.  No further questions.
15
16 FURTHER EXAMINATION BY MS. EADY:
17   Q.  All right, Mr. Potts (sic), you
18 just answered a question for Mr. Holman
19 about the name of your employer.  How do
20 you know that that was the name of your
21 employer?
22   A.  On the contract that I signed,
23 that was it.  That was the name of it.

Page 140

1    Q.  And where is the contract that
2  you signed?
3       MR. HOLMAN:  We produced it.
4       MS. EADY:  Did you?
5       MR. HOLMAN:  It's in his
6  personnel -- no, not -- previously to
7  this.
8       MR. RADNEY:  It's in the
9  first --
10      MS. EADY:  In the initial
11 disclosures?
12      MR. HOLMAN:  Yeah.
13      MS. EADY:  Okay.
14   Q.  Did you review that contract
15 before this deposition?
16   A.  No, ma'am.
17   Q.  Okay.  To get ready for this
18 deposition -- and I don't want to know
19 anything you talked about with your
20 attorneys -- have you done anything
21 besides that?
22   A.  No, ma'am.
23   Q.  Okay.  When the black object

Page 141

1  came out from -- came out at the time of
2  the wreck, why did you pull your vehicle
3  to the left?
4    A.  To avoid it.
5    Q.  Thank you.  Thank you for your
6  time.  That's it.
7       (A short break was taken.)
8       MR. HOLMAN:  Would you mind
9  going back and reading that question that
10 I asked that Nancy objected to as being
11 leading.
12      (Record read.)
13      (Discussion off the record.)
14
15 FURTHER EXAMINATION BY MR. HOLMAN:
16   Q.  Why did your observation vehicle
17 report back that there were parked trucks
18 and people standing around them on the
19 side of the road?
20   A.  Can you repeat it?
21      (Record read.)
22      THE WITNESS:  Because that was
23 their job.  They were observing the area.

36 (Pages 138 to 141)

Page 142

1  When we initially came through that area,
2  there were no trucks that morning parked
3  there. Then when we came back through
4  the area, there were vehicles park there.
5     Q. Okay. What did that mean
6  potentially from a danger standpoint?
7     A. That -- to be aware that there
8  were several vehicles with occupants
9  parked by the road. You go -- you go to
10 a higher alert then because any given --
11 those -- those several vehicles all of
12 them could have been explosives. They
13 could have been -- they could have been
14 full of explosives.
15    The people standing by them
16 could have been ready to just take shots
17 at you as soon as you drove by them,
18 i.e., they could have been ready to throw
19 bombs at your cars as soon as you drove
20 by there.
21    My observation team, when they
22 drove by, they noticed that with these
23 parked trucks that there was a gathering

Page 143

1  of people standing by, you know, standing
2  in the middle -- in the middle of those
3  vehicles. You know, not like standing
4  over by the buildings. But the vehicles
5  are parked by the road. You got -- you
6  got a big truck, and then there's a gap.
7  And you got people standing there. You
8  got another truck. You got a gap. You
9  have people standing there. You have --
10 this is several vehicles with gaps with
11 people standing there. That's why they
12 said this is a possible threat level.
13    Q. Okay.
14    A. I mean, that's what they had
15 been trained to do.
16
17 FURTHER EXAMINATION BY MS. EADY:
18    Q. (By Ms. Eady) This was a truck
19 stop where this happened?
20    A. It's hard to say. I mean, this
21 is where trucks were stopped at. There
22 was building behind it. It wasn't like
23 Happy Boy's Truck Stop.

Page 144

1     Q. Right.
2     A. You know, it was buildings.
3  There were several trucks stopped along
4  the road.
5     Q. Uh-huh. Were there -- was there
6  a sign, whether it was in Arabic or some
7  other thing out there?
8     A. No, ma'am.
9     Q. Were there gas pumps?
10    A. No, ma'am.
11    Q. Okay.
12    A. I didn't notice any pumps.
13    Q. Where did the term "truck stop"
14 come from?
15    A. Trucks stopped by the road.
16    Q. Okay. Thank you.
17         ~~oOo~~
18       The depositon of
19       James D. McCants
20     concluded at 1:30 p.m.
21       on June 13, 2006
22         ~~oOo~~