# SERIOUS INCIDENT REPORT

## REPORTING INFORMATION

| | | | |
|---|---|---|---|
| SUBMITTED BY: | Dwayne Jackson | INCIDENT DATE: | September 3, 2004 |
| SUBMISSION DATE: | June 15, 2004 | INCIDENT TIME: | Approx 1630 |
| INCIDENT LOCATION: | Route between Trebil, Jordan and Ar Ramadi towards Baghdad | | |
| COMPANY INVOLVED: | MNSTC-I with DynCorp expats and WNNS HF installers | | |
| REPORTED BY: | SIS OPNS | METHOD: | Thuraya |
| POINT OF CONTACT: | Dwayne Jackson | TEL#: | 0790-137-9030 |

INCIDENT DESCRIPTION: Traffic accident (Initial Report)

## VICTIM INFORMATION

| | | | |
|---|---|---|---|
| NAME: | | NAME: | |
| SEX: | | SEX: | |
| ADDRESS: | | ADDRESS: | |
| DOB: | | DOB: | |
| ID# & TYPE: | | ID# & TYPE: | |
| NATIONALITY: | | NATIONALITY: | |
| TELEPHONE: | | TELEPHONE: | |
| INJURIES: | | INJURIES: | |

## SUSPECT INFORMATION

| | | | |
|---|---|---|---|
| NAME: | | NAME: | |
| SEX: | | SEX: | |
| ADDRESS: | | ADDRESS: | |
| DOB: | | DOB: | |
| ID# & TYPE: | | ID# & TYPE: | |
| NATIONALITY: | | NATIONALITY: | |
| TELEPHONE: | | TELEPHONE: | |
| INJURIES: | | INJURIES: | |

## WITNESS INFORMATION

| | | | |
|---|---|---|---|
| NAME: | | NAME: | |
| SEX: | | SEX: | |
| ADDRESS: | | ADDRESS: | |
| DOB: | | DOB: | |
| ID# & TYPE: | | ID# & TYPE: | |
| NATIONALITY: | | NATIONALITY: | |
| TELEPHONE: | | TELEPHONE: | |
| INJURIES: | | INJURIES: | |

## PROPERTY/EVIDENCE

(CODES: R: Recovered  D: Damaged  DX: Destroyed  S: Stolen)

| CODE | DESCRIPTION | VALUE | CURRENT LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

PAGE 1 OF 2

EXHIBIT 11

## NARRATIVE
Include Who, What, When, Where, Why, Summary of Actions, Lessons Learned, & Recommendations and any photographs

From: Dwayne Jackson
To: DynCorp Operations-Iraq

On September 3, 2004 at approx. 1515 hours a Multi-National Security Transition – Iraq (MNSTC-I) team in support of the PCO and the LMCC was traveling east in a convoy on the primary road from Trebil, Jordan to Baghdad, Iraq. Grid coordinate unknown. The convoy consisted of an armed Security Escort Team (ASET) of 4 sedans and one Expat SUV (Ford Expedition). Totaling 5 vehicles.

The initial report is that the vehicle was involved in a traffic accident that resulted in the vehicle rolling over and then catching fire. All Expats were removed from the vehicle safely by the ASET and first aid was administered. The most severe injury is reported as being a broken leg. To which Expat is still unclear. Medical assistance arrived shortly after from the military and all personnel were transported to the nearest medical facility. This exact location is also unclear. Detailed information is unavailable at this time on the disposition of the Expats and their exact injuries pending medical evaluation. Due to the SIS ASET not being allowed on the facility, additional information cannot be obtained at the moment. As of 1900 hrs, they are still standing by. Current attempts to gain further information by Thuraya has met with negative results. The phone cannot be reached at this time.

The convoy's mission was to transport the WNNS HF support team to the Trebil to install Codan radio base station. The convoy departed Baghdad at 0600 and arrived in Trebil close to 1100hrs. I received confirmation of their departure from the Dyncorp Liaison in Trebil o/a 1515 hrs. This convoy was tracked and monitored through the Logistics Movement Control Center (LMCC).

At 1955 hrs, still negative contact with the Expats. The ASET as been instructed to return to Trebil and remain available to transport the Expats back to Baghdad when it's safe and feasible pending recovery of personnel.


V/R
Dwayne Jackson
MNSTC-I
Security Program Manager