06 Sept 04

I Ronald Wood arrived in Iraq on 25 Aug 04. Myself and Johnny Potts were given a task to be started and completed on 3 Sept 04. At 0500 on 3 Sept 04, two Olycorp security personnel James Mecant and Mark _____ arrived in a soft skinned vehicle to escort us to the job site (Tribil Iraq). Upon entering the Highway the driver reached speeds in excess of 160 KPH, weaving in and out of traffic, sometimes barely missing other vehicles on the road. Myself and Potts sat in the back of the vehicle, me behind the driver and him behind the passenger. After we noticed other vehicles on the road being escorted, we inquired as to why we had to go so fast, we were then told and I quote "Just sit back and ride" (James Mecant). After approximately 3 hours the drivers changed seats, but they utilized the same method of wreckless driving.



EXHIBIT 12

We arrived at the job site around 0900 HRS, at this time myself and Potts removed our equipment from the vehicle and began to work. At or about 1530 HRS we completed our task and loaded our equipment back into the vehicle. Around 1600 HRS we got back on the highway and proceeded toward Baghdad, at this time James McCant was the driver. The vehicle again reached speeds in excess of 160 KPH, at this point a dog was crossing the Highway and without a decrease in speed the driver James McCant swerved in an effort to miss the dog. The vehicle went out of control flipping several times and sliding off the road - until it finally stopped only after seriously injuring myself and Potts (medical records available upon request). Being alert and observative up and to the moment of the incident, it is in my opinion that the driver James McCant had ample enough time to slow down and not to put 5 lives at risk

The accident occurred in an area that appeared to be a rest area. There was a large amount of people in the area. Both escorts appeare dazed and confused. After gathering my weapons, I demanded that James mecant take his people and commandeer a vehicle to get us out of the area, which he did, upon his return which was a few moments later. We were fortunate enough to have a marine base about a mile away which is where I placed my 9mm in James mecants hand and he now denies the fact that I gave it to him.

I Ronald Wood do swear that all information in this statement is true to the best of my knowledge.

*Ronald Wood*