



EXHIBIT 14

## ABC Online

**17 killed in violence across Iraq. 16/08/2005. ABC News Online**

[This is the print version of story http://www.abc.net.au/news/newsitems/200508/s1438242.htm]

**Last Update:** Tuesday, August 16, 2005. 6:33am (AEST)

# 17 killed in violence across Iraq

At least 17 people have been killed and more than 30 others wounded in several rebel attacks in Iraq, including an explosion targeting the family of Iraqi Vice-President Adel Abdel Mehdi.

An official source says two of Mr Mehdi's guards have been killed in a roadside bomb 120 kilometres north of Baghdad as they escorted the Shiite Vice-President's family.

None of Mr Mehdi's family members have been hurt in the attack.

An Iraqi military source says three Iraqi soldiers have been killed and two wounded in an attack at a checkpoint near the restive town of Baquba, also north of Baghdad.

"Armed men attacked... the position south of Baquba with grenades and small arms fire, killing three soldiers and seriously wounding two others," the source said.

The attack took place near the village of Bohruz, 15 kilometres south of Baquba, the main town in Diyala province.

Elsewhere, Mohammad Hussein, a member of the municipal council of Al-Khaliss, and his driver have been shot dead by gunmen.

And a police officer says three civilians have been killed in a roadside bomb in Tikrit, 180 kilometres north of Baghdad.

In Baghdad, one Iraqi soldier has been killed and another wounded when they came under fire in the eastern neighbourhood of Al-Amiriyah.

Five policemen and three civilians have been injured by a mortar shell near the Interior Ministry.

A police officer says three other Iraqi civilians have been killed and six wounded when their vehicle hit a roadside bomb in the city of Tikrit.

An Interior Ministry official says 15 Iraqis, including six policemen, have been wounded as a motorbike-riding suicide bomber wearing a explosive-laden belt blew himself up against a

parked police patrol vehicle in the central Karadha district of Baghdad.

In Samaraa, 125 kilometres north of Baghdad, another Iraqi soldier has been shot and a colleague wounded as insurgents attacked their US-Iraqi patrol.

An Iraqi woman was killed in Balad, 75 kilometres north of Baghdad, as a US-Iraqi military base was hit by a mortar attack.

The woman had reported to the base to inquire about her son who is a soldier and had not gone home for two months.

A Turkish lorry driver has been killed in Dujail, 40 kilometres north of Baghdad, as a roadside booby-trapped cow carcass exploded targeting a convoy of 30 trucks transporting supplies to the US Army.

Insurgents have frequently used booby-trapped dogs and animal carcasses in their attacks in the rebel region north of Baghdad.

Meanwhile, five insurgents hav been killed in an attack on an Iraqi Army position in the region of Shorgat, 300 kilometres north of Baghdad, while three others have been killed in a shoot-out with police.

Iraqi and US forces are favourite targets of insurgent attacks.

- **AFP**

© 2006 Australian Broadcasting Corporation
Copyright information: http://abc.net.au/common/copyrigh.htm
Privacy information: http://abc.net.au/privacy.htm