# Terrorists tie bomb belt to dog in Iraq

Last Updated: 12:43am BST 28/05/2005

Insurgents in Iraq attached explosives to a dog and tried to blow up a military convoy near the northern oil centre of Kirkuk.

The canine bomb went off but the only casualty was the unfortunate animal, said police. The militants wrapped an explosive belt around the dog and detonated it as the convoy passed through Dakuk, 25 miles south of Kirkuk, said the town's police chief, Col Mohammed Barzaji.

"The dog was torn apart by the explosion which caused neither injury among the soldiers nor any damage."

Col Barzaji said the bomb had been detonated outside a Shia mosque. "Eight suspects have been detained."

This was not the first time that animals have been used in insurgent attacks. In 2003, donkey carts were used to conceal makeshift multiple rocket launchers in a flurry of attacks in Baghdad. Animal carcasses and human corpses have been used to conceal explosives. 

Information appearing on telegraph.co.uk is the copyright of Telegraph Group Limited and must not be reproduced in any medium without licence. For the full copyright statement see Copyright


EXHIBIT 15