UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RONALD WOOD,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DYNCORP,** *et al.*, )<br>)<br>**Defendants.** ) | Case No. 1:06-cv-1616 CKK |

## JOINT STATUS REPORT AS TO JURISDICTIONAL DISCOVERY PLAN

Pursuant to the Court's Order dated October 27, 2006, the parties jointly submit the following jurisdictional discovery plan:

1. Parties shall serve written interrogatories and requests for production of documents by November 15, 2006 with responses due by December 18, 2006;

2. Parties shall notice depositions to take place between December 19, 2006 and January 15, 2007; and

3. With respect to the depositions taken between December 19, 2006 and January 15, 2007, the parties shall serve requests for admissions by January 19, 2007 with responses due by January 31, 2007.

4. Parties may serve other requests for admissions with responses due within twenty (20) days of receipt of such requests for admissions, provided that such other requests for admissions shall be served to allow responses to be made by January 31, 2007.

The above jurisdictional discovery plan is limited solely to the jurisdictional issues raised in Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings.

246253.1

Date: November 6, 2006

                        Respectfully submitted,

| FINKELSTEIN & HORVTIZ, P.C. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| /s/ | /s/ |
| Nathan I. Finkelstein, Esq. (D.C. Bar. No. 173682) | Robert B. Wallace (D.C. Bar No. 108571) |
| Laurie B. Horvitz, Esq. (D.C. Bar. No. 384702) | Kevin Farrell (D.C. Bar No. 492142) |
| Robert J. Goldman, Esq. (D.C. Bar. No. 481642) | Yoora Pak (D.C. Bar. No. 467007) |
| 7315 Wisconsin Avenue | The Colorado Building |
| Suite 400 East | 1341 G Street, N.W., 5th Floor |
| Bethesda, MD 20814 | Washington, D.C. 20005 |
| (301) 951-8400 (telephone) | (202) 626-7660 (telephone) |
| (301) 951-8401 (facsimile) | (202) 628-3606 (facsimile) |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

246253.1