IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RONALD WOOD,

      Plaintiff,

v.                                               Civil No. 1:06-cv-1616CKK

DYNCORP, et al.,

      Defendants,

\*    \*    \*    \*    \*    \*    \*

## CERTIFICATE REGARDING DISCOVERY

On behalf of the plaintiff, Ronald Wood, hereby certify that served on all counsel (1) Plaintiff Ronald Wood's Interrogatories to Defendant, Dyncorp; (2) Plaintiff Ronald Wood's First Request for Production of Documents to Defendant, Dyncorp; (3) Plaintiff Ronald Wood's Interrogatories to Defendant, Dyncorp International, LLC; (4) Plaintiff Ronald Wood's First Request for Production of Documents to Defendant, DynCorp International, LLC; (5) Plaintiff Ronald Wood's Interrogatories to Defendant, Dyncorp International Inc.; (6) Plaintiff Ronald Wood's First Request for Production of Documents to Defendant, Dyncorp International Inc., and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided

Respectfully submitted,

FINKELSTEIN & HORVITZ, P.C

/s/
By:_____
Nathan I. Finkelstein #173682
Laurie B. Horvitz # 384702
Robert J. Goldman # 481642
Emily D. Gooding # 496227
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone: (301) 951-8400
Facsimile: (301) 951-8401

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2006, the foregoing Certificate Regarding Discovery was mailed first-class with adequate postage prepaid to:

Robert B. Wallace
Kevin P. Farrell
Yoora Pak
Wilson, Elser, Moskowitz, Eldeman & Dicker, LLP
The Colorado Building
1341 G Street, N.W.
Suite 500
Washington, DC 20005
Fax: 202 628-3606

_____
Nathan   Finkelstein #17368