IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|     v. | )Case No. 1:06-cv-1616 CKK |
| | ) |
| DYNCORP, et al. | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE REGARDING SERVICE

On behalf of the plaintiff, Ronald Wood, I hereby certify that I served on all counsel,  Plaintiff Ronald Wood's Responses to Defendants' First Set of Interrogatories as to Jurisdiction and Defendants' Request for Production of Documents, and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

FINKELSTEIN & HORVITZ, P.C.

/s/

By:_____
    Nathan I. Finkelstein #173682
    Laurie B. Horvitz # 384702
    Robert J. Goldman # 481642
    Emily D. Gooding # 496227
    7315 Wisconsin Avenue, Suite 400 East
    Bethesda, Maryland 20814
    Telephone: (301) 951-8400
    Facsimile: (301) 951-8401

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2006, the foregoing Certificate Regarding Discovery was mailed first-class with adequate postage prepaid to:

Robert B. Wallace
Kevin P. Farrell
Yoora Pak
Wilson, Elser, Moskowitz, Eldeman & Dicker, LLP
The Colorado Building
1341 G Street, N.W.
Suite 500
Washington, DC 20005
Fax: 202 628-3606

/s/

_____
Nathan I. Finkelstein  #17368