## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RONALD WOOD,

      PLAINTIFF

      vs.

DYNCORP, et al.

      DEFENDANT

Civil Action No.:06cv1616
Next Deadline: 1/31/07;
end of discovery
Judge Kollar-Kotelly

## PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINES SET FORTH IN COURT'S SCHEDULING ORDER

      Plaintiff, Ronald Wood, by and through undersigned counsel, moves this Court to extend the remaining deadlines set forth in this Court's Scheduling Order as to subject matter jurisdiction   Plaintiff requests that this Court issue a revised scheduling Order based on these new deadlines.  The instant Motion is filed before the existing deadline for discovery.   Counsel for Defendants consents to the requested extension of deadlines.   In support of this motion and as grounds therefor, Plaintiff has contemporaneously filed a supporting Memorandum and proposed Order.

      Respectfully submitted,
      FINKELSTEIN & HORVITZ, PC

      _____/s/_____
      Nathan I. Finkelstein #013792
      Laurie B. Horvitz, ##384702
      Robert J. Goldman #16261
      7315 Wisconsin Avenue, Suite 400 East
      Bethesda, Maryland 20814
      Telephone (301) 951-8400
      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RONALD WOOD,

      PLAINTIFF

        vs.

DYNCORP, et al.,

      DEFENDANT

Civil Action No.: 06CV1616
Next deadline: 1/31/07;
end of discovery
Judge Kollar-Kotelly

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINES SET FORTH IN COURT'S SCHEDULING ORDER

In support of Plaintiff's Motion, Plaintiff states:

1     Since the parties completed and submitted their discovery plan, they have vigorously engaged in written discovery as to subject matter jurisdiction.

2.     The parties are in the process of scheduling the opposing parties' depositions.

3.     Plaintiff Ronald Wood's present physical condition does not currently permit him to travel to the District of Columbia to be deposed, as the injuries he sustained in the occurrence which is the subject of his Complaint have limited his ability to make such a trip.

4.     It is believed that within the next forty-five (45) days Plaintiff Ronald Wood will either be well enough to travel to the District of Columbia for his deposition or counsel for the parties will travel to Plaintiff's home state of South Carolina for his deposition.

5.     Furthermore, counsel for Plaintiff is currently evaluating the involvement in this matter of a related entity, specifically Dyncorp FZ-LLC, which is not currently a party.

6.     Plaintiff expects that it will file for leave to add Dyncorp FZ-LLC, as a party Defendant within the next fifteen(15) days.

7.     In order for the parties to comprehensively complete discovery as to

subject matter jurisdiction, it is important for Plaintiff to have access to and depose all appropriate parties, including Dyncorp FZ-LLC.[1]

8.      Plaintiff respectfully requests that this Honorable Court grant this Motion in order that Plaintiff and Defendants may have an additional forty-five (45) days from January 15, 2007 within which to complete all subject matter jurisdiction depositions, as per the Jurisdictional Discovery Plan.  Based upon this extension of time, the parties may narrow the areas in dispute in this case and/or clarify outstanding issues.

9.      Plaintiff, with the consent of Defendants, proposes that the remaining deadlines set forth in the Court's Scheduling Order be extended as follows:

| | |
|---|---|
| All jurisdictional discovery will be completed on or before | March 19, 2007 |
| Dispositive Motions are due on or before | April 3, 2007 |
| Oppositions to dispositive motions due on or before | April 24, 2007 |
| Replies, if any, due on or before | May 4, 2007 |

10.     This request for an extension of time is the first requested by either party.

11      Neither party will be prejudiced by this extension

12      At this time, it is anticipated that no further extensions will be necessary

WHEREFORE, Plaintiff requests that this Honorable Court grant the instant Motion

Respectfully submitted,
FINKELSTEIN & HORVITZ, PC

_____/s/_____
Nathan I. Finkelstein #013792
Laurie B. Horvitz #384702
Robert J. Goldman #16261
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone (301) 951-8400
Attorneys for Plaintiff

---

[1] It is noted for purposes of this motion that Defendants are not joining or otherwise acquiescing to Plaintiff's intent to seek leave to add DynCorp FZ-LLC or any other entity as an additional party to this litigation.  Defendants reserve the right to respond to Plaintiff's motion for leave to add any additional parties when such motion is made.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of January 2007 served a copy of the foregoing by United States first class mail with adequate postage prepaid and addressed to:

Robert Wallace, Esquire
Kevin Farrell, Esquire
Yoora Pak, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
5th Floor
Washington, DC 20005

_____/s/_____
Robert J. Goldman

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RONALD WOOD,

    PLAINTIFF

      vs

DYNCORP, et al.,

      DEFENDANT

Civil Action No.: 06CV1616
Next deadline: 1/31/07;
end of discovery
Judge Kollar-Kotelly

## ORDER

Having considered Plaintiff's Consent Motion to Extend Deadlines Set Forth in

Court's Scheduling Order and for good cause having been shown, it is this _____ day

of _____, 2007, hereby

ORDERED that said Motion is GRANTED; and

FURTHER ORDERED that the Clerk of this Court is directed to enter an

Amended Scheduling Order reflecting the following revised deadlines:

| | |
|---|---|
| All jurisdictional discovery will be completed on or before | March 19, 2007 |
| Dispositive Motions are due on or before | April 3, 2007 |
| Oppositions to dispositive motions due on or before | April 24, 2007 |
| Replies, if any, due on or before | May 4, 2007 |

SO ORDERED

_____
Judge, United States District Court

5

Copies to:
Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814

Robert B. Wallace
Kevin P. Farrell
Yoora Pak
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, NW
5th Floor
Washington, DC 20005