**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ : | |
| RONALD WOOD, : | |
| : | |
| **PLAINTIFF** : | |
| : | |
| vs. : | Civil Action No.:06cv1616 |
| : | Next Deadline: March 19, 2007; |
| DYNCORP, et al. : | end of discovery |
| : | Judge Kollar-Kotelly |
| _____DEFENDANT_____: | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT IN ORDER TO ADD DYNCORP INTERNATIONAL FZ-LLC AS A PARTY DEFENDANT

Plaintiff, Ronald Wood, by and through undersigned counsel, moves this Court to enter an order permitting Plaintiff to amend his Complaint and add Dyncorp International FZ-LLC as a party Defendant. The instant motion is filed on a timely basis. Counsel for Defendants has neither consented to nor objected to the instant motion. In support of this motion and as grounds therefor, Plaintiff has contemporaneously filed a supporting Memorandum, proposed Order and Amended Complaint, as required by LCvR 15.1.

Respectfully submitted,
FINKELSTEIN & HORVITZ, PC


_____/s/_____
Nathan I. Finkelstein #013792
Laurie B. Horvitz, ##384702
Robert J. Goldman #16261
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone (301) 951-8400
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____ :
RONALD WOOD,                        :
                                    :
        PLAINTIFF                   :
                                    :
        vs.                         :    Civil Action No.: 06CV1616
                                    :    Next deadline: March 19, 2007;
DYNCORP, et al.,                    :    end of discovery
                                    :    Judge Kollar-Kotelly
_____DEFENDANT_____ :

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT
IN ORDER TO ADD DYNCORP INTERNATIONAL FZ-LLC AS A PARTY
DEFENDANT**

In support of Plaintiff's Motion, Plaintiff states:

1.    The instant action was filed by Plaintiff in the Superior Court of the District
      of Columbia against Defendants Dyncorp, Dyncorp International, LLC and
      Dyncorp International, Inc. on or about August 17, 2006, relating to an
      automobile incident in Iraq on or about September 3, 2004.

2.    This case relates to bodily injuries sustained by the Plaintiff in that incident
      when the driver of his vehicle lost control.  At the time, the driver
      apparently was performing services by or for certain Dyncorp defendants.

3.    Defendants removed the instant matter to this Honorable Court and filed
      their Answer on or about September 26, 2006.

4.    Defendants filed a Motion to Dismiss based upon subject matter
      jurisdiction, which this Court denied without prejudice.

5.    This Honorable Court permitted the parties to engage in a period of
      discovery limited to the issue of subject matter jurisdiction.

6.    The parties have vigorously engaged in discovery related to subject matter
      jurisdiction and have received an enlargement of time to complete said
      discovery, through and including March 19, 2007.

7.    During the discovery process, Dyncorp International FZ-LLC was identified
      as the direct employer of James McCants and Mark Greenlee, the two

2

security personnel who transported Plaintiff at the time of the subject automobile incident. See Exhibit A which is attached hereto and incorporated herein by reference.

8.  Dyncorp International FZ-LLC was also identified in the discovery responses as a subsidiary of Defendant Dyncorp International, LLC. See Exhibit B which is attached hereto and incorporated herein by reference.

9.  Pertinent contractual documents indicate Dyncorp International LLC was providing services to relevant partners at the time of the incident and utilized personnel of its subsidiary, Dyncorp International FZ-LLC, in connection with such contracts.

10. In his Amended Complaint, Plaintiff adds a claim for relief against Dyncorp International FZ-LLC as to Counts 1 through 3 and adds a claim against Dyncorp International FZ-LLC for negligent supervision of James McCants and Mark Greenlee in connection with the subject incident.

11. Because Dyncorp International FZ-LLC employed James McCants and Mark Greenlee at the time of the subject incident and was, at all relevant times, related to the other entities which are already parties to this matter, Dyncorp International FZ-LLC is a proper Defendant to be added in the instant action.

12. Federal Rule of Civil Procedure 15(a) provides that leave to amend a party's pleading shall be freely given when justice so requires.

13. Given the information received by Plaintiff in discovery and the contentions raised in Plaintiff's Complaint, Dyncorp International FZ-LLC, is an appropriate party to be included as a Defendant in the instant matter.

WHEREFORE, Plaintiff requests that this Honorable Court grant the instant Motion and permit the attached Amended Complaint to be filed in the instant matter.

Respectfully submitted,
FINKELSTEIN & HORVITZ, PC

_____/s/_____
Nathan I. Finkelstein #013792
Laurie B. Horvitz #384702
Robert J. Goldman #16261
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone (301) 951-8400
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 1st day of February 2007 served a copy of the foregoing by United States first class mail with adequate postage prepaid and addressed to:

Robert Wallace, Esquire
Kevin Farrell, Esquire
Yoora Pak, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
5th Floor
Washington, DC 20005

_____/s/_____
Nathan I. Finkelstein

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD WOOD, | : |
| | : |
| PLAINTIFF | : |
| | : |
| vs. | : |
| | : |
| DYNCORP, et al. | : |
| | : |
| DEFENDANT | : |

Civil Action No.:06cv1616
Next Deadline: March 19, 2007;
end of discovery
Judge Kollar-Kotelly

## ORDER

Having considered Plaintiff's Motion to Amend Complaint in Order to Add

Dyncorp International FZ-LLC as A Party Defendant and for good cause having been

shown, it is this _____ day of _____, 2007, hereby

ORDERED that said Motion is GRANTED; and

FURTHER ORDERED that the attached Amended Complaint shall be

considered filed as of the date of this Order and that a responsive pleading shall be filed

within 10 days after service of the amended pleading, as per Federal Rule of Civil

Procedure 15(a).

SO ORDERED.

_____
Judge, United States District Court

Copies to:
Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814

Robert B. Wallace
Kevin P. Farrell
Yoora Pak
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, NW
5th Floor
Washington, DC 20005