# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Colorado Building, 1341 G Street, NW, 5th Floor, Washington, D.C. 20005-3105  Tel: 202.626.7660  Fax: 202.628.3606

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates:  Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

—

**www.wilsonelser.com**

WRITER'S DIRECT DIAL (202) 626-7667
ROBERT.WALLACE@WILSONELSER.COM
ADMITTED IN DC ; VA

April 2, 2007

**BY ECF**

The Honorable Colleen Kollar-Kotelly
U.S. District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.,
Washington, D.C. 20001

    Re:    *Wood v. DynCorp et al.*,
            Civil Action No. 1:06-cv-01616-CKK
            <u>Our File No.           :         00916.00076</u>

Dear Judge Kollar-Kotelly:

      On behalf of defendants DynCorp, DynCorp International LLC, and DynCorp International Inc. ("Defendants"),[1] we are writing to inform the Court that after much careful deliberation during the time that this Court has permitted the parties to engage in limited jurisdictional discovery, we have concluded that it would not be in our clients' best interests to file a dispositive motion with respect to the jurisdictional issues raised in Defendants' initial motion to dismiss/motion for judgment on the pleadings.  Instead, we would like to proceed to the merits of the claims raised by the plaintiff in this matter.

      We have informed plaintiff's counsel about our decision. We have also discussed proposed pre-trial dates for the conclusion of merit discovery and dispositive motions in this case, which will be filed as a separate document.  To that end, the parties have agreed to propose to the Court the following schedule:

---

[1] On February 2, 2007, plaintiff Ronald Wood, with the Court's leave, amended his Complaint to add another entity as a defendant, DynCorp International FZ-LLC.  To date, we do not have any information that indicates that this new defendant has been served.  This firm does not represent DynCorp International FZ-LLC.

257475.1

The Honorable Colleen Kollar-Kotelly
April 2, 2007
Page 2

    1.    Parties shall complete all discovery by July 17, 2007;

    2.    Parties shall serve requests for admissions by July 24, 2007 with responses due by August 23, 2007;

    3.    Parties shall file dispositive motions by August 31, 2007, oppositions thereto shall be filed by September 20, 2007, and replies, if any, shall be filed by October 4, 2007.

    4.    Defendants have conferred with plaintiff on these dates and plaintiff agrees to this proposed schedule.

    Thank you for your attention to this matter.

Very truly yours,

*/s/*

Robert B. Wallace

cc: Nathan I. Finkelstein, Esq. (via ECF)
    Robert J. Goldman, Esq. (via ECF)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

257475.1