UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RONALD WOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:06-cv-1616 CKK |
| **v.** ) | |
| ) | |
| **DYNCORP,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## PROPOSED PRE-TRIAL DATES

Defendants DynCorp, DynCorp International Inc., and DynCorp International LLC [hereinafter collectively referred to as "Defendants"],[1] hereby respectfully propose the following pre-trial dates:

1. Parties shall complete all discovery by July 17, 2007;

2. Parties shall serve requests for admissions by July 24, 2007 with responses due by August 23, 2007;

3. Parties shall file dispositive motions by August 31, 2007, oppositions thereto shall be filed by September 20, 2007, and replies, if any, shall be filed by October 4, 2007.

4. Defendants have conferred with plaintiff on these dates and plaintiff agrees to this proposed schedule.

---

[1] On February 2, 2007, plaintiff Ronald Wood, with the Court's leave, amended his Complaint to add another entity as a defendant, DynCorp International FZ-LLC. To date, we do not have any information that indicates that this new defendant has been served. This firm does not represent DynCorp International FZ-LLC.

257525.1

Date: April 2, 2007

                                                                                            Respectfully submitted,

                                                                                            WILSON, ELSER, MOSKOWITZ,
                                                                                            EDELMAN & DICKER LLP

                                                                                            _____/s/_____
                                                                                           Robert B. Wallace (D.C. Bar No. 108571)
                                                                                           Kevin Farrell (D.C. Bar No. 492142)
                                                                                           Yoora Pak (D.C. Bar. No. 467007)
                                                                                           The Colorado Building
                                                                                           1341 G Street, N.W., 5th Floor
                                                                                           Washington, D.C. 20005
                                                                                           (202) 626-7660 (telephone)
                                                                                           (202) 628-3606 (facsimile)

                                                                                           *Attorney for Defendants DynCorp,*
                                                                                           *DynCorp International Inc., and DynCorp*
                                                                                           *International LLC*

257525.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Proposed Pre-Trial Dates by Defendants DynCorp, DynCorp International LLC and DynCorp International Inc. was served via Electronic Case Filing, (ECF) this 2nd day of April, 2007 to:

>Nathan I. Finkelstein, Esq.
>Laurie B. Horvitz, Esq.
>Robert J. Goldman, Esq.
>Finkelstein & Horvitz, P.C.
>7315 Wisconsin Avenue
>Suite 400 East
>Bethesda, MD 20814
>
>*Attorneys for Plaintiff*

_____/s/_____
Yoora Pak

257525.1