UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RONALD WOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:06-cv-1616 CKK |
| **v.** ) | |
| ) | |
| **DYNCORP,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## STATUS REPORT

On behalf of defendants DynCorp, DynCorp International LLC, and DynCorp International Inc. ("Defendants"),[1] we are writing to inform the Court that after much careful deliberation during the time that this Court has permitted the parties to engage in limited jurisdictional discovery, we have concluded that it would not be in our clients' best interests to file a dispositive motion with respect to the jurisdictional issues raised in Defendants' initial motion to dismiss/motion for judgment on the pleadings. Instead, defendants would like to proceed to litigation of the merits of the claims raised by the plaintiff in this matter.

We have informed plaintiff's counsel about our decision. We have also discussed proposed pre-trial dates for the conclusion of merit discovery and dispositive motions in this case, which has been filed as a separate document (Document No. 21). To that end, the parties have agreed to propose to the Court the following schedule:

---

[1] On February 2, 2007, plaintiff Ronald Wood, with the Court's leave, amended his Complaint to add another entity as a defendant, DynCorp International FZ-LLC. To date, we do not have any information that indicates that this new defendant has been served. This firm does not represent DynCorp International FZ-LLC.

257921.1

1. Parties shall complete all discovery by July 17, 2007;

2. Parties shall serve requests for admissions by July 24, 2007 with responses due by August 23, 2007;

3. Parties shall file dispositive motions by August 31, 2007, oppositions thereto shall be filed by September 20, 2007, and replies, if any, shall be filed by October 4, 2007.


Date: April 3, 2007

                                                Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____/s/_____
Robert B. Wallace (D.C. Bar No. 108571)
Kevin Farrell (D.C. Bar No. 492142)
Yoora Pak (D.C. Bar. No. 467007)
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005
(202) 626-7660 (telephone)
(202) 628-3606 (facsimile)

*Attorney for Defendants DynCorp, DynCorp International Inc., and DynCorp International LLC*

257921.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Status Report by Defendants DynCorp, DynCorp International LLC and DynCorp International Inc. was served via Electronic Case Filing, (ECF) this 3d day of April, 2007 to:

>Nathan I. Finkelstein, Esq.
>Laurie B. Horvitz, Esq.
>Robert J. Goldman, Esq.
>Finkelstein & Horvitz, P.C.
>7315 Wisconsin Avenue
>Suite 400 East
>Bethesda, MD 20814
>
>*Attorneys for Plaintiff*

                                                          _____/s/_____
                                                              Yoora Pak

257921.1