## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD,<br><br>PLAINTIFF<br><br>vs.<br><br>DYNCORP, et al.<br><br>DEFENDANT | Civil Action No.:06cv1616<br>Next Deadline: May 21, 2007;<br>Scheduling Conference<br>Judge Kollar-Kotelly |

## LINE TO COURT

Plaintiff has herewith attached a copy of the Return of Service indicating that service was completed on Dyncorp International FZ-LLC on March 29, 2007. Plaintiff has not yet received the original Return of Service from Dubai, United Arab Emirates. However, in an abundance of caution, Plaintiff is notifying the Defendants and the Court prior to the Scheduling Conference, that service had been completed on Dyncorp International FZ-LLC.

Respectfully submitted,
FINKELSTEIN & HORVITZ, PC

_____/s/_____
Nathan I. Finkelstein #013792
Laurie B. Horvitz, ##384702
Robert J. Goldman #16261
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone (301) 951-8400
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of May 2007 served a copy of the foregoing by United States first class mail with adequate postage prepaid and addressed to:

Robert Wallace, Esquire
Kevin Farrell, Esquire
Yoora Pak, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
5th Floor
Washington, DC 20005

/s/
Robert J. Goldman

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 29. 3. 2007 |
| NAME OF SERVER (PRINT) FADI HADDAD | TITLE OPERATION MANAGER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: ROWENA

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  29. 3. 2007
              Date                    Signature of Server

AL GARHOVD - P.O. BOX 23141 DUBAI
              Address of Server
                                      UAE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Delivered to Mr Sanjay Wadhwani
at Dyncorp Int'l FZ LLC
Bldg 15 - Suite 105 at
Dubai Internet City       Tel 3910556.
A package. (envelope).

Received at Reception    Dyncorp International
Rowena                    29/3/07.
        R.Robug:   043910556.