UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RONALD WOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:06-cv-1616 CKK |
| **v.** ) | |
| ) | |
| **DYNCORP,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STATUS REPORT AS TO DISCOVERY PLAN

Plaintiff Ronald Wood and Defendants DynCorp, DynCorp International Inc., and DynCorp International LLC [hereinafter collectively referred to as "Defendants"],[1] hereby respectfully propose the following dates with respect to their Discovery Plan:

1. Parties shall exchange written discovery by June 4, 2007, and provide responses by July 2, 2007.

2. Plaintiff will be made available for deposition on June 27, 2007, in Charleston, South Carolina. Plaintiff shall pay the reasonable cost of one (1) round-trip airplane ticket for one of Defendants' counsel to travel to and from Charleston, South Carolina.

3. Plaintiff shall be made available for independent medical examinations by Defendants' board certified neurosurgeon and orthopaedic specialist [hereinafter referred to as "Medical Experts"] during the week of July 23, 2007, in the District of Columbia. Parties agree that Defendants' Medical Experts shall be permitted to examine plaintiff after the expert discovery deadlines and that they will be permitted to submit a written report with respect to their independent medical examinations within seven (7) business days after the examination of

---

[1] As represented at the May 21, 2007 Status Conference, the undersigned does not represent DynCorp International FZ-LLC.

262763.1

plaintiff. Parties also agree that plaintiff shall have the opportunity to file a rebuttal to the Defendants' Medical Experts' reports within seven (7) business day after receipt thereof. The depositions of Defendants' Medical Experts shall be scheduled after the exchange of reports.

4. Plaintiff shall be made available for a telephone interview with Defendants' vocational rehabilitation consultant during the week of June 4, 2007.

5. Parties shall make their fact, expert and/or Rule 30(b)(6) witnesses available for deposition during the weeks of July 9, 2007 and July 16, 2007, unless otherwise agreed. To that end, the following dates have been confirmed:

   a. Defendants' damages expert: July 13, 2007

   b. Defendants' damages expert: July 18, 2007

Parties are in contact with their witnesses concerning specific deposition dates during this time period.

6. Parties are scheduled to meet with Magistrate Judge Kay for mediation on July10, 2007 at 2:30 p.m.

7. Parties shall exchange requests for admissions by August 6, 2007, and provide responses by August 27, 2007.

262763.1

Date: May 31, 2007

                                              Respectfully submitted,

| FINKELSTEIN & HORVTIZ, P.C. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Nathan I. Finkelstein, Esq. (D.C. Bar. No. 173682) | Robert B. Wallace (D.C. Bar No. 108571) |
| Laurie B. Horvitz, Esq. (D.C. Bar. No. 384702) | Kevin Farrell (D.C. Bar No. 492142) |
| Robert J. Goldman, Esq. (D.C. Bar. No. 481642) | Yoora Pak (D.C. Bar. No. 467007) |
| 7315 Wisconsin Avenue | The Colorado Building |
| Suite 400 East | 1341 G Street, N.W., 5th Floor |
| Bethesda, MD 20814 | Washington, D.C. 20005 |
| (301) 951-8400 (telephone) | (202) 626-7660 (telephone) |
| (301) 951-8401 (facsimile) | (202) 628-3606 (facsimile) |
| *Attorneys for Plaintiff* | *Attorney for Defendants DynCorp, DynCorp International LLC, and DynCorp International Inc.* |

262763.1