UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RONALD WOOD,**         )<br>                                        )<br>    **Plaintiff,**              )<br>                                        )<br> v.                                    )<br>                                        )<br> **DYNCORP, et al.**        )<br>                                        )<br>    **Defendants.**          ) | Case No. 1:06-cv-1616<br>JUDGE KOLLAR-KOTELLY<br>June 15, 2007: 26(a)(2)(B) deadline |

## JOINT MOTION TO ENLARGE TIME TO COMPLETE AND FILE RULE 26(a)(2)(B) EXPERT WITNESS DISCLOSURES

Plaintiff, Ronald Wood, and Defendants, Dyncorp, et al., by and through undersigned counsel, move this Court for an Order, pursuant to Fed. R. Civ. P. 6, enlarging the time for the parties to complete and file their Rule 26(a)(2)(B) expert witness disclosures, and to extend the subsequent deadline established for identifying rebuttal witnesses established in the Scheduling Order. The instant Motion is filed before the existing close for filing such witness disclosures. A memorandum of points and authorities in support of this Motion is attached.

Respectfully submitted,

| FINKELSTEIN & HORVITZ, PC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
|---|---|
| By: ___/s_____<br>Nathan I. Finkelstein # 173682<br>Laurie B. Horvitz # 384702<br>Robert J. Goldman #16261<br>7315 Wisconsin Avenue<br>Suite 400 East<br>Bethesda, MD  20814<br>(301) 951-8400<br>Attorneys for Plaintiff | By: ____/s/_____<br>Robert B. Wallace #108571<br>Kevin P. Farrell #492142<br>Yoora Pak #467007<br>1341 G Street NW<br>Suite 500<br>Washington, DC 20005<br>(202) 626-7660<br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD ) | |
| ) | |
| ) | |
| ) | Civil Action No. 1:06-CV-1616 |
| Plaintiff, ) | Judge Kollar-Kotelly |
| ) | June 15, 2007: 26(a)(2)(B) deadline |
| v. ) | |
| ) | |
| ) | |
| DYNCORP, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO ENLARGE TIME TO COMPLETE AND FILE EXPERT WITNESS DISCLOSURES**

In support of the Joint Motion, the parties offer the following:

On May 21, 2007, the parties appeared before this Honorable Court for a Scheduling Hearing. At that time, the Court established June 15, 2007 as the date for the parties to provide their Rule 26(a)(2)(B) expert witness disclosures and June 29, 2007 as the date for the parties to identify rebuttal witnesses.

Since the Scheduling Hearing, the parties have vigorously engaged in discovery, exchanging written discovery and scheduling witness and party depositions. A vocational rehabilitation consultant performed an independent examination on Plaintiff on June 4, 2007 and the parties have scheduled an independent medical examination for Plaintiff on July 23, 2007.

The claims raised in this matter are complex, however, and involve multiple issues related to driver training, safety training, and significant and severe injuries suffered by Plaintiff. Because the subject automobile incident occurred in Iraq, some information is not

easily accessible.  Furthermore, Plaintiff treated with numerous physicians for his injuries. Ultimately, there are hundreds if not thousands of pages of medical and treatment records for experts to review and provide an opinion.

Based upon the complicated issues presented and voluminous amount of documentation, the parties require an additional period of time within which to complete and file the expert witness disclosures.  As such, the parties request that the deadline for filing such disclosures be extended until Tuesday, June 26, 2007.  The parties request that the deadline for rebuttal witnesses, currently set as June 29, 2007, be extended an additional ten (10) days until July 9, 2007.

Such an enlargement will not prejudice either party and will not result in any delay to this Court or postponement of any other deadlines.  This enlargement will enable the parties to more complete and thorough disclosures which will permit the parties to more efficiently depose these experts.

Respectfully submitted,

By:   ___/s/_____          By:   _____/s/_____
     Nathan I. Finkelstein # 173682            Robert B. Wallace #108571
     Laurie B. Horvitz # 384702                 Kevin P. Farrell #492142
     Robert J. Goldman #16261                Yoora Pak #467007
     7315 Wisconsin Avenue                   1341 G Street NW
     Suite 400 East                          Suite 500
     Bethesda, MD   20814                    Washington, DC 20005
     (301) 951-8400                          (202) 626-7660
     Attorneys for Plaintiff                 Attorneys for Defendants