UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:06-CV-1616 |
| v. | ) JUDGE KOLLAR-KOTELLY |
| | ) 6/15/07 deadline for 26(a)(2)(B) |
| DYNCORP, et al. | ) Disclosures |
| | ) |
| Defendants. | ) |

## ORDER ON JOINT MOTION

Upon consideration of the Joint Motion to Enlarge Time to Complete and File Rule 26(a)(2)(B) Expert Witness Disclosures and for good cause having been shown, it is this ____ day of _____, 2007,

ORDERED that the Joint Motion is GRANTED and the deadline for filing Rule 26(a)(2)(B) Expert Witness Disclosures is extended until June 26, 2007 and the deadline for identifying rebuttal witnesses is extended until July 9, 2007.

SO ORDERED.

                                              JUDGE, UNITED STATES DISTRICT COURT
                                              DISTRICT OF COLUMBIA