UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD, | )<br>)<br>)<br>) Civil Action No. 1:060CV01616 CKK<br>) JUDGE KOLLAR-KOTELLY<br>) NEXT EVENT: 7/9/07<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| DYNCORP, et al. | |
| Defendants. | |

### PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

Plaintiff, by and through undersigned counsel, hereby provides disclosures regarding witnesses to be retained or specially employed to provide expert testimony in this case.

The Plaintiff hereby provides the following disclosure of experts:

**1.  Dr. Thomas Privett**
    **Charleston Neurology Associates**
    **9313 Medical Plaza Drive #310**
    **North Charleston, South Carolina  29406**

**Qualifications.** A copy of Dr. Privett's CV is attached.  In part, the witness is a licensed physician in the State of South Carolina and Plaintiff's treating neurologist.  Dr. Privett will rely upon his medical records relating to Plaintiff, his clinical observations, findings and conclusions relating to Plaintiff, and his general educational, clinical and professional experiences.

**Anticipated Opinions.** Dr. Privett is expected to give testimony regarding the causal relationship between the September 3, 2004 automobile incident which is the subject of the Plaintiff's Complaint and the injuries sustained by

1

Ronald Wood. In part, he is expected to testify that there is a causal relationship between the neurological and other physical injuries sustained by Mr. Wood and the subject incident. Dr. Privett will testify as to the permanency of Plaintiff's injuries, including his head injury, and his disability rating. He will testify as to his course of treatment for Ronald Wood. The exhibits that were used in formulating this opinion are the medical records of Ronald Wood, which have been disclosed to Defendants' counsel previously. Furthermore, Dr. Privett will rely on other medical records and documents from Plaintiff's other treating physicians. Dr. Privett will rely upon published medical literature regarding the relationship between automobile incidents and the injuries suffered by Plaintiff. The records documenting Dr. Privett's findings have been provided to Defendants.

**Compensation.** Dr. Privett is to be paid at a deposition rate of $1,200.00 for the first hour of testimony and analysis.

**Prior Testimony.** Plaintiff is aware of no other cases in which the witness has testified as an expert during the preceding four years, other than as a treating physician.

2.  **Manuel Smith**
    **405 Cove Road**
    **Wellfleet, Massachusetts 02667**

    **1323 Cameron Hill Court**
    **Silver Spring, Maryland 20910**

    **Qualifications.** Manuel Smith is an economic consultant. Mr. Smith's curriculum vitae, which includes his qualifications, and a listing of other qualifications to give testimony herein, will be provided immediately upon receipt. In part, he will rely upon his experiences and Plaintiff's past income plus disability

2

relating to economic loss and damages in providing testimony on Plaintiff's lost income.

**Anticipated Opinions.** Mr. Smith will evaluate and testify as to the economic damages suffered by Ronald Wood resulting from the injuries sustained in the automobile incident of September 3, 2004. Mr. Smith will base his opinion on personal information as to Ronald Wood's health, his personal and employment information which have been previously provided to Defendants. Mr. Smith will use standard economic techniques, data and theory, currently accepted by the profession, in making this analysis of past wage loss and future wage loss of Plaintiff. Plaintiff's past losses from September 2004 to the present will be calculated based upon his historical earnings, annualized and updated to the present. Mr. Smith will also consider fringe benefits, based on a research from the Employment Benefits Research Institute as well as on data from the U.S. Department of Labor. This total will be adjusted based upon Plaintiff's personal consumption expenditures, as based on the Consumer Expenditure Surveys from the Bureau of Labor Statistics. Mr. Smith will determine the present value of Plaintiff's future earnings based upon the twenty year combined average annual rates of change in the Consumer Price Index and the index of productivity for the U.S. economy or the other standard economic practices.

Mr. Smith's economic loss report will be provided when available.

