A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RONALD WOOD

        Plaintiff(s)

vs.

DYNCORP, ET AL.

        Defendant(s)

**APPEARANCE**

CASE NUMBER  06-1616

To the Clerk of this court and all parties of record:

Please enter the appearance of   George D. Ruttinger   as counsel in this
                                      (Attorney's Name)

case for:   DynCorp International FZ-LLC
                 (Name of party or parties)

6/27/07
Date

/s/ George D. Ruttinger
Signature

George D. Ruttinger
Print Name

214445
BAR IDENTIFICATION

1001 Pennsylvania Avenue, N.W.
Address

Washington, DC   20004-2595
City     State     Zip Code

202-624-2670
Phone Number