UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>DYNCORP, DYNCORP INTERNATIONAL LLC, DYNCORP INTERNATIONAL INC.,<br><br>and<br><br>DYNCORP INTERNATIONAL FZ-LLC<br>Building 15, Suite 105<br>Dubai Internet City<br>Dubai, United Arab Emirates,<br><br>    Defendants. | Civil Action No.: 06cv1616<br>Judge Kollar-Kotelly |

**DYNCORP INTERNATIONAL FREE ZONE, LLC'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**

Defendant DynCorp International Free Zone, LLC ("DIFZ"), appearing solely for the purpose of challenging insufficient service of process and the personal jurisdiction of this Court over DIFZ, respectfully moves this Court to dismiss this action against DIFZ under Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure. DIFZ moves the Court to dismiss the Plaintiff's Amended Complaint on the grounds that (1) DIFZ has not been properly served; and (2) even if service had

1

been properly effected, this Court lacks personal jurisdiction over DIFZ due to insufficient contacts between DIFZ and the District of Columbia.

DIFZ provides further support for this Motion in the attached Memorandum of Points and Authorities. For the reasons set forth therein, DIFZ respectfully requests that the Court dismiss the Amended Complaint.

                                                Respectfully submitted,

                                                s/ George D. Ruttinger
                                                D.C. Bar No. 214445
                                                Amy Laderberg O'Sullivan
                                                D.C. Bar No. 474973
                                                CROWELL & MORING LLP
                                                1001 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20006
                                                Tel.  (202) 624-2500
                                                Fax  (202) 628-5116

                                                Counsel for DynCorp International
                                                Free Zone, LLC

Dated: June 27, 2007

## CERTIFICATE OF FILING

I hereby certify that on June 27, 2007, a copy of the foregoing Defendant DynCorp International Free Zone, LLC's Motion to Dismiss for Insufficiency of Service of Process and Lack of Personal Jurisdiction was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ George D. Ruttinger