UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD, </br></br> Plaintiff, </br></br> v. </br></br> DYNCORP, et al., </br></br> Defendants. | Civil Action No.: 06cv1616 </br> Judge Kollar-Kotelly |

**DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

Pursuant to Local Rule 7.1 of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for DynCorp International Free Zone, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of DynCorp International Free Zone, LLC, which have any outstanding securities in the hands of the public.

- DynCorp International, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

                                              Respectfully submitted,

                                              s/ George D. Ruttinger
                                              D.C. Bar No. 214445
                                              Amy Laderberg O'Sullivan
                                              D.C. Bar No. 474973
                                              CROWELL & MORING LLP
                                              1001 Pennsylvania Avenue, N.W.
                                              Washington, D.C.  20006
                                              Tel.   (202) 624-2500
                                              Fax   (202) 628-5116

                                              Counsel for DynCorp International
                                              Free Zone, LLC

Dated: June 27, 2007

## CERTIFICATE OF FILING

I hereby certify that on June 27, 2007, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ George D. Ruttinger