UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RONALD WOOD,                           :
                                       :
    PLAINTIFF                          :
                                       :
vs.                                    :     Civil Action No.:06cv1616
                                       :     Next Deadline: 7/2/07
DYNCORP, et al.                        :
                                       :     Judge Kollar-Kotelly
                                       :
    DEFENDANT                          :

## SUPPLEMENT TO PLAINTIFF'S 26(a)(2) EXPERT DESIGNATION

Plaintiff has herewith attached a copy of the curricula vitae for Dr. Richard Zimlich and Dr. Don Stovall, identified as expert treating physicians for Plaintiff.

Respectfully submitted,
FINKELSTEIN & HORVITZ, PC

/s/
_____
Nathan I. Finkelstein #013792
Laurie B. Horvitz, ##384702
Robert J. Goldman #16261
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone (301) 951-8400
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of June 2007 served a copy of the foregoing by United States first class mail with adequate postage prepaid and addressed to:

Robert Wallace, Esquire
Kevin Farrell, Esquire
Yoora Pak, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
5th Floor
Washington, DC 20005

/s/
_____
Robert J. Goldman

# CURRICULUM VITAE

## *Richard Halpin Zimlich, M.D.*

**PRESENT POSITION:** Lowcountry Orthopaedics and Sports Medicine
2880 Tricom Street
Charleston, South Carolina 29406
(843) 797-5050

**PERSONAL:**
Date of Birth: November 26, 1965
Place of Birth: Louisville, Kentucky
Marital Status: Married

**EDUCATION:**

1984-1988  BS, Biology
University of Notre Dame
Notre Dame, Indiana

1988-1992  Doctor of Medicine
University of Louisville School of Medicine
Louisville, Kentucky

1992-1993  General Surgery Internship
Medical University of South Carolina
Charleston, South Carolina

1993-1997  Orthopaedic Surgery Residency
Medical University of South Carolina
Charleston, South Carolina

1997-1998  Fellow in Adult Reconstructive Surgery
Charlotte Orthopaedic Specialists, PA
Charlotte, North Carolina

**AWARDS AND HONORS:**
Resident Research Award 1997
William K. Nelson Academic Award 1994
Alpha Omega Alpha Medical Honor Society 1992

**LICENSURE:**
North Carolina (97-01205) - issued 11/26/02 expired
South Carolina (16856) – expires 12/31/07

**CERTIFICATION:**
Board Certified - July 13, 2000
American Board of Orthopaedic Surgery

**PUBLICATIONS AND PRESENTATIONS:**
Zimlich R, Schutte H, Livingston B, Levesque M, Specter A, Saur W, Weaver K: In-Vitro and In-Vivo Effect of Particulate Debris on TKA Articulating Surfaces, Scientific Exhibit, AAOS Annual Meeting 1998.

Zimlich R, Friedman R, Butler J: Preoperative Hematocrit as a Predictor of Transfusion Risk in TKA and THA, Paper Presentation, AAOS Annual Meeting, Dallas, TX 1997.

Zimlich, R, Friedman, R, Butler: J: Preoperative Hematocrit as a Predictor of Transfusion Risk in TKA and THA, Poster Presentation, AAHKS Annual Meeting, Dallas, TX 1997.

Zimlich R, Fulbright B, Friedman R: Current Status of Anticoagulant Therapy In Total Joint Replacement, Journal of American Academy of Orthopaedic Surgeons A Comprehensive Review, Vol 4, No 1, Jan/Feb 1996.

Jaskwhich D, Zimlich R, Glaser J: Anatomy of the Posterolateral Disc Region. American Journal of Orthopaedics Vol XXV, No. 9, Sept 1996

Zimlich R, Fehring T: Underestimation of Pelvic Osteolysis: The Importance of Biplane Radiography. In Print, Journal Arthroplasty.

Zimlich R, Fehring T, McCoy T, Griffin W: In Vivo Wear Rates of Enhanced Polyethylene in Total Hip Arthroplasty. Submitted J Bone and Joint Surg.

# CURRICULUM VITAE

## DON OWEN STOVALL, JR., MD

**PERSONAL DATA**

| | |
|---|---|
| Date of Birth: | June 10, 1963 |
| Place of Birth: | Killeen, Texas |
| Citizenship Status: | United States Citizen |
| Marital Status: | Married |
| Business Address: | Lowcountry Orthopaedic & Sports Medicine |
| | 2880 Tricom Street |
| | Charleston, SC 29406 |
| Business Telephone: | (843) 797-5050 |

**EDUCATION**

| | |
|---|---|
| Davidson College<br>Davidson, NC | BS, 1986 |
| Medical College of Georgia<br>Augusta, GA | MD, 1991 |

**POST-GRADUATE EDUCATION**

| | |
|---|---|
| General Surgery Internship<br>Medical College of Georgia<br>Augusta, GA | 7/91 - 6/92 |
| Orthopaedic Surgery Residency<br>Medical College of Georgia<br>Augusta, GA | 7/92 - 6/96 |
| Spinal Surgery Fellowship<br>Leatherman Spine Institute and<br>The University of Louisville<br>Louisville, KY | 8/96 - 7/97 |

