UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD,<br><br>PLAINTIFF<br><br>vs.<br><br>DYNCORP, et al.<br><br>DEFENDANT | Civil Action No.:06cv1616<br>Next Deadline: 7/2/07<br><br>Judge Kollar-Kotelly |

## SECOND SUPPLEMENT TO PLAINTIFF'S 26(a)(2) EXPERT DESIGNATION

Plaintiff has herewith attached a copy of the biographical summary for Manuel Smith, Identified as an expert for Plaintiff. Additional information from Mr. Smith will be provided with his expert report.

Respectfully submitted,
FINKELSTEIN & HORVITZ, PC

/s/ _____
Nathan I. Finkelstein #013792
Laurie B. Horvitz ##384702
Robert J. Goldman #16261
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone (301) 951-8400
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2ND day of July 2007 served a copy of the foregoing by United States first class mail with adequate postage prepaid and addressed to:

Robert Wallace, Esquire
Kevin Farrell, Esquire
Yoora Pak, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
5th Floor
Washington, DC 20005

1

George D. Ruttinger, Esquire
Amy L. O'Sullivan, Esquire
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004

_____/s/ [signature]_____
Robert J. Goldman

2

# Manuel Smith
## ECONOMIC CONSULTANT
1323 Cameron Hill Court
Silver Spring, Maryland 20910
301.587.4898

*For more than twenty five years Smith has been a Forensic Economic Consultant, assisting attorneys in the evaluation of economic damages in a wide variety of issues, including medical malpractice, wrongful death, personal injury, wrongful termination, business loss and employment discrimination. He serves both plaintiff's and defendant's attorneys, and has provided expertise in the development and analysis of many structured settlements. He has extensive courtroom experience, having testified as an expert economic witness in more than fifty trials in numerous courts, including D.C. Superior Court, Federal District Courts in Washington, Baltimore and other jurisdictions, and the Maryland Health Claims Arbitration Board.*

*As a member of the National Association of Forensic Economics (Special Programs, Nominating, and other Committees) and the American Economic Association, Smith has conducted and participated in many professional workshops, continuing education sessions, and conferences. He was recently asked to serve as an economic resources advisor to Trial Lawyers Care, Inc.,(TLC), the non-profit corporation created by the American Trial Lawyers Association to assist claimants filing for compensation from the Federal Victims Compensation Fund, (VCF), P.L. 107-42, established for families of those who lost their lives and for those injured in the September 11, 2001 terrorist attacks. He provided the economic damages analysis on two of the lead cases presented to the VCF, working with TLC on a pro bono basis.*

*Smith's undergraduate work was in mathematics and economics at the University of Massachusetts, and his graduate economics training was at Washington University in St. Louis, where he specialized in labor economics and the economics of education. In addition, he was an actuarial trainee at Mass Mutual Life Insurance Company. He taught economics at Pennsylvania State University prior to joining the U.S. Department of Health, Education and Welfare in 1970.*