# Exhibit B

MGB Reporting, Inc.

Page 1

1  AAA ARBITRATION

2  - - - - - - - - - - - - - - - - - -X

3  RONALD WOOD,                                  :

4      Claimant                                  : Case No.

5      v.                                        : 16 160 M0065106

6  WORLDWIDE NETWORK SERVICES, LLC               :

7      Respondent                                :

8  - - - - - - - - - - - - - - - - - -X

ORIGINAL

9  DEPOSITION OF WALTER GRAY

10              Bethesda, Maryland

11

12              Friday, June 8, 2007

13      Deposition of WALTER GRAY, called for

14  examination at 10:45 a.m., at the law offices of

15  Finkelstein & Horvitz, P.C., 7315 Wisconsin Ave., Suite

16  400 East, Bethesda, Maryland, before Gary S. Howard, a

17  notary public in and for the State of Maryland, when

18  were present on behalf of the respective parties:

19

20

21

22

MGB Reporting, Inc.

Page 4

1                   P-R-O-C-E-E-D-I-N-G-S

2    Whereupon,

3                        WALTER GRAY

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6                        EXAMINATION

7         BY MR. GOLDMAN:

8         Q    Mr. Gray, my name is Robert Goldman. We

9    met earlier. I'm the attorney for Ronald Wood in

10   this arbitration that is being held according to

11   the American Arbitration Association rules, between

12   Mr. Wood and the Worldwide Network Services.

13             Have you ever had your deposition taken

14   before?

15        A    No.

16        Q    Okay. Well, just a few ground rules to

17   make this go smoothly and efficiently and get you

18   out of here as quickly as possible.

19             I'm going to asking you questions. You'll

20   be answering. Your attorney might be raising some

21   objections to any of the questions I might ask.

22             So I would ask, in order to make the

MGB Reporting, Inc.

Page 6

1              Ready?

2    A    Yes.

3    Q    Okay. Mr. Gray, if you can state your
4    full name for me.

5    A    Walter Leonard Gray, Jr.

6    Q    Okay. And what is your address, Mr. Gray?

7    A    15709 Kanawha -- K-a-n-a-w-h-a -- Court,
8    Rockville, Maryland 20855.

9    Q    Okay. And what is your current
10   relationship to Worldwide Network Services?

11   A    President.

12   Q    Now just for the sake of some
13   clarification, we've seen on several documents,
14   Worldwide Network Services, Inc., and on other
15   documents, Worldwide Network Services, LLC.

16        Were those terms used interchangeably, or
17   what is the name of the entity?

18   A    Worldwide Network Services, LLC.

19   Q    Okay. Was it ever Inc.?

20   A    Yes.

21   Q    Okay. When was that?

22   A    I don't recall the exact date.

9805 Korman Court, Potomac, MD 20854
301-983-9315 ~ www.mgbreporting.com

1  our transportation, our security, meals and
2  incidentals.
3      Q    And was there a written contract between
4  Worldwide and DynCorp?
5      A    Yes.
6      Q    Okay. I'm going to show you a document.
7  If we could have that marked as Exhibit 1.
8          THE COURT REPORTER:  No. 1.
9              (The document referred to
10                 was marked for identification
11                 as Deposition Exhibit No. 1.)
12         BY MR. GOLDMAN:
13     Q    Is this the contract that was in effect
14  in September of 2004?
15     A    Yes.
16     Q    Okay. And this is under which Ronald Wood
17  was providing services to DynCorp on your behalf?
18     A    Yes.
19     Q    Now were there any other contracts
20  between DynCorp and Worldwide that were in effect
21  in September of 2004?
22     A    I don't recall exactly which contracts