# Exhibit C

Case 4:05-cv-00794 Document 7 Filed 05/17/2005 Page 1 of 3
Case 1:05-cv-01616-CKK Document 34-4 Filed 07/11/2007 Page 2 of 4

PAGE 04
P.02/05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas
FILED

MAY 17 2005

Michael N. Milby, Clerk

| | |
|---|---|
| JOSEPH KRERS | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. H-05-0794 |
| | § |
| WALTER GRAY Individually, | § |
| AL SMITH Individually, | § |
| [...] BAILEY SR. Individually, | § |
| and WORLDWIDE NETWORK SERVICES | |
| L.L.C. | § |
| | § |
| Defendants. | § |

## DECLARATION OF WALTER GRAY

| | |
|---|---|
| CITY OF WASHINGTON | § |
| | § |
| DISTRICT OF COLUMBIA | § |

Pursuant to 28 U.S.C. § 1746, Walter Gray, testifies as follows:

My name is Walter Gray. I am named as a Defendant in the above-referenced action. I am over twenty-one years of age and am qualified to make this affidavit. I have personal knowledge of the facts set forth herein, and each fact is true and correct.

I am the president of Worldwide Network Services, LLC ("Worldwide"), and have held such position at all times relevant to the allegations in the above-styled lawsuit.

I am a resident of the State of Maryland, and have never resided in the State of Texas. I have no home in Texas, own no real estate in Texas, maintain no bank account in Texas, hold no licenses issued by the State of Texas, do not maintain a mailing address in Texas, do not vote or pay taxes in Texas, and have no interest in any entity based in Texas.

Worldwide maintains only one office, and that is in the District of Columbia. It has no employees in Texas. It does not recruit in Texas. It owns no real estate in Texas, has no bank accounts in Texas, and pays no taxes in Texas. It has a major customer which is based in Texas, but otherwise it has no contacts with the State of Texas.

Page 1 of 2

Case 4:05-cv-00794 Document 7 Filed 05/17/2005 Page 2 of 3
Case 1:06-cv-01616-CKK Document 34-4 Filed 07/11/2007 Page 3 of 4
PAGE 05
P.03/05

Worldwide hired Joseph Krebs in its District of Columbia office. He called us at our District of Columbia office to inquire regarding opportunities for employment. He came to our District of Columbia office and signed his employment contract there. I personally visited with him, went over the contract with him, and signed it on behalf of Worldwide. No part of his contract with Worldwide was negotiated, executed, or performed in Texas.

Joseph Krebs was hired to perform work in Afghanistan. All work he performed for Worldwide took place in Afghanistan. The decision to terminate his employment was made in the District of Columbia and in Afghanistan, where I personally met with him and told him that his services were no longer needed.

I declare under penalty of perjury that the foregoing is true and correct.

*Walter Gray*

18636.1 10571 001

DECLARATION OF WALTER GRAY                                          Page 2 of 3

05/16/2005 16:08 202-293-0872 WWNS PAGE 06
Case 4:05-cv-00794 Document 7 Filed 05/17/2005 Page 3 of 3
Case 1:06-cv-01616-CKK Document 34-4 Filed 07/11/2007 Page 4 of 4

TRANSMISSION VERIFICATION REPORT

```
TIME    : 05/13/2005 22:01
NAME    : WWNS
FAX     : 202-293-0872
TEL     : 202-293-0852
SER. #  : BROA4J218855
```

```
DATE,TIME           05/13  22:01
FAX NO./NAME        912148405301
DURATION            00:00:39
PAGE(S)             04
RESULT              OK
MODE                STANDARD
                    ECM
```