# Exhibit E

# AFFIDAVIT

STATE OF TEXAS           }

COUNTY OF DALLAS    }

BEFORE ME, the undersigned notary public in and for said State and County, personally appeared Henry M. Miller, who is known to me and who, being first duly sworn, deposed and said as follows:

1. My name is Henry M. Miller. I am over the age of majority, competent to testify, and possessed of personal knowledge of the matters stated herein.

2. I am an employee of DynCorp International LLC (DI). From May 2003 until July 2003 and again from early February 2004 until late January 2005, I was stationed in Iraq as DI's Vice President for Iraq Operations. I was in charge of a group known as DIBM, standing for DynCorp International Business Management, which provided business staff services for several DI contracts, including what was known as the Oil-For-Food (OFF) contract referred to in the affidavit of David M. Moore. I served as a representative of DI with respect to the various clients with whom DI had contracted to provide services.

3. While I was in Iraq on my second tour, the OFF contract was modified and extended for six months as a result of Modification 00004 dated July 25, 2004. At that time, the OFF program was being discontinued, and the

1



Defendant 000159

United States government was seeking a security provider for a program funded by the United States government to provide materials for rebuilding the infrastructure of Iraq. That program was being administered by the Project and Contracting Office (PCO) and the Office of Security Transition (OST), both of which were U.S. Government or Coalition Provisional Authority entities. Since DI already had a staffed and equipped security apparatus in place in Iraq, the government simply extended the DI security contract No. DABV01-03-0027 and revised the Statement of Work to replace references to "Oil-for-Food" with the "PCO" and "OST." The contract was thereafter sometimes referred to as the MNSTC-I contract, referring to the Multi-National Security Transition Team Command—Iraq.

4. A Contracting Officer's Representative, U.S. Marine Corps Maj. Timothy Callahan, was appointed to coordinate movement of materials between the PCO and Public Warehousing Corporation, the contractor retained to warehouse and deliver the materials and goods being used for the infrastructure project.

5. In the months following the Iraq War in the spring of 2003, Iraq became an increasingly dangerous place for Coalition Provisional Authority contractors, including those bringing in humanitarian supplies and others helping to rebuild the country, as well as the U.S. military and other Coalition forces. While I was able to move about the country fairly freely during my first tour of duty there, but by the time I returned in January

Defendant 000160

2004, the security threat had increased dramatically, and the necessity for providing security for the OFF convoys had become obvious. That need persisted throughout the period I was in the country during my second tour in 2004 and 2005.

6. With hostile forces frequently attacking U.S. contractors' personnel from the United States and other countries, and in some cases injuring or killing those personnel, the CPA provided security programs to protect these persons and prevent the thwarting of their humanitarian and infrastructure-rebuilding missions. The CPA thus entered security contractors with providers such as DI and tasked them with arming trained personnel who could respond to attacks with tactics designed both to evade threats and attackers and defend against attacks through gunfire.

7. The DI employees and subcontractors involved in the accident forming the basis of the Potts v. DI lawsuit were performing a security mission within the contemplation of DI's security contract No. DABV01-03-0027 at the time of the accident, i.e. providing security for a mission to install and service contract-required radio communications equipment at DI's site at Trebil.

FURTHER AFFIANT SAITH NAUGHT.

HENRY S. MILLER
DynCorp International LLC

ALISHA COLEMAN
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 06-14-09

9/19/2006

3

Defendant 000161

Sworn to and subscribed before me this 19th day of September, 2006.



_____

NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission expires: 6/14/09

4