Exhibit F

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

|  |  |  |
|---|---|---|
| WOOD, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 1:06-cv-1616 CKK |
| **v.** | ) | |
| | ) | |
| **DYNCORP, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF DAVID M. MOORE

1.        My name is David M. Moore. I am over the age of majority, competent to testify, and possessed of personal knowledge of the matters stated herein.

2.        I am an employee of DynCorp International LLC (DI). My current position is Director of Contracts for Field Technical Services. Except for three brief stays in the United States, I was DI's contracts manager in Iraq from October 2003 until May 2004. I am personally familiar with the contract that was in effect when Mr. Ronald Wood was involved in the automobile accident underlying the lawsuit styled <u>Wood v. Dyncorp, DynCorp International LLC, and DynCorp International, Inc.</u>, Civil Action No. 1:06-cv-1616 CKK, pending in the U.S. District Court for the District of Columbia.

3.        While I was contracts manager in Iraq, DynCorp negotiated with and subsequently entered into that contract with the Coalition Provisional Authority (CPA) to provide convoy security for shipment convoys entering Iraq as part of the Oil for Food (OFF) program [hereinafter referred to as "OFF Security Contract"]. The CPA, led by the United States Government through its military, deemed such security services necessary because enemy insurgents were attacking the OFF shipment trucking convoys to disrupt the OFF program.

4.        Exhibit A attached herewith is a true and correct copy of the proposal DynCorp submitted in response to the CPA - Contracting Activity's Request for Proposal with respect to the OFF Security Contract.

5.        Exhibit B attached herewith is a true and correct copy of the convoy security services contract, No. DABV01-03-0027, entered into with the CPA - Contracting Activity on November 16, 2003. The contract incorporates the Statement of Work mentioned in the preceding paragraph.

244492.1



EXHIBIT
1

6.    Exhibits C, D, E, and F attached herewith are true and correct copies of contract modifications that, among other things, extended the contract period until December 26, 2004.

7.    The United Nations Security Council established the OFF program in 1995 for the purpose of supplying humanitarian aid to the Iraqi people. See Exhibit B, ¶ 1.0. B etween 1996 and 2003, almost $28 billion in humanitarian supplies and equipment were delivered to Iraq. An additional $7 billion was slated for delivery in the months following the contracting date. The CPA, through the Ministry of Trade, would be managing and overseeing the OFF program, including the shipment of goods into Iraq.

8.    From May 2003 through June 2004, the CPA was the governing body established by the United States and its coalition partners to temporarily govern Iraq until a sovereign Iraqi government was established. Once sovereignty was restored to the new Iraqi government, United States government agencies, including the State Department and the Defense Department, continued to monitor and oversee the humanitarian shipments program and its convoy security program.

9.    The CPA's Ministry of Trade needed a Security Contractor to provide security for OFF shipment trucking convoys entering Iraq country through Trebil on the Jordanian border, Al Walid on the Syrian border, Zakho on the Turkish border, and the Persian Gulf port of Umm Qasr, and traveling on Iraqi highways. See Exhibit B, ¶¶ 2.0, 3.0. A trucking convo  y could consist of up to 50 trucks. See Exhibit B, ¶ 3.0.

10.    Effective July 25, 2004, references to the UN OFF Program in the OFF Security Contract's Statement of Work section were replaced with "PCO and Office of Security Transition (OST)." See Exhibit F. "PCO" is the acronym for Project and Contracting Office, which is staffed by the U.S. Department of the Army. The PCO was created after the CPA was officially dissolved and is under the authority of the U.S. Chief of Mission in Iraq, the U.S. Ambassador to Iraq. The Office of Security Transition was an arm of the Multi-National Security Transition Command-Iraq (MNSTC-I).

11.    The CPA set forth the requirements for the OFF/PCO-OST security program. See Exhibit B, ¶¶ 3.1 throu  gh 3.7. It required the establishment of liaison teams and convoy support teams "that are armed with assault weapons and are mobile to escort high priority convoys as needed." Id., ¶ 3.4.    It also required DI to establish a command and control cell inside the CPA operation center in Baghdad to coordinate activities at the four entry points on Iraq's borders and to coordinate OFF/PCO-OST shipment trucking convoys with the CPA operation center. Id., ¶ 3.6.

12.    DI was also required to "to provide wireless communications equipment, vehicles, life support and lodging for their employees, equipped facilities, and anything else necessary that would be required by each liaison team and convoy support team to perform their task." Exhibit B, ¶ 5.3.2.

13.    Regarding personnel qualifications for members of Force Protection, DI was required to hire individuals with experience in security services who have operated in hostile work environments. DI had to hire individuals who could provide "mobile and static security, land

244492.1

navigation, signals, medics, evasive driving, convoy operations, route reconnaissance, set up of traffic control points, weapon handling and civil disturbance control." Exhibit B, ¶ 5.2.2.

14.     DI was required to coordinate all travel with the CPA's Ministry of Trade.  <u>See</u> Exhibit B, ¶ 5.4.

15.     DI was authorized to purchase $596,792 in weapons and ammunition.  <u>See</u> Exhibit A, p. 2.

16.     DI established a site in Trebil for its liaison team and convoy support teams at the Jordanian entry site.  DI subcontracted with World Wide Network Services (WWNS) to supply and maintain the contract-required radio equipment at Trebil and other sites so these sites could maintain communications with support teams escorting convoys as well as the command control cell at the CPA operation center, which became known as the Logistics Movement Control Center (LMCC).

17.     The accident forming the basis of the <u>Wood v. DynCorp et al.</u> lawsuit occurred while a security convoy was carrying two WWNS employees back to Baghdad after they had installed Codan high frequency radio equipment at the Trebil border site.

