# Exhibit I

```
0001
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE MIDDLE DISTRICT OF ALABAMA
 3                         EASTERN DIVISION
 4
 5   JOHNNY POTTS and           )
 6   JANICE POTTS,              )
 7          Plaintiffs,         )
 8      vs.                     ) Civil Action No.
 9   DYNCORP INTERNATIONAL LLC, ) 3:06-cv-00124-WHA-CSC
10   JAMES McCANTS, et al.,     )
11          Defendants.         )
12            *       *       *       *       *
13
14
15           The deposition of HOWARD M. HOUGEN was
16   taken on Wednesday, January 17, 2007, commencing
17   at 10:00 a.m., at the offices of M.A.R. Reporting
18   Group, 200 Little Falls Street, Suite 410, Falls
19   Church, Virginia, before Terri Duncan, RPR, CCR,
20   Notary Public.
21
22            *       *       *       *       *
0002
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFFS:
 4        NANCY L. EADY, ESQUIRE (via
 5              videoconference)
 6        Morris, Haynes & Hornsby
 7        131 Main Street
 8        Alexander City, Alabama   35011-1660
 9        (256) 329-2000
10
11   ON BEHALF OF THE DEFENDANTS:
12        WILLIAM STEELE HOLMAN, II, ESQUIRE
13        Ambrecht Jackson
14        1300 Riverview Plaza
15        63 South Royal Street
16        Mobile, Alabama 36602
17        (251)405-1218
18
19
20
21
22   (Appearances continued on the next page.)
0003
 1   APPEARANCES (continued):
 2
 3   ON BEHALF OF THE DEFENDANTS:
 4        WILLIAM LARKIN RADNEY, III, ESQUIRE
```

265154.1

Defendant 000182

```
10      Q.    Sir, please state your name.
11      A.    Howard Montgomery Hougen.
12      Q.    Montgomery.  And what's the last name,
13  sir?
14      A.    Hougen, H-O-U-G-E-N.
15            MS. EADY:  Steele, which category is he
16  here to testify about?
17            MR. HOLMAN:  Just number one.
18            BY MS. EADY:
19      Q.    Mr. Hougen, who are you currently
20  employed with?
21      A.    DynCorp International LLC.
22      Q.    What is your position with them?
0006
1       A.    I am vice president, secretary and deputy
2   general counsel.
3       Q.    Are you vice president of a particular
4   department, or just a general vice president?
5       A.    I'm a corporate vice president.
6       Q.    Do you have any other positions with any
7   other DynCorp entities?
8       A.    I have titles in most of them.  I am the
9   secretary -- actually, I'm vice president,
10  secretary and deputy general counsel of all the
11  domestic subsidiaries of DynCorp International
12  LLC.
13      Q.    Any positions with the foreign
14  subsidiaries?
15      A.    I'm the secretary of a British
16  subsidiary.  I think that's it.
17      Q.    Can you tell me, please, then -- well,
18  can you just explain, in your own words, what the
19  relationship is, if any, between DynCorp
20  International LLC and DynCorp -- at one time it
21  was DynCorp International Global Services FZ-LLC?
22      A.    That is a wholly owned subsidiary of
0007
1   DynCorp International LLC.  DynCorp International
2   LLC-FZ, which is the company that had the global
3   services in it at one point, is a company formed
4   in the Dubai free zone.
5       Q.    When was it first formed?
6       A.    In February of 2003.
7       Q.    Am I correct that DynCorp International
8   LLC owns all of the shares in the FZ company?
9       A.    You are correct.
10      Q.    Who are the officers of the FZ company?
11      A.    It does not have officers like we do.  As
12  of a couple days ago, the general manager is a
13  fellow named Buzz Minor.
14      Q.    Is he located in Dubai?
```

