# Exhibit J

10-K 1 a06-13873_310k.htm ANNUAL REPORT PURSUANT TO SECTION 13 AND 15(D)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

# FORM 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 31, 2006**

or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission File Number: 333-127343

---

# DYNCORP INTERNATIONAL LLC
(Exact name of registrant as specified in its charter)

| **Delaware** | **52-2287126** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**8445 Freeport Parkway, Suite 400, Irving, Texas 75063**
**(817) 302-1460**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act: **None**

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Act. Yes ☐  No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check One):

Large accelerated filer ☐          Accelerated filer ☐          Non-accelerated filer ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes ☐  No ☒

The registrant has one class of member units. As of June 5, 2006, DynCorp International Inc. held 100% of the member units.

Documents Incorporated by Reference

# DYNCORP INTERNATIONAL LLC
## TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---|
| **PART I.** |  |  |  |
| Item 1. | Business | | 1 |
| Item 1A. | Risk Factors | | 12 |
| Item 1B. | Unresolved Staff Comments | | 23 |
| Item 2. | Properties | | 23 |
| Item 3. | Legal Proceedings | | 23 |
| Item 4. | Submission of Matters to a Vote of Security Holders | | 24 |
| **PART II.** |  |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | | 25 |
| Item 6. | Selected Financial Data | | 25 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 27 |
| Item 7A. | Quantitative and Qualitative Disclosure About Market Risk | | 49 |
| Item 8. | Financial Statements and Supplementary Data | | 51 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | | 94 |
| Item 9A. | Controls and Procedures | | 94 |
| Item 9B. | Other Information | | 94 |
| **PART III.** |  |  |  |
| Item 10. | Directors and Executive Officers of the Registrant | | 95 |
| Item 11. | Executive Compensation | | 102 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | | 105 |
| Item 13. | Certain Relationships and Related Transactions | | 106 |
| Item 14. | Principal Accounting Fees and Services | | 107 |
| **PART IV.** |  |  |  |
| Item 15. | Exhibits and Financial Statement Schedules | | 109 |

## PART III

### ITEM 10.    DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT.

*Management*

The following table sets forth certain information regarding the members of our Parent's board of directors, as of June 1, 2006. Our Parent owns all of the membership interests in our Company, and the sole member of the board of managers of our Company is Robert K. McKeon. In addition, the table sets forth information regarding our executive officers. Each of the individuals set forth below served in the respective positions as of June 1, 2006 and has served in such capacity since the dates indicated below in their biographical data.

| Name | Age | Position |
|---|---|---|
| Robert B. McKeon | 51 | Sole member of our board of managers, Chairman and Director of our Parent |
| Stephen J. Cannon | 52 | President, Chief Executive Officer and Director of our Parent |
| Jay K. Gorman | 48 | Executive Vice President and Chief Operating Officer |
| Michael J. Thorne | 49 | Senior Vice President, Chief Financial Officer and Treasurer |
| R. Y. Morrel | 51 | Senior Vice President and General Counsel |
| Robert B. Rosenkranz | 66 | President, International Technical Services |
| Natale S. DiGesualdo | 66 | President, Field Technical Services |
| Ambassador Marc Grossman | 54 | Director of our Parent |
| Thomas J. Campbell | 47 | Director of our Parent |
| General Richard E. Hawley (USAF Ret.) | 64 | Director of our Parent |
| Herbert J. Lanese | 61 | Director of our Parent |
| General Barry R. McCaffrey (USA Ret.) | 63 | Director of our Parent |
| Ramzi M. Musallam | 37 | Director of our Parent |
| Admiral Joseph W. Prueher (USN Ret.) | 63 | Director of our Parent |
| Charles S. Ream | 62 | Director of our Parent |
| Admiral Leighton W. Smith, Jr. (USN. Ret.) | 66 | Director of our Parent |
| William G. Tobin | 68 | Director of our Parent |
| General Anthony C. Zinni (USMC Ret.) | 62 | Director of our Parent |

We are a direct wholly owned subsidiary of our Parent.

***Robert B. McKeon*** has been the Chairman of our Parent's board of directors and the sole manager of our board of managers since February 11, 2005. Mr. McKeon is a member of our Parent's compensation committee, corporate governance and nominating committee and executive committee. Mr. McKeon is the President of Veritas Capital, a New York-based private equity investment firm he founded in 1992. Mr. McKeon is on the Board of Trustees of Fordham University, a member of the Board of Fellows of Trinity College, a member of the Council on Foreign Relations and is a member of the boards of directors of several private companies. Mr. McKeon holds a Bachelor's degree from Fordham University and a Master's degree in business administration from Harvard Business School.

