UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| WOOD,<br><br>　　Plaintiff,<br><br>v.<br><br>　　DYNCORP, et al.<br><br>**Defendants.** | Case No. 1:06-cv-1616 |

## ORDER

Upon consideration of DynCorp International Free Zone, LLC's Motion to Dismiss for Insufficiency of Service of Process and Lack of Personal Jurisdiction, the opposition thereto and the record herein, it is this ___ day of _____, 2007 hereby

ORDERED that the Motion is DENIED.

_____
The Honorable Colleen Kollar-Kotelly