UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RONALD WOOD,** | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No.: 06-1616-CKK |
| **DYNCORP** *et al.*, | ) ) ) |
| **Defendants**. | ) ) |

**STATEMENT PURSUANT TO LOCAL CIVIL RULE: 7.1**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, Defendant DynCorp, by and through their undersigned counsel, certify as follows:

I, the undersigned, counsel of record for DynCorp, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DynCorp which have outstanding securities in the hands of the public:

> DynCorp is a wholly owned subsidiary of Computer Sciences Corp., which has outstanding securities in the hands of the public that are publicly traded on the New York Stock Exchange under the symbol "CSC." DynCorp itself does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

241837.1

July 17, 2007                              Respectfully submitted,

                                           WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP


                                           _____/s/ Robert B. Wallace_____
                                           Robert B. Wallace, (D.C. Bar No. 108571)
                                           Yoora Pak, (D.C. Bar. No. 467007)
                                           The Colorado Building
                                           1341 G Street, N.W., 5th Floor
                                           Washington, D.C. 20005
                                           (202) 626-7660 (telephone)
                                           (202) 628-3606 (facsimile)
                                           *Attorneys for Defendant DynCorp*

241837.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the DynCorp Corporation's STATEMENT PURSUANT TO LOCAL CIVIL RULE: 7.1 was sent via ECF on the 17th day of July 2007, to:

      Nathan I. Finkelstein, Esq.
      Laurie B. Horvitz, Esq.
      Robert J. Goldman, Esq.
      Finkelstein & Horvitz, P.C.
      7315 Wisconsin Avenue, Suite 400 East
      Bethesda, MD 20814
      *Attorneys for Plaintiff*

                                        _____*/s/ Robert B. Wallace*_____
                                          Robert B. Wallace