**3. Treating Physicians and Medical Providers.** It is anticipated that the Plaintiff will be using as experts numerous treating physicians and medical providers, many of whom have been deposed in this case. All of these witnesses

will rely upon their medical records relating to Plaintiff, their clinical observations, findings and conclusions relating to Plaintiff, and their general educational, clinical and professional experiences. Those experts include:

    **A. Drs. Richard Zimlich and Don O. Stovall, Jr., Low Country Orthopaedics, 2880 Tricom Street, Charleston, South Carolina 29406** are expected to testify that there is a causal relationship between the right knee, right elbow and right shoulder injuries and the subject incident. Drs. Zimlich and Stovall were treating physicians and Dr. Zimlich performed a right high tibial osteotomy on Plaintiff's right knee and implanted an accufix puddi plate therein. They are also expected to testify that the knee and shoulder have sustained significant if not permanent injuries. These records have been provided to Defendants. Drs. Zimlich and Stovall's curriculum vitae will be provided.

    **B. Dr. Russell Kitch, Low Country ENT, 2850 Tricom Street, Charleston, South Carolina 29406,** is expected to testify that there is a causal relationship between Ronald Wood's hearing loss and the subject car incident on September 3, 2004. Dr. Kitch was a treating physician who performed various audiological tests on Ronald Wood in 2005. He is also expected to testify that the hearing loss is permanent. His curriculum vitae will be provided.

C. **Dr. Brian L. West/Dr. Perry Trouche, Charleston Psychiatry, 9229 University Boulevard, Suite 2F, Charleston, South Carolina 29406**, are licensed doctor and psychiatrists who treated Plaintiff. They are expected to testify that there is a causal relationship between Ronald Wood's mental health/neurocognitive disorders following the subject car incident on September 3, 2004 and the incident itself. Dr. Touche performed various testing and evaluations on Ronald Wood and is expected to testify as to Plaintiff's mental health. Their curriculum vitae will be provided upon receipt.

4. Plaintiff reserves the right to rely on selected portions of expert testimony proffered by Defendants' experts.

5. Plaintiff reserves the right to offer rebuttal and impeachment evidence by means of additional expert testimony.

6. Plaintiff reserves the right to supplement this designation.

Respectfully submitted,

FINKELSTEIN & HORVITZ, PC

By: __/s/ [signature]
Nathan I. Finkelstein, Esquire
Laurie B. Horvitz, Esquire
Robert J. Goldman, Esquire
7315 Wisconsin Avenue, Suite 400 East
Bethesda, MD 20814
301-951-8400 (phone)
301-951-8401 (fax)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by faxing a copy of the same, by fax and first class U.S. mail, on this 26th day of June 2007 to:

Robert B. Wallace
Kevin P. Farrell
Yoora Pak
1341 G Street, NW
Suite 500
Washington, DC  20005

/s/ *[signature]*
Robert J. Goldman

# CURRICULUM VITAE

## THOMAS A. PRIVETT, M.D., PhD.

| | |
|---|---|
| **Business Address:** | Charleston Neurology Associates, LLC<br>9313 Medical Plaza Drive, Suite 310<br>Charleston, SC 29406<br>Phone: (843) 569-1856 |
| **Education:** | |
| 1980 – 1984 | Southwestern Oklahoma State University<br>Weatherford, Oklahoma<br>Bachelor of Science, Chemistry |
| 1984 – 1989 | University of Arkansas<br>Fayetteville, Arkansas<br>Doctorate in Philosophy, Chemistry |
| 1989 – 1993 | Tulane University School of Medicine<br>New Orleans, Louisiana<br>Doctorate in Medicine |
| 1993 – 1997 | Chief Resident<br>Tulane Department of Neurology<br>Tulane University School of Medicine<br>New Orleans, Louisiana |
| **Experience:** | |
| 1997 – 2001 | Solo Neurologist, Primary Physician and Consultant for ICU, ER, Ward, and Clinic<br>Sheppard Air Force Base<br>Wichita Falls, Texas |
| 2001 – 2002 | Neurologist<br>Murfreesboro Medical Clinic<br>Murfreesboro, Tennessee |
| 2002 – Present | Neurologist, Partner<br>Charleston Neurology Associates, LLC<br>Charleston, South Carolina |
| **Honors:** | 1997 – Inaugural Samuel S. Trufant Award.<br>Outstanding Neurology Resident |
| **Certification:** | Board Certified by the American Board of Neurology and Psychiatry. |
| **Licensure:** | South Carolina # 23118 |

# CHARLESTON NEUROLOGY ASSOCIATES

John W. Plyler, M.D.
John H. Lucas IV, M.D.
Thomas A. Privett, M.D.