**Don Owen Stovall, Jr., MD - Curriculum Vitae**

**CERTIFICATIONS/LICENSURES**

| | |
|---|---|
| Board Certified<br>American Board of Orthopaedic Surgery | 7/99 |
| National Board of Medical Examiners | 1992 |
| Advanced Trauma Life Support | 1991 |
| Advanced Cardiac Life Support | 1991 |
| SC Medical License #19225 | 8/97 - Present |

## AWARDS

| | |
|---|---|
| Alpha Omega Alpha<br>Honor Medical Society<br>Medical College of Georgia | 1991 |
| Richmond County Medical Society<br>First Place<br>Resident Research Awards | 1995 - 1996 |

## PROFESSIONAL MEMBERSHIPS

North American Spine Society

South Carolina Orthopaedic Association

South Carolina Medical Association

Dorchester County Medical Society

**Don Owen Stovall, Jr., MD - Curriculum Vitae**

## PUBLICATIONS

2

"Sacral Fixation Technique in Lumbosacral Fusion"
Stovall, D.O., Goodrich, J.A., et al
SPINE Volume 22 Number 1:32-37, 1997

"Pedicle Screw Instrumentation for Unstable Thoracolumbar Fractures"
Stovall, D.O., Goodrich, J.A., MacDonald, A.
Journal of the Southern Orthopaedic Association
Volume 5 Number 3:165-73, 1996

"Determination of Accuracy of Pre-Operative Templating of Noncemented Femoral Prostheses"
Carter, L.W., Stovall, D.O., Young, T.R.
The Journal of Arthroplasty
Volume 10 Number 4, August, 1995

"Avascular Necrosis of the Medial Femoral Condyle in an HIV Infected Patient"
Stovall, D.O., Young, T.R.
The American Journal of Orthopaedics
Volume 24 Number 1, January, 1995

## PRESENTATIONS

"Shoulder Injuries and Treatment"
American Medical Tennis Association
Williamsburg, VA, November, 2003

"Knee Injuries and Treatment"
American Medical Tennis Association
Mt. Washington, NH, June, 2003

"Low Back Pain. Back to Basics"
American Medical Tennis Association
Amelia Island, FL, October, 2002

**Don Owen Stovall, Jr., MD - Curriculum Vitae**

## PRESENTATIONS CONTINUED

"Upper Extremity Injuries"
American Medical Tennis Association
Sun Valley, ID, May, 2002

"Idiopathic Scoliosis: Diagnostic Methodologies" and
"Cervical Trauma Diagnosis and Emergent Care"
International Spine Conference
48th Annual Convention
Philippine Orthopaedic Association
Manila, Philippines, December, 1997

"Rigid Rod Instrumentation for Idiopathic Thoracolumbar
and Lumbar Scoliosis"
4th International Meeting on Advanced Spine Techniques
Bermuda, July, 1997

"Sacral Fixation Technique in Lumbosacral Fusion"
Southern Orthopaedic Association
12th Annual Residents Conference
Kansas City, MO, November, 1995

"Pedicle Screw Instrumentation for Unstable Thoracolumbar Fractures"
American Orthopaedic Association
28th Annual Residents Conference
Pittsburgh, PA, April, 1995

"Biomechanical Evaluation of Sacral Instrumentation in
Lumbosacral Fusion"
American Orthopaedic Association
28th Annual Residents Conference
Pittsburgh, PA, April, 1995

"Cervical Spondylotic Myelopathy"
Orthopaedic Grand Rounds
Medical College of Georgia
January 1995

**Don Owen Stovall, Jr., MD - Curriculum Vitae**

**PRESENTATIONS CONTINUED**

5

"Pedicle Screw Instrumentation for Unstable Thoracolumbar Fractures"
Southern Orthopaedic Association
11th Annual Residents Conference
Orlando, FL, November, 1994

"Pedicle Screw Instrumentation for Unstable Thoracolumbar Fractures"
North American Spine Society
9th Annual Meeting
Minneapolis, MN, October, 1994

"Pedicle Screw Instrumentation for Unstable Thoracolumbar Fractures"
Society of Military Orthopaedic Surgeons
Fort Gordon, Augusta, GA, August, 1994
Hilton Head Island, SC, November, 1994

"Biomechanics of the Lumbosacral Spine"
Orthopaedic Grand Rounds
Medical College of Georgia
January, 1994

"Legg Calve Perthes Disease"
Frank E. Stelling Pediatric Orthopaedic Conference
Medical College of Georgia
October, 1993

"Avascular Necrosis of the Femoral Condyle in HIV Infected Patients"
VA National Orthopaedic Conference
Augusta, GA
April, 1993

Don Owen Stovall, Jr., MD - Curriculum Vitae

## RESEARCH

6

\*Anterior Instrumentation for Thoracolumbar and
  Lumbar Idiopathic Scoliosis
\*Radiographic Technique for Anterior Cervical Plates
\*Lumbar Osteotomy for Flatback Syndrome in
  Idiopathic Scoliosis

**EMPLOYMENT**

Lowcountry Orthopaedic & Sports Medicine          August 1997-Present

6