18.     DI negotiated the OFF/PCO-OST Security Contract with the contracting officers in the CPA and the PCO.

19.     The LMCC that coordinated the OFF/PCO-OST program movements, such as the convoy to and from Trebil on the date of the accident involving Wood, was staffed with government contractors, U.S. Government civilian employees, and U.S. military personnel.

20.     The contract was subject to post-performance audit by the Defense Contract Auditing Agency, an agency of the U.S. Department of Defense that performs audits only upon military and other U.S. Government contracts.

21.     The labor and payroll services for the performance of this contract were furnished by DynCorp International Free Zone LLC (DIFZ), an entity organized under the laws of the Emirate of Dubai.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS**

**TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

Executed on October 24, 2006.

David M. Moore
Director, Contracts
Field Technical Services
DynCorp International LLC

244492.1

# MOORE AFFIDAVIT

# EXHIBIT A

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 | OF PAGES |
|---|---|---|---|---|

| CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| | DABV01-03-R-0026 | ☐ SEALED BID (IFB) <br> ☒ NEGOTIATED (RFP) | 31OCT2003 | |

7. ISSUED BY                                   CODE

..., - Contracting Activity
Republican Presidential Compound
Baghdad, Iraq, APO AE 09335

8. ADDRESS OFFER TO (If other than Item 7)

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

## SOLICITATION

9. Sealed offers in original and __1__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Republican Presidential Company, Rm M210 until 17:00 local time 06NOV2003

*(Hour)  (Date)*

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) | | | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | PATRICIA G. LOGSDON | AREA CODE 781 | NUMBER 280 | EXT. 6382 | |

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| ✓ | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| x | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

**NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.**

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | | FACILITY | | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|---|---|
| DynCorp International LLC-a CSC company <br> Al Massbah District, Sector 929, Rd 10, <br> Bldg 356 <br> Baghdad, Iraq | | | | | Wilfred R. Kelly <br><br> Sr. Director, Business Development |

| 15B. TELEPHONE NUMBER | | | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE 914 | NUMBER 822-9062 | EXT. | ☒ | *[signature]* | 6 Nov 2003 |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: <br> ☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) | CODE | 25. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA <br><br> *(Signature of Contracting Officer)* | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

| | REFERENCE NO OF DOCUMENTS BEING CONTINUED | | | | | PAGE |
|---|---|---|---|---|---|---|
| CONTINUATION SHEET | DABV01-03-R-0026 | | | | | 2 |

NAME OF OFFEROR OR CONTRACTOR
DynCorp International LLC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | CONTRACTOR WILL PROVIDE ALL PERSONNEL, EQUIPMENT, TRAINING AND MANAGEMENT NECESSARY TO SECURE THE OIL-FOR-FOOD PROGRAM GOODS BEING HAULED INTO THE COUNTRY OF IRAQ FROM ALL THE BORDER CROSSINGS FOR TURKEY, SYRIA, AND JORDAN AND THE PORT OF UMM QASR FOR A BASE PERIOD OF 6 MONTHS IN ACCORDANCE WITH ATTACHED STATEMENT OF WORK. | | | | |
| 0001A | PROJECT MANAGEMENT, PARA 3.2 | 6 | MO | $89,789.00 | $538,732.00 |
| 0001B | LIAISON TEAMS, PARA 3.3 | 6 | MO | $18,904.00 | $113,425.00 |
| 0001C | SUPPORT TEAMS, PARA 3.4 | 6 | MO | $250,589.00 | $1,503,536.00 |
| 0001D | CONVOY TRACKING, PARA 3.5 | 6 | MO | $14,913.00 | $89,476.00 |
| 0001E | COMMAND AND CONTROL CELL, PARA 3.6 | 6 | MO | $25,997.00 | $155,979.00 |
| 0001F | TRAINING, PARA 3.7 | 6 | MO | $8,301.00 | $49,806.00 |
| 0001G | INSURANCE | 6 | MO | $49,540.00 | $297,242.00 |
| 0002 | STARTUP AND MOBILIZATION COSTS | | | | |
| 0002A | VEHICLES | 43 | EA | $15,351.00 | $660,102.00 |
| 0002B | COMMUNICATIONS EQUIPMENT | 1 | LO | $224,484.00 | $224,484.00 |
| 0002C | RECRUITMENT FEES | 16 | EA | $2,544.00 | $40,701.00 |
| 0002D | PERSONAL PROTECTION EQUIPMENT | 406 | EA | $1,111.00 | $451,091.00 |
| 0002E | WEAPONS AND AMMUNITION | 1 | LO | $596,792.00 | $596,792.00 |

See Paragraph 41.b under Appendix B for information regarding option period up to 6 months.

See Paragraph 8 under Appendix B for information regarding EVALUATION FACTORS for award. THESE FACTORS MUST BE ADDRESSED IN YOUR PROPOSAL TO BE CONSIDERED FOR AWARD.

CPA Contracting Activity intends to award a firm fixed price contract with reimbursable startup and mobilization costs.

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA FAR (48 CFR) 53.110

DABV01-03-R-0026
Security Services for the Implementation of UN Oil-For-Food Shipments

# Technical Proposal Overview

DynCorp International LLC (DI), offers the Ministry of Trade (MoT) through the Coalition Provisional Authority (CPA), the best possible value for the Oil-for-Food (OFF) Program designed to meet the humanitarian needs of the Iraqi people. We will meet and exceed the requirements of the solicitation based on the following criteria:

- Comprehensive approach to Request for Proposal Solicitation DABV01-03-R-0026 Statement of Work technical requirements for security services in the implementation of the United Nation's Oil-for-Food shipments throughout Iraq.
- Superior past and present performance, including Middle East security support relative to this solicitation.
- Cost effective pricing based on the needs of the MoT and CPA.