265154.1

Defendant 000184

```
15        A.   He's in Dubai.
16             MR. HOLMAN:  How do you spell his name?
17             THE WITNESS:  M-I-N-O-R.  And he has a
18   real name, but I don't remember what it is.
19             BY MS. EADY:
20        Q.   Was he transferred over to Dubai from the
21   States?
22        A.   I believe he was a new hire.
0008
1         Q.   Who was his predecessor?
2         A.   A fellow named Jeff Casperaites,
3    C-A-S-P-E-R-A-I-T-E-S.  Actually, in between was a
4    man named John Supina, S-U-P-I-N-A.  So John
5    Supina would have been his immediate predecessor.
6         Q.   Where is Mr. Casperaites now?
7         A.   He no longer works for us, so I don't
8    know.
9         Q.   Was his termination voluntary or
10   involuntary?
11        A.   Voluntary.
12        Q.   And Mr. Supina, where is he?
13        A.   He works mostly out of Irving, Texas.
14        Q.   Did he work out of Irving, Texas, when he
15   was general manager of -- when he was, I guess,
16   interim general manager of the FZ company?
17        A.   No.  He worked out of Dubai.
18        Q.   What is the primary purpose of the FZ
19   company?
20        A.   It hires people to lease to DynCorp
21   International for performance of services in
22   off-shore locations.
0009
1         Q.   Is there a formal lease agreement signed
2    between the employees of DynCorp FZ and DynCorp
3    International?
4              MR. HOLMAN:  Excuse me.  Did you say
5    between the employees?
6              THE WITNESS:  No, DynCorp does not have
7    any contractual relationship with the employees of
8    the Free Zone company.
9              MS. EADY:  Ms. Duncan, if you could pull
10   out of your packet and show to Mr. Hougen what is
11   marked as Exhibit B.
12             BY MS. EADY:
13        Q.   Mr. Hougen, I'm going to ask you to
14   identify this document and explain succinctly what
15   it is.
16        A.   Well, I am not the preparer or the
17   custodian of this document, although I do have a
18   copy of it in my computer.  It is a memorandum of
19   association, which was the document that was filed
```

265154.1

Defendant 000185

```
 2         A.   This is or certainly appears to be -- I'm
 3   not the custodian of it, again -- but this appears
 4   to be the articles of association of the company
 5   formerly known as DynCorp International Global
 6   Services FZ-LLC, which is now known as DynCorp
 7   International Services LLC-FZ.
 8         Q.   If you will please turn to the last page
 9   of the document, page number 32.
10         A.   Yes.
11         Q.   Can you please identify for me or tell me
12   who signed the last page.
13         A.   Let's see.  This was signed in January of
14   2003.  Paul Lombardi, who signed as manager, was
15   the president and chief executive officer of
16   DynCorp, and David L. Reichardt, who signed as
17   manager, was the senior vice president and general
18   counsel of DynCorp.
19         Q.   And that's DynCorp, the --
20         A.   The former parent of DynCorp
21   International.
22         Q.   Do you know where Mr. Lombardi and
0013
 1   Mr. Reichardt are now?
 2         A.   They live in this area, in the Northern
 3   Virginia area.
 4         Q.   Are they still with DynCorp?
 5         A.   No.  No.  They ceased being affiliated
 6   with DynCorp in March of 2003, when Computer
 7   Sciences Corporation bought DynCorp.
 8              MS. EADY:  Ms. Duncan, if you would mark
 9   that as Plaintiff's Exhibit C, please.
10              (Plaintiff's Exhibit Letter C was marked
11   for identification.)
12              BY MS. EADY:
13         Q.   Mr. Hougen, you said that essentially --
14   I'm going to just call it DynCorp FZ for
15   shorthand.
16         A.   Okay.
17         Q.   Is that acceptable?
18         A.   Yes.
19         Q.   Essentially, DynCorp FZ leases its
20   employees to DynCorp International; is that
21   correct?
22         A.   That's correct.
0014
 1         Q.   Does DynCorp FZ perform any other
 2   activities for DynCorp International besides the
 3   leasing?
 4         A.   No, not really.  It would hire the
 5   employees, but that's not a -- that's all part of
 6   the leasing.
```