***Stephen J. Cannon*** has served as our President and Chief Executive Officer and the President and Chief Executive Officer of our Parent since March 24, 2005. Mr. Cannon has been a member of our Parent's board of directors since February 11, 2005 and serves on our Parent's corporate governance and nominating committee. Before assuming the role of President in 2001, Mr. Cannon served as Senior Vice President of DynCorp Technical Services. He was responsible for operational and financial management, business development and strategic planning. He has also held management positions for DynCorp's Aerospace Operations Division, which subsequently became DynCorp Technical Services, Inc. Mr. Cannon is also on the board of directors of Offshore Logistics, Inc. Mr. Cannon holds Bachelor's and

Master's degrees from Virginia Polytechnic Institute and State University. As of March 31, 2006, Mr. Cannon has been employed by the Company and its predecessors for 24 years commencing February 1982.

*Jay K. Gorman* has been our Executive Vice President and Chief Operating Officer since March 8, 2005. Before assuming his current position, Mr. Gorman served as Vice President of International Operations and as Senior Vice President of DynCorp Technical Services and prior to that as Vice President of Middle East/Africa Operations within DynCorp Technical Services. He was responsible for operational and financial management, business development and strategic planning for operations in Saudi Arabia, Oman, Kuwait, Bahrain, Jordan and the UAE. He has held management positions for our Company's Aerospace Operations Division, which subsequently became DynCorp Technical Services. As of March 31, 2006, Mr. Gorman has been employed by the Company and its predecessors for 12 years commencing January 1994.

*Michael J. Thorne* has served as our Senior Vice President, Chief Financial Officer ("CFO") and Treasurer and the Senior Vice President, CFO and Treasurer of our Parent since March 24, 2005. Before assuming this position, he was Vice President of Contracts and a director for joint ventures in the U.K. (Dyn-Hibernia), Saudi Arabia (Dyn-Al Rushaid) and Puerto Rico (DynPuertoRico). Mr. Thorne's other responsibilities have included financial forecasts, forward pricing rates, incurred cost submissions, disclosure statements and program/contract pricing. He joined the Company in 2001 after spending 22 years with Lockheed Martin in various key financial positions. His background includes roles at both the manufacturing and the service divisions of Lockheed. In 1978, Mr. Thorne graduated from the University of Georgia with a BBA degree in Finance, and subsequently earned his MBA in Finance in 1979. As of March 31, 2006, Mr. Thorne has been employed by the Company and its predecessors for four years commencing July 2001.

*R. Y. Morrel* has been our Senior Vice President and General Counsel and the Senior Vice President and General Counsel of our Parent since September 12, 2005. From 1994 to February 2005, Ms. Morrel served as a vice president of our former corporate parent, DynCorp. Prior to DynCorp's acquisition by Computer Sciences Corporation in March 2003, Ms. Morrel was responsible for all legal matters arising within DynCorp's operations, including the conduct, strategy and oversight of all litigation, heading DynCorp's overall compliance program and managing the law department. Ms. Morrel was a vice president of DynCorp and assistant general counsel for Computer Sciences Corporation from March 2003 to February 2005. In addition to her law degree from Cleveland-Marshall College of Law, Ms. Morrel received an M.A. from Villanova University and a B.A. from Temple University. Ms. Morrel is licensed to practice before the United States Supreme Court, the United States Court of Federal Claims, and in Virginia, Maryland, Pennsylvania and the District of Columbia. As of March 31, 2006, Ms. Morrel has been employed by the Company and its predecessors for 22 years.

*Robert B. Rosenkranz* has served as our President of International Technical Services since August 29, 2005. He is responsible for managing the International Technical Services segment, including law enforcement services, counter-narcotics support, contingency and logistic support services, facility operations, infrastructure development and security services. He graduated from the U.S. Military Academy, holds a Masters degree from the University of Pennsylvania and retired from the U.S. Army as a major general. He served as Senior Vice President for range and logistics services of the Company's predecessor from 1995 to 2001; as Vice President of business development for MPRI/L-3 from 2001 to 2003; as General Manager of Beamhit from 2003 to 2004; and as a Vice President of business development for KEI Pearson, Inc. from January to August 2005. Mr. Rosenkranz joined the Company in his current capacity on August 29, 2005.

*Natale S. DiGesualdo* has been our President of Field Technical Services since March 8, 2005. He is responsible for managing and directing the operations and financial management for more than 5,000