MAILING ADDRESS:
9313 Medical Plaza Drive, Suite 310
Charleston, South Carolina 29406

Telephone (843) 569-1856
Facsimile (843) 569-1879
Tax ID # 57-1134565

Re: Wood, Ronald
ID#: 52081
Date: 05/12/05

## INDEPENDENT MEDICAL EVALUATION

HISTORY OF PRESENT ILLNESS:
Mr. Wood is a 44 year-old gentleman, who presented for Independent Medical Evaluation at the request of Dr. Kitch in reference to headaches. Mr. Wood presented to the evaluation on-time, and he was well dressed. He was involved in a motor vehicle accident, which occurred in Iraq. He was working for a civilian contractor and was in a convoy that was going at a high rate of speed across the dessert to a remote radio location. Mr. Wood was an unrestrained passenger in one of the back seats of the Ford Explorer. They were going approximately 100 mph, and the driver swerved to avoid hitting a dog. The vehicle overturned, and as per the serious incident report of 9/13/04 and the U.S. Department of Labor first report of injury, the vehicle rolled seven times. Mr. Wood states that he was wearing body armor, but was not wearing a helmet. He held on to interior structures of the vehicle, and apparently did have loss of consciousness. He does recall the initial rollover, and then regained consciousness after the vehicle had stopped. He was able to exit the vehicle via a rear window, and it apparently caught on fire within a few minutes. There were no fatalities, but multiple injuries. He reported that he had lacerations to the superior temporal areas bilaterally, left more than right, as well as blunt trauma to the left hand, significant soft tissue injuries to the right leg and knee, as well as fracture of the right arm. The closest medical care was a small military camp approximately one mile from the accident. After initial stabilization, he was transported via Medevac to a Baghdad hospital. He states that initially he had lots of aches and pains. He was primarily kept in observation. He began to notice a significant headache that he had approximately three days after the injury. Initially it was an aching type sensation to the kaput, of severity 5/10. He was then transported back to the United States, and about that time, which was approximately 10 days later, the headache was worse. He feels that his symptoms were probably the same as they had been in Iraq, but once he returned home was when he first relaxed and began to take stock of his physical symptoms. Since then, the headache has been waxing and waning with severity 8-10/10, with associated tinnitus, reduction of auditory acuity, decrease in ability to sleep, irritability, some personality changes, some neck pain, some dysequilibrium in pretty much any situation, but primarily triggered by walking, and occasional bed spins. His wife has advised him there have been some staring spells. So far the most significant relief from the neck and back pain has been via

All information contained in this communication is **confidential**

# CHARLESTON NEUROLOGY ASSOCIATES

John W. Plyler, M.D.
John H. Lucas IV, M.D.
Thomas A. Privett, M.D.

MAILING ADDRESS:
9313 Medical Plaza Drive, Suite 310
Charleston, South Carolina 29406

Telephone (843) 569-1856
Facsimile (843) 569-1879
Tax ID # 57-1134565

Re:   Wood, Ronald
ID#:  52081
Date: 05/12/05
Page: Two

physical therapy. He is also status post right knee arthroscopy by Dr. Stovall secondary to a right knee meniscal tear. The surgery was performed in March 2005. He was evaluated by Dr. Kitch of ENT on 1/04/05, and history indicates no awareness of hearing loss until the day following the accident mentioned above. Audiogram of 1/26/05 revealed abnormality at 35 dB to the right ear. Further testing revealed a notched binaural sensorineural hearing loss, mild to moderate in nature, as noted on repeat audiogram of February 2005. Intermittent balance disturbance was also appreciated, and EMG was advised to be performed. There are multiple clinic notes from Doctors Care, Northwoods, from October 2004 through January 2005 that indicate continued complaints of tinnitus, headache, vertigo, irritability and difficulty sleeping. Head CT without contrast, performed 10/08/04, reveals no acute changes to the brain parenchyma. Radiology reports are not available for my review, nor are films available, but a clinic note by Dr. Stovall of Orthopaedic Surgery, as noted 2/10/05, reveals MRI of the right knee with osteoarthritis of right medial compartment, and a right medial meniscal tear. MRI scan of the elbow reveals moderate osteoarthritis and cyst formation without evidence of fracture. MRI scan of the cervical spine reveals degenerative changes at C4-C5 and C6-C7 without evidence of disc herniation or spinal canal stenosis. MRI study of the lumbar spine was normal. Primary medications to date for joint pain, headaches, muscular pain has been Flexeril, Arthrotec, Aleve and Percocet. Mr. Woods states that he had no significant history of headaches prior to the closed head injury mentioned above. He also has no previous significant closed head injuries. He does have a previous left ocular injury. He was active duty United States Army, and was involved in a motor vehicle accident, in which another car ran through an intersection while he was stationed in Germany. Apparently a foreign object lacerated his cornea, and he has had some decline of vision in the left eye since then.