DI can meet the dynamic challenges of providing personnel and convoy security services for the MoT. DynCorp and its highly experienced personnel are prepared to immediately meet the major program challenges by providing:

- Sufficient infrastructure to rapidly respond to and supply security requirements in a hostile area.
- Current and first-hand knowledge of the Iraqi situation and operational environment.
- Sufficient U.S. former military security experts and experienced local nationals available to deploy in a timely manner for immediate and future tasks and unforeseen work surges.

Today, DI performs several services in Iraq that CPA requires. In addition to providing program management and our corporate responsibility to plan for and execute security missions, we provide:

- Perimeter and facility security services at the Baghdad Hotel, where recently our professionally trained local security guard force prevented the death of hundreds of people living and working in the hotel during a terrorist car bombing attempt.
- Convoy security services are performed on a regular basis between Kuwait and Baghdad, and other regions in Iraq escorting and protecting both personnel and material.
- Personal Protective Services for the Ministry of Justice personnel and corporate personnel regularly visiting Iraq.

DI has the capability and commitment to meet each challenge to the fullest satisfaction of the MoT and CPA. DI has the required infrastructure regional office in the Middle East. We have over 6,000 international managers and experienced technicians, and a full-time in-house recruiting department with regional recruiting partners around the world. Our regional office in Dubai, with business offices in Kuwait and Baghdad, will be directly responsible for this OFF program. We have successfully performed more than 20,000

Security Services for the Implementation of UN Oil-For-Food Shipments

government contracts without a single default or removal for cause in its 57 years of contracting service

# Concept of Operations

DI will establish a Project Management Office which will manage and support all security and support operations specified in the solicitation and discussed in the proposal. We will ensure that all of our personnel fully understand all program objectives and clearly define what constitutes success for MoT, CPA and DI. Our Program Manager is empowered with the authority to employ his resources in a responsive manner to ensure required support is provided without delay.

All project management personnel assigned to this project will be experienced in planning, coordinating, and implementing large scale international reconstruction and humanitarian assistance efforts in the area of security. DI will provide personnel who have prior military experience.

The Force Protection members will all be experienced in security services operations, and have operated in hostile work environments.

DI will provide wireless communications equipment to be used by the Liaison Teams, Support Teams, and Command and Control Cell. Vehicles to be used for convoy escorts will be 4-door sedans and 4X4 SUVs for other selected personnel.

Security Force members providing convoy escorts will be housed at the borders in modular living units. The project management staff will reside in local hotels.

## Work Plan

The Program Manager and/or the DI Middle East Business Office Manager will provide to MoT within five (5) days of being awarded this contract a detailed work plan addressing all requirements of the Statement of Work of this solicitation, DABV01-03-0026. The work plan will outline in detail how we will accomplish the tasks of major equipment acquisitions, subcontracting local national security specialists to fill security guard/convoy escort positions, and operational issues associated with accomplishing the mission. The Program Manager will meet with the MoT to modify the work plan as needed to document all activities and purchases under this requirement.

## Project Management

DI brings over 57 years of progressive experience establishing and managing contingency operations around the world. With our experience operating in the Middle East, Southwest Asia, and most recently in Iraq, we have the capability to emplace an effective and efficient Project Management team. We have selected fully qualified individuals to staff key positions, and will continue to select the best qualified personnel from fully qualified candidates as we fill the our project management and supervisory

2

Security Services for the Implementation of UN Oil-For-Food Shipments

teams. We have developed a lean program organization to ensure our management principles will provide outstanding service results, avoiding unnecessary layering between security personnel and the project management. Our management structure will closely manage all requirements to ensure efficient and effective accomplishment of all tasks and quality assurance reviews of reports.

Our key management team roles and responsibilities are as follow:

- **Program Manager (PM)** – is the Security Force Senior Manager and has overall responsibility for the entire program success and ensures that all requirements specified by MoT and CPA are met in the most efficient and cost effective manner with stringent emphasis on quality of service, delivery, and communication. The PM will coordinate, manage, and integrate services, which will include scheduling meetings, briefings, and quality control reviews to ensure the Statement of Work and the intent of MoT are being satisfied. The Program Manager is a seasoned leader and security expert.
- **Operations Support Manager (OSM)** – is the Assistant Security Force Manager and the acting PM in the absence of the Program Manager. The OSM is responsible for the day-to-day execution of security services at all sites including on-demand convoy escort guard services. The OSM is also responsible for compliance in the execution of all deployed processes and procedures as well as oversight of the operations, which includes security, quality control, and training.
- **Quality Control/Safety Specialist (QC)** – will exercise staff responsibility for the project to ensure contract quality compliance and safe operations, to include implementing and maintaining the quality control and safety programs; maintaining up-to-date quality control plans; ensuring safety procedures are in compliance with contract requirements and best industry practices; providing daily technical oversight of the quality control and safety programs; conducting routine inspections to assess compliance with safety and quality requirements and advising the Operations Support Manager and PM on required corrective actions; investigating all accidents and incidents to access root causes and recommend necessary actions; provide quality assurance and quality control reports as part of periodic program status reports and briefings; ensure execution of all deploying processes; track, follow up, and help to resolve issues and risks; and to escalate all quality and safety issues and/or risks beyond immediate control and capability for resolution.