265154.1

Defendant 000187

```
 7   to Iraq would receive a threat recognition class,
 8   threat mitigation, personal defensive tactics, and
 9   some historical and political perspective
10   information about Iraq in general.
11        Q.   Do you know if there were any DynCorp
12   International employees over in Iraq?
13        A.   I'm sorry.  I'm not sure I understand
14   your question.
15        Q.   You said that the pre-deployment
16   candidates who went through the pre-deployment
17   training were paid either by DynCorp International
18   or DynCorp International Free Zone.
19        A.   Yes.
20        Q.   Do you know by which entity Mr. McCants
21   was paid for pre-deployment training?
22        A.   I believe he was a DIFZ employee.
0015
 1        Q.   And you base that on what documentation,
 2   sir?
 3        A.   His Foreign Service agreement.
 4        Q.   And you've reviewed his Foreign Service
 5   agreement?
 6        A.   Yes.
 7        Q.   The Foreign Service agreement, then,
 8   would tell you who would be paying -- who paid for
 9   the pre-deployment training?
10        A.   Yes.
11        Q.   You mentioned the process begins with
12   defining the requirements of the position and
13   establishing a labor category.  Do you know what
14   criteria were used for hiring personnel such as
15   Mr. McCants for Iraq?
16        A.   No, I don't.
17        Q.   So you don't know what criteria were used
18   in the decision to hire Mr. McCants?
19        A.   No, I don't.
20        Q.   Who would?
21        A.   It would have been either a program
22   manager or a business development person involved
0016
 1   in securing that contract.  It's likely that the
 2   criteria was largely defined by the contract
 3   itself.
 4        Q.   You said the resumes were vetted.  What
 5   does that mean?
 6        A.   An individual at DynCorp would receive
 7   the candidate resume, and whoever was assigned
 8   would review that resume to ensure that the
 9   candidate's experience matched the qualification
10   criteria.
11        Q.   Do you know who reviewed Mr. McCants'
```

265153.1

Defendant 000199

```
12   resume in order to ensure that his experience
13   matched the qualifications for the position?
14       A.   I'm sorry. I don't.
15       Q.   Do you know where the office -- where
16   that person would have been located?
17       A.   In that time frame, it should have been
18   Fort Worth.
19       Q.   And the person that reviewed the resume
20   would have been employed by whom?
21       A.   DynCorp International.
22       Q.   Let me backtrack a minute. The person
0017
1    who defines the criteria for the contract, you
2    said you did not know who that individual
3    specifically was. But do you know who that
4    individual would have been employed by?
5        A.   I don't.
6        Q.   Do you know where that individual's
7    office would have been based?
8        A.   I don't know that either.
9        Q.   Do you know who would?
10       A.   Again, it would either be the individual
11   responsible for the business development -- that's
12   where we will put together the approach and the
13   plan. So somebody in business development or --
14   who else would know -- that's probably the best
15   place, somebody in business development.
16       Q.   Do you have any way of knowing who would
17   have contacted Mr. McCants as part of the initial
18   contact with the potential candidate?
19       A.   No, I don't.
20       Q.   Do you know where that person's office
21   would have been based?
22       A.   It would have been Fort Worth.
0018
1        Q.   And would that have been a DI employee?
2        A.   Yes.
3        Q.   Do you know if, for the Oil-for-Food
4    Program, a credit and criminal history check was
5    necessary?
6        A.   I don't know if that was a requirement.
7        Q.   If it had been necessary, what office
8    would have performed that duty?
9        A.   The same recruiting office in Fort Worth.
10       Q.   Does the recruiting office in Fort Worth
11   have an official title or --
12       A.   At the time, we just called it
13   recruiting.
14       Q.   Was there somebody in charge of it during
15   the time period in which Mr. McCants was hired?
16       A.   Yes.
```