WORK HISTORY:
Active duty United States Army 1986-1981, primarily in tanks. This includes both the M-60 and the M-1 A-1 tank. He then worked in tire assembly for Carlisle Tire Motor Company between 1991 and 1992. He then did manufacturing work at Whirlpool, primarily in plastics extrusion, between 1992-1994. Between 1994-1998, he worked for Bose Electronics, both in manufacturing and electronics assembly. Between 1998-2001, he worked for Dynacorp as an agricultural mechanic supervisor. Between 2001-2004, he has been in the Middle East, Kuwait and Iraq. His primary job has been both as a mechanic and working in communications, and at times personal security. Current employer is Worldwide Network, and he began working for them approximately one month prior to the injury mentioned above.

All information contained in this communication is confidential

# CHARLESTON NEUROLOGY ASSOCIATES

John W. Plyler, M.D.
John H. Lucas IV, M.D.
Thomas A. Privett, M.D.

MAILING ADDRESS:
9313 Medical Plaza Drive, Suite 310
Charleston, South Carolina 29406

Telephone (843) 569-1856
Facsimile (843) 569-1879
Tax ID # 57-1134565

Re:   Wood, Ronald
ID#:  52081
Date: 05/12/05
Page: Three

**PAST MEDICAL HISTORY:**
Corneal laceration, depression, fracture, right lower extremity from MVA in 1984, closed head injury, arm fracture, soft tissue injuries from MVA of September 2004.

**PAST SURGICAL HISTORY:**
ORIF, right lower extremity, knee surgery.

**ALLERGIES:**
NKDA.

**MEDICATIONS:**
Percocet, Arthrotec, Aleve.

**SOCIAL HISTORY:**
He has approximately two years college education. He is a smoker and a drinker.

**FAMILY HISTORY:**
Father with history of arthritis. Mother with history of CAD, hypertension and arthritis. He is married.

**REVIEW OF SYSTEMS:**
The complete Review of Systems list is on the attached neurological patient questionnaire. Findings are noted; all others are negative.

**PHYSICAL EXAMINATION:**
This is a thin gentleman, who is 5' 8" tall, who weighs approximately 160 pounds. He makes good eye contact during the evaluation. He is interactive and has a military bearing about him. He has minimal guarding with rotation of the cervical spine. There is mild guarding with palpation of the lumbosacral spine. SLR is normal bilaterally. He does have some guarding with ambulation in regard to right lower extremity, primarily right knee pain. There is a mild flatness of the right nasolabial fold. There is also decreased pinprick sensation to the left face and right body. This is mild in nature. He has some decreased visual acuity to the left eye. Tongue is midline. Palate elevates equally. EOMs intact without evidence of diplopia. There is no pain elicited with palpation/percussion of either occipital nerve areas. No drift appreciated. No

All information contained in this communication is **confidential**

# CHARLESTON NEUROLOGY ASSOCIATES

John W. Plyler, M.D.
John H. Lucas IV, M.D.
Thomas A. Privett, M.D.

MAILING ADDRESS:
9313 Medical Plaza Drive, Suite 310
Charleston, South Carolina 29406

Telephone (843) 569-1856
Facsimile (843) 569-1879
Tax ID # 57-1134565

Re:   Wood, Ronald
ID#:  52081
Date: 05/12/05
Page: Four

atrophy noted to the extremities. Grip strength is 5/5 bilaterally. Tandem gait is intact, except for guarding of the right knee. There is a more distinct decreased pinprick sensation to the left palmar median distribution. DTRs 2+ throughout without lateralization. Romberg is normal with eyes open and eyes closed. Tinel's sign is negative to the bilateral wrists and elbows. Spurling's sign is negative bilaterally. Cerebellar exam intact with equal finger-to-nose and heel-knee-shin. No dysmetria is appreciated.