**Liaison Teams**

DI will provide a two person liaison team at each border crossing to coordinate security issues for truck convoys entering Iraq, ensuring that the convoy support teams are properly equipped, configured and ready to provide security for the convoy while they travel throughout Iraq. The liaison teams will be the main focus point of control at the border crossing sites. These teams will have direct contact to the Command and Control Cell.

Security Services for the Implementation of UN Oil-For-Food Shipments

**Support Teams**

DI will provide three (3) mobile support teams at each site consisting of (12) people per team in three convoy escort vehicles for a total of 48 personnel and 9 escort vehicles per border crossing point capable of providing security to multiple truck convoys crossing the border into Iraq. The teams will be based (reside) in modular cabins in close proximity to their respective border crossing point. Each team is identically configured and comprised of one Lead Escort Guard (Supervisor), three drivers (one of whom is also an interpreter), and eight armed Escort Guards. The support teams will be local nationals with security experience armed with assault weapons, and vehicles to escort designated high priority convoys as directed by the Command and Control Cell through the Liaison Teams.

**Convoy Tracking**

DI will provide a satellite based system to track convoy vehicles moving under escort. The system will provide real-time location, time slot, direction, speed, and estimated time of arrival for a single convoy or multiple convoy movement. The system allows communication by message between convoy and the Command and Control Cell during travel. The Command and Control Cell will be able to monitor all convoys either on a single screen or multiple screen monitor. The tracking system will provide:

- Widest possible coverage (satellite, wireless and terrestrial connections)
- 24/7 Service Center operation
- Automatic vehicle position on user PC
- Control over No-Go Zones by using geo-fencing.
- Two-way messaging system between user PC and escort vehicle
- Remote immobilization from user PC
- Two-way flow of data and control information
- Accurate asset location via GPS
- Rugged Industrial grade transceivers

**Command and Control Cell**

DI will establish a Command and Control Cell (CCC) inside the CPA Operation Center located at the Baghdad Convention Center. The CCC will manage, support, and coordinate with each border entry Liaison Team and the CPA Operation Center all convoys entering the borders. The CCC will be staffed from 0600 till 2300 hours daily. The CCC is the dedicated management control element of the project. This CCC is responsible for the overall coordination for convoy security operations from either of the four border crossings. The CCC will coordinate with the Liaison Teams the number of support teams required, security escort configuration, departure time of the convoy from the border and estimated time of arrival at destination point, the final destination, check-in points along the convoy route, rally points in case of problems, continuous tracking of the convoy, and possible safe-haven sites for additional security support in case of hostility. The CCC will brief MoT / CPA representatives convoy plans of execution, and

Security Services for the Implementation of UN Oil-For-Food Shipments

periodic updates while the convoy is in transit in Iraq until the convoys reach their release point at the final destination.

**Training**

DI will train 40 Iraqi Ministries personnel in Iraqi convoy security techniques. DI has an approved and established training program that will be used to train the Iraqi Ministries personnel in Iraqi convoy security techniques. The training course with be conducted by certified security trainers with Arabic translators, and the training materials are written in both English and Arabic. DI will coordinate with the U.S. Military to provide the proper credentials to allow the selected personnel access to the Convention Center where the training will be conducted.

*NOTE: DynCorp International agrees with the terms, conditions, and provisions included in the solicitation.*

# Past and Present Performance

## I.

| | |
|---|---|
| **Customer:** | U.S. Department of State (Worldwide Police Protective Services Program) |
| **Point-of-Contact:** | Benita Williams, Contracting Officer |
| **Phone Number:** | 703-875-5429 |
| **Contract Number:** | S-LMAQM-00-D-0027 |
| **Performance Date:** | 3/2000 – 3/2005 |

**Description of Work:** Provided highly qualified and specially trained security personnel on short notice to protect U.S. Ambassadors, Special Envoys, and U.S. and foreign dignitaries in the Balkans, the Middle East, and Afghanistan. We were responsible for rapid, worldwide deployment of specially trained personnel for 24/7 personal security protection for governmental officials and other dignitaries. We are currently providing security services for President Karzal in Afghanistan.

## II.

| | |
|---|---|
| **Customer:** | U.S. Department of State (International Police Program) |
| **Point-of-Contact:** | Vincent Chaverini, Jr., Contracting Officer |
| **Phone Number:** | 703-875-6645 |
| **Contract Number:** | S-OPRAQ-96-C-0547 |
| **Performance Date:** | 2/1996 – 2/2004 |

**Description of Work:** Provided law enforcement and logistics support to the DOS peacekeeping mission since 1996. Responding to critical time constraints, deployed more than 2,000 highly qualified technical, law enforcement, and logistics personnel to war-torn and remote sites in countries targeted by OTI such as Bosnia, Kosovo,

Case 1:06-cv-01616-CKK    Document 10    Filed 10/26/2006    Page 12 of 86
DABV01-03-R-0026
Case 1:06-cv-01616-CKK    Document 34-7    Filed 07/11/2003    Page 13 of 27
Security Services for the Implementation of UN Oil-For-Food Shipments

Macedonia, east Timor, and mostly recently Afghanistan, to assist in returning democratic rule. We also provide comprehensive global logistics support for the International Police Program (IPP) equipment including in-country procurement from local vendors, transportation, and maintenance.

### III.

**Customer:** Ministry of Justice (MOJ - Personal Protection Services)
**Point-of-Contact:** Frank V. Sharshel, Contracting Officer
**Phone Number:** 781-280-6382
**Contract Number:** DABV01-03-M-0010 and DAVO1-03-Q-0108
**Performance Date:** 7/2003 – 1/2004

**Description of Work:** Provide 24 hours per day, 7 days per week personal protection services to 9 specified Iraqi judges, prosecutors and, officials. Be prepared with a reasonable notice to provide similar protection for additional specified Ministry of Justice personnel up to and including 15 persons. Provide coordination, management and integration of close protection team services, including scheduling meetings, briefings, event planning, travel routes, threat assessment and contingency planning for close protection team efforts.