265153.1

Defendant 000200

```
17        Q.   Who was that individual?
18        A.   I believe it was -- now I just lost his
19   name.  I'm sorry.  I can't remember his name.
20   He's no longer employed by DynCorp.  Oh, yes.
21        Q.   Do you know when he left?
22        A.   Michael Sousanes is his name.
0019
 1             MR. HOLMAN:  How do you spell his name?
 2             THE WITNESS:  His last name is spelled
 3   S-O-U-S-A-N-E-S.
 4             BY MS. EADY:
 5        Q.   The recruiting office was a part of
 6   DynCorp International; is that correct?
 7        A.   Yes.
 8        Q.   And the employees at the recruiting
 9   office were employees of DynCorp International; is
10   that correct?
11        A.   Yes.
12        Q.   But you have no idea what criteria they,
13   the recruiting office, used in order to identify
14   Mr. McCants as a viable candidate; is that
15   correct?
16        A.   Yes.
17        Q.   Is it all right that when we talk about
18   the FZ entity, we just call it DynCorp Free Zone
19   for shorthand?
20        A.   That's fine with me.
21        Q.   If an entity was going to be employed by
22   DynCorp Free Zone and he or she was from the
0020
 1   United States, is it fair to say that he or she
 2   would have been recruited by DynCorp
 3   International?
 4        A.   Employees employed by DynCorp
 5   International, if that's what you mean, yes.
 6        Q.   No.  Like Mr. McCants.  He was
 7   purportedly an employee of DynCorp Free Zone; is
 8   that correct?
 9        A.   Yes.
10        Q.   But he would have been recruited and
11   identified as a candidate of DynCorp
12   International; is that correct?
13        A.   Yes.
14        Q.   Are you familiar with the various forms
15   of advertisements used to help locate candidates
16   for DynCorp positions?
17        A.   I know some of them that we used.  But
18   I'm not sure I'm familiar with all of them.
19        Q.   Can you tell me, just list some of the
20   ones that were used by you at the time that
21   Mr. McCants was hired?
```

```
22        A.   We have our own recruiting website.  I
0021
 1   was aware that we did some internet postings and
 2   things like Monsterjobs.com or just very
 3   mainstream internet postings.
 4             On occasion, we might use other media
 5   like newspaper articles or, you know, want ads or
 6   that kind of thing.  We've posted, on occasion, in
 7   trade journals.  We also do -- what do you call
 8   those things -- we'll send a business development
 9   team or a representative team to conferences.
10        Q.   What about something called Blueline.com;
11   is that something you're familiar with?
12        A.   No, I'm not.
13             MR. HOLMAN:  Did you say Blueline?
14             MS. EADY:  B-L-U-E-L-I-N-E.
15             THE WITNESS:  I'm not familiar.
16             BY MS. EADY:
17        Q.   Was it the recruiting office in Irving,
18   Texas, that would place these various ads?
19             MR. HOLMAN:  I don't think he said it was
20   in Irving.
21             MS. EADY:  I'm sorry.  In Texas.
22             THE WITNESS:  Yes, it was the recruiting
0022
 1   office that placed those ads.
 2             BY MS. EADY:
 3        Q.   Who would have conducted pre-deployment
 4   training of a candidate for a candidate that would
 5   have been hired in December of 2003?
 6        A.   Let me make sure.  I think you said who
 7   would have conducted pre-deployment training?  Is
 8   that right?
 9        Q.   Yes.  Yes.
10        A.   That would have been the Crucible.
11        Q.   Who did the Crucible have an agreement
12   with for conducting pre-deployment training?
13        A.   DynCorp International.
14             MS. EADY:  Ms. Duncan, if you could
15   please hand Mr. Budge what is marked or will be
16   marked as Exhibit G.
17             BY MS. EADY:
18        Q.   Mr. Budge, if you would just take a
19   minute to look that over.
20        A.   (Reviewing document).  Okay.
21        Q.   In the course of your duties as a program
22   manager, have you ever had occasion to review the
0023
 1   subcontract between DynCorp and Crucible?
 2        A.   Yes.
 3        Q.   When is it that you review that document?
```

```
 9        A.   Yes.
10        Q.   What kinds of training was that?
11        A.   They would -- they had mobile training
12   teams that would provide training in Iraq or other
13   areas, Afghanistan, other places that may have
14   been required based on a number of factors.
15        Q.   The contract for Crucible to provide
16   training, was it between DynCorp -- I'm sorry --
17   was it with DynCorp International or DynCorp Free
18   Zone?
19        A.   DynCorp International.
20        Q.   And who would have negotiated with
21   Crucible to establish the requirements for the
22   contract, DynCorp Free Zone or DynCorp
0026
 1   International?
 2        A.   DynCorp International.
 3        Q.   So if there are types of training that
 4   are omitted from the subcontract with Crucible,
 5   DynCorp International would have been the entity
 6   to decide that that training did not need to be
 7   included; is that correct?
 8             MR. HOLMAN:  Object to the form of the
 9   question.
10             Go ahead and answer.
11             THE WITNESS:  I'm not sure I understood