## IMPRESSION/PLAN:

1. This is a 44 year-old gentleman status post significant closed head injury with laceration and short duration loss of consciousness.
2. Postconcussive syndrome. Symptoms include decreased ability to sleep, headaches, decrease in concentration, irritability, change in personality, tinnitus, dysequilibrium, decrease in energy.
3. He has been having some staring spells, so there is concern of possible posttraumatic seizure. Therefore, EEG.
4. Crossed sensation loss. This may indicate a lesion to the brainstem. Therefore, MRI of the brain with and without contrast with brain stem cuts.
5. Decreased sensation to the left palmar median distribution. He was advised by the physician in Baghdad that he may have nerve injury due to the blunt trauma, which involved thumb, index and middle fingers. Therefore, nerve conduction study, left upper extremity.
6. Need EMG testing, since this may help determine if his vertiginous symptoms are central or peripheral.
7. Mr. Wood indicates that auditory acuity decreased significantly after this injury. Since he was active duty United States Army in tanks, he may have had significant noise exposure previously. However, it may be worthwhile to review his exit physical from the United States Army in regard to audiogram at that point. He definitely appears to be a reliable patient, and is well motivated to return to work. My impression is that if there is no evidence of previous audiogram, I definitely would trust his statements that the auditory acuity decreased significantly after the accident.
8. Treatment options will be deferred until the above workup is completed. He is not at maximum medical improvement at this point in regard to the headaches or postconcussive syndrome. Hopefully we can get him back to and nearly back to

All information contained in this communication is confidential

# CHARLESTON NEUROLOGY ASSOCIATES

John W. Plyler, M.D.
John H. Lucas IV, M.D.
Thomas A. Privett, M.D.

MAILING ADDRESS:
9313 Medical Plaza Drive, Suite 310
Charleston, South Carolina 29406

Telephone (843) 569-1856
Facsimile (843) 569-1879
Tax ID # 57-1134565

Re: Wood, Ronald
ID#: 52081
Date: 05/12/05
Page: Five

    normal in regard to headaches and postconcussive symptoms within three to six months.
9. Most likely will consider treatment with a tricyclic antidepressant, etc.
10. Return to clinic in two weeks and/or completion of above studies.
11. We had a 20-minute discussion with Lisa Angeles, who is the nurse consultant with Medical Management Services, as the end of this evaluation. Mr. Wood was not present during this discussion, but he did give his permission prior to my discussion with her.

_____
Thomas A. Privett, M.D., Ph.D.

TAP/tnk

cc: Russell D. Kitch, M.D.
    LowCountry ENT
    2850 Tricom Street
    North Charleston, SC 29406

MAILED 5/16/05

All information contained in this communication is **confidential**

# CHARLESTON NEUROLOGY ASSOCIATES

John W. Plyler, M.D.
John H. Lucas IV, M.D.
Thomas A. Privett, M.D.

MAILING ADDRESS:
9313 Medical Plaza Drive, Suite 310
Charleston, South Carolina 29406

Telephone (843) 569-1856
Facsimile (843) 569-1879
Tax ID # 57-1134565

August 8, 2005

Ms. Donna Sprags
CNA Global, CNA Plaza
333 South Wabash
Suite 32-S
Chicago, IL 60685



MAILED
wtm 8/12/05

Claimant: Ronald Wood
DOI: 9/03/04
Carrier: CNA Global
S&H File #: 04-M9412
Employer: Worldwide Network
Carrier File #: 200400484

Dear Ms. Sprags:

This letter is in response to your request of further information on the work related injury of September 3, 2004 involving Mr. Wood. I have made referral to Occupational Therapy in regard to bilateral carpal tunnel syndrome and bilateral ulnar neuropathy. This was work related in that he suffered a blunt trauma to the left hand and right elbow during the motor vehicle accident. In addition, his primary job is in communications, which required frequent manipulation of circuit boards, wiring, etc., which would be the sort of activity one would expect to cause and/or exacerbate carpal tunnel syndrome.

Please contact my office if you are in need of any further assistance in this matter.

Sincerely,

Thomas A. Privett, MD, PhD
Thomas A. Privett, M.D., Ph.D.

TAP/tnk

All information contained in this communication is **confidential**