### IV.

**Customer:** U.S. Department of State (Dept. of State Advisory Mission)
**Point-of-Contact:** Michael Lasron, Contracting officer
**Phone Number:** 703-875-5238
**Contract Number:** S-LMAQM-03-C-0028
**Performance Date:** 5/2003 - Present

**Description of Work:** Coordinate and provide routine vehicle convoys with security escorts between Kuwait and Baghdad. Provide personal protection and physical protection at the Baghdad Hotel which services as the residence for contractor personnel, Iraqi government officials, and international personnel.

### V.

**Customer:** Washington Group International (WGI - Reconstruct Iraqi Electricity)
**Point-of-Contact:** Douglas F. Conklin, Senior Project Manager
**Phone Number:** 208-386-5000
**Contract Number:** DACA-78-03-D-0004
**Performance Date:** 7/2003 - Present

**Description of Work:** Provide life support and security in Iraq for WGI operations including 4 camps. Provide close protection for contractors, conduct escorts for convoys

and work details. Operate as security managers at power plants, and provide physical security for power plants and power substations.

## VI.

| | |
|---|---|
| **Customer:** | Flour Intercontinental, Inc. |
| **Point-of-Contract:** | Steve Hedlund, Contracts Manager |
| **Phone Number:** | 703-351-1204 |
| **Contract Number:** | 100070-0-K-00049 |
| **Performance Date:** | 7/2003 - Present |

**Description of Work:** Provide security services for the U.S. Forces, other U.S. government organizations and friendly foreign governments in various locations throughout CENTCOM's AOR that may be deemed necessary to support U.S. government interests. Provide close protection for the U.S. Army Corps of Engineers prime contractor - Fluor Intercontinental contractors working the power grid throughout Iraq. Provide convoy security, escort security, and personal security.

**DynCorp International**
**Security Services for the Implementation of the UN Oil**
**for Food Shipments**

# Quality Control Plan

**Submitted by**

**DynCorp International**

**DynCorp International**

Security Services for the Implementation of UN
Oil for Food Shipments

# Quality Control Plan

## Table of Contents

| | | |
|---|---|---|
| 1.0 | Introduction | 3 |
| 2.0 | Purpose | 5 |
| 3.0 | Goals and Policies | 5 |
| 4.0 | Responsibilities | 6 |
| 4.1 | Project Manager | 6 |
| 4.2 | QC/Safety Specialist | 6 |
| 4.3 | Management Staff and Supervisors | 7 |
| 4.4 | Employees | 7 |
| 4.5 | Subcontractor Performance | 7 |
| 5.0 | Systems, Procedures and Measures | 8 |
| 6.0 | Overall Project Management and Administration | 9 |
| 7.0 | Summary | 10 |

**QUALITY CONTROL PLAN**

## 1.0    INTRODUCTION

DynCorp has earned a reputation for unsurpassed quality. We have built this reputation over more than a half a century of delivering outstanding support service. DynCorp is totally committed to improving quality in all aspects of our services. This commitment flows from the President of DynCorp International through managers and supervisors to each employee. Our philosophy is simple: Quality is everyone's business - we expect total dedication to continuous quality improvement on all of our support services programs. This philosophy is the primary focus of our performance on the Security Services for the Implementation of UN Oil for Food Shipments contract. Nothing less than total commitment to quality and quality improvement is acceptable.

Our concept of quality will stress:

- ✓ Quality Control (QC) is more than a set of procedures; it is the quest for constant improvement by every member of the DynCorp SGFS-Qatar team.

- ✓ Self-inspection is the foundation of our program. Trained personnel who have a clear understanding of the required standards will carry out these inspections.

- ✓ Lead Guard Supervisors, as well as the QC / Safety Specialist will continuously inspect the operation to both improve performance and to ensure that performance is to required standards.

- ✓ The QC / Safety Specialist will coordinate with managers and supervisors at all levels to ensure that improvements are implemented at the earliest opportunities.

- ✓ The QC / Safety Specialist is independent from the rest of the project organization and has direct access to the Contracting Officer Representative and the Project Manager, to ensure that quality issues receive appropriate management visibility.

We strive to build quality control into all of our work processes so that quality is so deeply embedded in each employee that it is an instinctive action. Our approach to quality is built on these five principles:

*1. Customer Satisfaction* - all employees will continuously strive to meet customer requirements and exceed them whenever possible.

- ✓ Create an attitude that places requirements and expectations of the customer FIRST.

- ✓ Know the customer, their requirements and expectations.

- ✓ Design and improve processes to meet those requirements and expectations.

3

Case 1:06-cv-01616-CKK    Document 10    Filed 10/26/2006    Page 17 of 86
*DynCorp International*
Case 1:06-cv-01616-CKK    Document 34-7    Filed 07/11/2007    Page 18 of 27

*2. Respect for people* - demonstrate by management to all of our employees and customers.

✓ Keep people informed and involved. Let them know how they and their job fits into the overall program.

✓ Use training to allow people to perform to their highest ability.

✓ Create a sense of purpose for all the tasks assigned to employees. This will motivate people to perform.

✓ Listen to ideas and comments of the employee.

✓ Provide a system to respond to employee and customer comments and ideas.

*3. Management by fact.* This is the only way for a Total Quality Management (TQM) Quality Process Improvement (QPI) program to work.

✓ Collect and analyze relevant data to ensure that findings are valid.