12   your question.  I'm sorry.
13             BY MS. EADY:
14        Q.   DynCorp International would have
15   negotiated with Crucible to set out the contract
16   specifications for training, correct?
17        A.   Yes.
18        Q.   If they chose to leave certain types of
19   training out of the contract, that would have been
20   an agreement between DynCorp International and
21   Crucible; is that correct?
22        A.   Yes.
0027
 1        Q.   DynCorp Free Zone did not contract with
 2   Crucible to provide training of any kind?
 3        A.   Not that I know of.
 4        Q.   Do you know if Crucible provided DynCorp
 5   International or DynCorp Free Zone with any
 6   evaluations of Mr. McCants' performance during his
 7   training?
 8        A.   I don't know that.
 9        Q.   Would it be customary for such
10   evaluations to be provided to either DynCorp
11   International or DynCorp Free Zone?
12        A.   Yes.
13        Q.   And that would have been the evaluations
```

```
19   Nancy.
20            MS. EADY:  He said that written
21   evaluations were forwarded to DynCorp, but he
22   didn't specify which entity, DynCorp International
0030
 1   or DynCorp Free Zone that received the written
 2   evaluations.
 3            THE WITNESS:  It would -- again,
 4   dependent on where the employee is hired.  If
 5   they're a DynCorp International employee, then
 6   that information would go to the specific program.
 7   If it's a DynCorp Free Zone, it would go to the
 8   DynCorp Free Zone manager.
 9            BY MS. EADY:
10       Q.   The manager of that particular program?
11       A.   Yes.
12       Q.   Can you explain what DynCorp Free Zone,
13   what it performs with respect to its employees?
14            MR. HOLMAN:  Nancy, it skipped again.
15   You're going to need to repeat that, please.
16            BY MS. EADY:
17       Q.   Sure.  What does DynCorp Free Zone do
18   with respect to its employees?
19       A.   It's really a forward deployed or forward
20   located administrative office providing human
21   resource financial support or financial accounting
22   and finance support for field programs.
0031
 1            MS. EADY:  Ms. Duncan, would you please
 2   mark Exhibit G.
 3            (Plaintiff's Exhibit Letter G was marked
 4   for identification.)
 5            BY MS. EADY:
 6       Q.   Mr. Budge, if you would look at page 9 of
 7   Exhibit G, it's the very last page.
 8       A.   Yes, ma'am.
 9       Q.   Can you summarize for me what a statement
10   of work is?
11       A.   This is a definition, description of the
12   work to be performed.
13       Q.   Is it a definition or description of the
14   work to be performed as agreed to between Crucible
15   and DynCorp International?
16       A.   Yes.
17       Q.   On this statement of work, does it
18   explain what training Crucible is to provide for
19   DynCorp International?
20       A.   Under the mission statement on that page,
21   there is a description of what is required of
22   Crucible for training without being specific about
0032
```

```
18        Q.   Do you know somebody who could?
19        A.   Well, again, it would be -- those
20   proposals are developed in the business
21   development section of the company.
22        Q.   In the business development section of
0050
 1   which company?
 2        A.   DynCorp International.
 3        Q.   Do you know if the business development
 4   section of DynCorp International performed
 5   cost-benefit analysis in the course of putting
 6   together a contract?
 7        A.   It depends on the circumstances, but on
 8   occasion, we do.
 9        Q.   Do you know if a cost-benefit analysis
10   was ever done with respect to determining what
11   kind of training should be provided to
12   Oil-for-Food personnel?
13        A.   No, ma'am.
14        Q.   Is there a particular person in the
15   business development section that you are aware of
16   that would have been in charge of developing or
17   performing such a cost-benefit analysis?
18        A.   There isn't a single individual, one
19   person who is responsible for that.  So I'm not
20   sure who that would have been.
21        Q.   How many people are in the business
22   development office?
0051
 1        A.   I don't know the total number.  But it's
 2   more than a few.
 3        Q.   Are you yourself a DynCorp International
 4   or a DynCorp FZ employee?
 5        A.   DynCorp International.
 6        Q.   Do you have employees that work for your
 7   program that are DynCorp FZ employees?
 8        A.   Yes.
 9        Q.   What is the arrangement between DynCorp
10   International and DynCorp FZ that lets DynCorp
11   International use those employees?
12        A.   In effect, DynCorp International -- or
13   DynCorp FZ -- it's almost like a leasing
14   arrangement.  I can't think of the right word at
15   the moment.
16        Q.   In the Oil-for-Food Program, are the
17   contract proposals to the various entities made by
18   DynCorp International or DynCorp Free Zone?
19            MR. HOLMAN:  Hold on just a second,
20   Nancy.  Let me stop you there.  Okay.  Go ahead
21   and ask your question again, would you please.
22   I'm just concerned that you're getting a little
```

265153.1

Defendant 000215