✓ Base decisions on objective data and qualitative findings.

✓ Set goals based on this data and provide a system to let you know when these goals have been meet.

*4. Continuous improvement:*

✓ Is the cornerstone of customer satisfaction.

✓ Is everyone's responsibility

✓ Requires corporate support

✓ Requires strong leadership from all managers and supervisors

✓ Focuses upon improving the process at every step

✓ Has no acceptable level of defects.

✓ Reduces costs to both the Company and the Customer.

*5. Integrity-Ethics and honesty.* Guide posts to all company actions.

✓ These principles flow from the top management down.

✓ They are our commitment to conducting business in an ethical and socially responsible manner.

Our quality culture stresses constant focus on customer requirements while maintaining a continuous effort to improve our level of service. The concept - quality is inherent in every function. We do not try to inspect quality into our performance. Every manager, supervisor, and employee is charged with the responsibility of understanding what is expected of them and what are the quality standards of their position.

We expect every employee to share our commitment. Managers, supervisors, and leads are expected to assist in improving the quality process by translating employee commitment into performance.

To direct and control our Quality program we will use;

*Standard Operating Procedures* (SOPs): These procedures will be used to clearly

Case 1:06-cv-01616-CKK    Document 10    Filed 10/26/2006    Page 18 of 86
*DynCorp International*
Case 1:06-cv-01616-CKK    Document 34-7    Filed 07/11/2007    Page 19 of 27

define duties, responsibilities, specific methodologies, and directions for personnel performing specific tasks. They provide company-approved procedures and work instructions. These procedures are "living documents". They will be reviewed and revised continuously as the project matures.

*Quality Control Plan*: This plan will serve as the standard for Quality Control throughout the contract It provides guidance to ensure that quality control procedures are understood and followed in all Performance Work Areas (PWAs). The Quality Plan, just like the SOPS, will be a dynamic document to allow for project growth.

## 2.0   PURPOSE:

This plan will provide for procedures and define responsibility for the operation of our Quality Control Program. It establishes comprehensive and detailed procedures for:

✓ Monitoring of the work process in a timely and proactive manner.

✓ Identifying potential and actual problem areas.

✓ Allowing for corrective action to address deficiencies.

✓ Ensuring performance to contract standards and providing for continual improvement.

## 3.0   GOALS and POLICIES:

DynCorp is committed to achieving continuity in quality performance. The primary goal is total satisfaction of the customer. We will design quality into every procedure and process rather than inspecting quality into our work. The Quality Control program is independent from all other parts of the organization. The QC/Safety Specialist reports directly to the Project Manager (PM). The Director of Quality & Safety, DynCorp, Fort Worth, Texas and his staff are available for any technical assistance, if required. All employees are responsible for the performance of their assigned duties in the highest quality. The following policies reflect our approach to quality.

✓ *The Project Manager* (PM) has the ultimate responsibility for quality. The PM will hold the QC/Safety Specialist accountable for the execution of all aspects of the SGFS-Qatar QC Plan.

✓ *The QC QC/Safety Specialist* is independent of all other management influences. The PM and the QC/Safety Specialist will:

➢ Meet both formally and informally to coordinate the QC program.

➢ Coordinate with the management staff to ensure that all QC requirements are fully understood and complied with for the entire workforce.

➢ Use experience and proven QC tools in the performance of his job. PWAs will be evaluated continuously to ensure that performance and procedures are of the highest quality level.

➢ Provide Quality training and guidance to the workforce through both formal and informal classes and instruction.

Case 1:06-cv-01616-CKK   Document 10   Filed 10/26/2006   Page 19 of 86
DynCorp International
Case 1:06-cv-01616-CKK   Document 34-7   Filed 07/11/2007   Page 20 of 27

✓  *All DynCorp management staff and superviso willl:*

 ➢  Take required action for failure to comply with policies, instructions, and procedures by personnel under their control.

 ➢  Assist the QC/Safety Specialist as required.

 ➢  Coordinate corrective actions and investigations within their area of responsibility.

## 4.0    RESPONSIBILITIES.

### 4.1    *Project Manager (PM)*

The PM is ultimately responsible and accountable for implementation compliance of the quality control requirements of the contract. The PM may request assistance, at any time from the Director of Quality and Safety, DynCorp AT, Fort Worth, Texas in the area of technical information. The PM is directly responsible and accountable to the Vice-President of DynCorp Middle East & Africa region for the proper execution of the Quality Control Plan for the security services on this project. The PM supervises the QC/Safety Specialist, oversees work activities, and monitors execution of the QC Plan through frequent visits to the work site. The PM and the QC/Safety Specialist will be required to analyze any new task received from the customer to determine what quality control actions are required.

### 4.2    *Quality Control/Safety Specialist (QC/S)*

The QC/Safety Specialist is responsible for the daily execution of the Quality Control Plan and supervising all QC activities. The QC/S's primary responsibility is to ensure the highest quality performance through the administration of a planned program of surveillance, inspection, and follow-up inspections of each task required by the SGFS-Qatar contract.

The QC/S will meet with the PM at a scheduled time for the purpose of advising the PM of the status of quality control program. The QC/S has Stop-Work authority for all situations concerning imminent personnel safety and potential equipment damage. The QC/S has direct and open communication with the Director of Quality and Safety, DynCorp AT, Fort Worth, Texas concerning any quality control or safety issue that can not be handled locally or any questions of a technical nature.

The main responsibilities of the QC/S are:

✓  Keeping the PM fully informed concerning the status of the Quality Control Program, to include recommendations and suggestions for improvement.

✓  Notify the PM on matters concerning quality performance and contract compliance.

✓  Execute and direct the QC Plan for the SGFS-Qatar Project.

✓  Administer and manage the customer feedback program.

✓  Monitor the customer complaint section of the customer feedback program to ensure that all customers reported discrepancies are recorded, investigated and

corrected.

✓ Prepare and deliver all quality control reports and responses to Corrective Action Requests to the ACO, as required.

✓ Maintain all QC / Safety records, reports, checklists and investigation results.

✓ Continually monitor checklists and self-inspection sheets for timeliness.

✓ Review all inspection checklists for adequacy.

✓ Perform scheduled and unscheduled inspections of PWAs.

A critical aspect of the Quality Control program is the follow-up inspections of new procedures, corrective actions, and preventive actions to ascertain if the desired results have been attained. It is considered important that all supervisors and leads keep quality activities in focus.

The Quality Control Program (QCP) will be reviewed to ensure that DynCorp is delivering to the customer the highest level of quality. The standards and procedures must be understood at all levels, particularly at the PWA level, where the actual work is performed. The QC/S will provide a system for the employees to submit suggestions for improvement. This system will allow for the qualified personnel on the project to review the suggestion and for the employee to receive direct feedback.

### 4.3    *Management Staff and Supervisors.*

Management staff and supervisors are responsible for ensuring that each employee under their control performs to the best of their ability and according to standards. To achieve this end, they will be required to monitor their employees as to the quality of their work and to bring to the attention of the QC/Safety Specialist any discrepancies, which are beyond their control to correct. They are charged with:

✓ Completing self-inspections. This can be accomplished during performance of their routine duties.

✓ Investigate and review all corrective action requests made to them.

✓ Assist in the formulation and execution of corrective actions.

✓ Report all discrepancies that, once identified, are beyond their control to repair.

✓ Submit reports in a timely manner as required by the QC/safety Specialist or Project Manager.

### 4.4    *Employees*

All employees are responsible for understanding their jobs and the level of quality required. They are also responsible for the proper use, maintenance, and control of all DynCorp and Government property in their control that is required to perform their jobs. All employees are required to strive for continuous improvement in the performance of their assigned tasks.

### 4.5    *Subcontractor Performance*

Any subcontractor is required to perform to the same high standards as DynCorp

employees. Periodic inspections and checklists will be used to monitor subcontractor performance. The quality of product or services provided by a subcontractor will be watched. This monitoring shall be performed by a joint effort of the QC/Safety Specialist and the Senior Director (SD) of our office in Baghdad. The Senior Director will be the coordinating authority for all project subcontracts. This teaming arrangement shall consist of the following procedures:

✓ The QC/S will monitor the subcontractor to ensure compliance to the contract and to required work performance.

✓ The SD administers the contract. The QC/S ensures compliance to standards and to the contract.

✓ The QC/S will review all inspection checklists used by the subcontractor for compliance to the contract and any SOPs.

✓ The QC/S, with assistance from the SD will develop any required checklists as the need arises.

✓ All subcontractors are subject to the provisions of this QCP. In the event there is a conflict between the subcontractor's requirements and this QC/S, the contract shall prevail until either the plan or the contract is amended.

## 5.0    SYSTEMS, PROCEDURES, AND MEASURES.

Quality Control requirements shall be addressed in each SOP that is developed for this project. The QC/S shall be responsible for the verification monitoring, and inspection of the services provided to the customer. The Managers and Supervisors of the PWA shall retain the responsibility for the performance of these services.

The QC/S shall use the following methods to verify and monitor the range of services performed under the SOFS-Qatar contract:

✓ *Direct and indirect communication* with the customer. A free and open exchange with the customer facilitates early identification of potential problem areas and the prompt correction of these potential problems.

✓ *Corrective Action Requests* (CAR). One of the most important aspects of a CAR program is the formation of an audit trail concerning found discrepancies. Once issued, the CAR requires a response with in a predetermined time frame. In this case, the suspense date is five (5) working days from the receipt of the notification.

✓ *Inspections and audits* formal and informal, announced and unannounced. Inspections are backbone of our Quality Control Program. They are performed by the QC/S at anytime during the workday. A detailed inspection checklist is used to record findings and any discrepancy found will be addressed immediately.

✓ *Customer feedback.* The Customer Comment program allows for direct access to the DynCorp management staff, This allows for prompt reaction to a perceived problem.

✓ *Documentation control.* All inspection checklists, audit reports, process improvement suggestions, customer comments, and any CARs will be retained on file by the QC/S, These files will be made available, upon request to the customer.

✓ *Follow-up inspections.* A discrepancy noted on an inspection will be re-inspected to ensure corrective action has been taken and that the corrective action taken was the correct one,

✓ *Internal audits.* Internal audits will be used extensively to survey out operation. Audits will be performed on a random, unannounced basis's. The audit findings will be used to fine-tune our Systems, procedures, and standards- Internal audits are a proven means to evaluate work performance and to alert us as to needed changes in a process or procedure.

The QCP emphasizes prevention of discrepancies and a system of corrective action, once a discrepancy is identified. A successful Quality Control Program works a system of well-defined standards of performance parameters and adequate data gathering and analysis. Performance parameters and defined standards are incorporated into every performance procedure, SOP, and inspection / audit checklists.

Our program makes use of these proven Q/C tools.

✓ *Trend analysis.* Trend analysis will be used to predict changes in the performance level before they become a problem.

✓ *Customer feedback.* The voice of the customer will be used to ensure that the path we have taken is the one the customer requires us to be on.

✓ *Statistical Process Control* (SPC). SPC allows for the quantifying of data collected through the inspection process

✓ *Process Improvement Programs.* Continuous improvement is the goal of any dynamic QC program.

✓ *Corrective Action Requests* (CAR). This program requires timely responses to found discrepancies and provides a venue for corrections, both immediate and long terms.

✓ *Quality Control Training.* Ensuring that all employees are fully aware of the standards and the requirements of their position. Some of the topics to be covered are; the mission and function of the escort guard force, basic first aid response, report writing, Rules of Force, weapons operations and maintenance, vehicle search procedures, threats, and communications.

## 6.0    OVERALL PROJECT MANAGEMENT AND ADMINISTRATION.

The Quality Control surveillance procedures for this section will consist of the following programs:

✓ *Planning.* The Project Manager, Supervisors, and staff personnel will perform frequent analysis of the Statement of Work (SOW) and customer requirements which their activities support.

✓ *Organizing.* The Operations Support Manager and Supervisors will be tasked to ensure that their section is in compliance with all contract requirements.

✓ *Controlling.* All supervisors will be responsible for the controlling of all work flow to task completion and to issue specific instructions to their employees to ensure performance to set standards.

9

✓ *Administering.* Records of all tasks completed will be maintained for historical reference. These records will be made available for QIC inspection.

## 7.0    SUMMARY

DynCorp is committed to Total Quality Service, from the beginning of a contract through phase-out. Quality performance and quality management is at the heart of all we do. The DynCorp Security Services for the Implementation of UN Oil for Food Shipments Quality Plan will ensure effective and efficient contract performance. We place priority on quality support to the customer in all phases of contract execution. We expect all DynCorp personnel, from the Corporate Base to the work location, from the Project Manager down to each employee, to maintain total quality awareness. Our goal is nothing less than Total Quality in all we do.

## ABBREVIATED RESUMES

### Program Manager

### GUY D. IRVIN

**Summary of Qualifications:** Mr. Guy D. Irvin is a detailed-oriented professional with over 16 years of experience in national security operations including management, training, policy development, and strategic planning. He served 16 years in the United States Army as a Special Forces Noncommissioned Officer, and Special Forces Commissioned Officer. Additionally, he has held several key corporate management positions. A dedicated professional with a diverse background, Mr. Irvin is a strong leader, manager, and organizer.

**Professional Experience**

**Most Recent Position:** Mr. Guy is the Business and Program Manager for a music production firm, where he is responsible for developing marketing strategies for independent and feature film custom music acquisitions and implementation. He is also responsible for managing all project budgets and subcontracts.

**Previous Positions – Military:** Mr. Guy served his first four years in the U.S. Army as a Special Forces Engineer Sergeant at Fort Bragg, NC, where he performed and taught classes in target analysis; security operations; countermeasures; improvised munitions; explosives; expedient demolitions; booby-traps and advanced ground combat operations to the indigenous populace of various foreign nations in support of their internal security and defense programs and against threatening neighbor nations and states. Additionally, his last 12 years in the Army he served in various locations to include Asia, South America, and the Pacific Rim Countries as a Special Forces Detachment (Scuba) Commander, Special Forces Operations Officer, and Special Forces Executive Officer and Company Commander. In these position he led and supervised numerous Special Forces members; planned, organized, and executed several indigenous operations, and consulted with foreign government and US officials on potential security threats with emphasis on terrorism and counter-terrorism measures. Also, he taught Special Operations Techniques in Close Quarters Battle. He is a Martial Arts Master Instructor.

**Education:** Mr. Guy has a Bachelor of Arts Degree in Sociology from the University of the State of New York, with a Minor in Political Science.

## Operations Support Manager

### JAMES MCCANTS

**Summary of Qualifications:** Mr. James McCant is a professional security professional who possesses vast leadership skills. His professional career has given him the opportunity to display his skills, and ability across the corporate structure.

### Professional Experience

**Most Recent Position:** Mr. McCants was a Security Specialist for the Atlanta Braves Professional Baseball League where he was in charge of the security electronic surveillance section. He also was the Lead Security Specialist for the Atlanta Hawks Professional Basketball Team and Atlanta Thrashers Hockey Team.

**Previous Positions – Military:** Mr. McCant served 12 years in the in the United States Army as a Special Forces Noncommissioned Officer at Fort Bragg, NC where he supervised a 15-man Special Operations Team on several indigenous missions.

## Command and Control Cell Manager

### John Steven Day

### General Experience
Served in 10th Special Forces Group at Fort Devens, MA. Served as Operations Sergeant, Instructor, and Cadre Team Sergeant for a Special Forces student Operational Detachment at Camp Mackall, NC. and as Special Operations Evaluator/Liaison NCO at Fort Bragg, NC. Attended Basic Law Enforcement Training at Central Carolina Community College in Sanford, NC. Served as a certified, uniformed, armed security officer for C & C International Security and Investigative Services, Granite Falls, NC. Also served as Reserve Deputy Sheriff for Caldwell County Sheriff's Department, Lenoir, NC and later full time as a Deputy Sheriff in the Patrol Division.

### Protective Security Specific Experience
As a certified, uniformed, armed security officer from September 1995 through April 1997, proved escort PSD escort for Local Government Employees Federal Credit Union representatives to Catawba, Alexander, Burke, and Caldwell County (North Carolina). Locations.

**Instructor Qualifications**
Upon completion of Instructor Training Course at Fort Bragg, NC in October 1992,
instructed Infiltration/Exfiltration.


**Defensive Driving Experience and Training**
    Experience:  5 ½ years as Deputy Sheriff assigned to the Patrol Division
    Training:   Emergency Vehicle Operator – April 1997
               Basic Law Enforcement Training – March 1995