UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RONALD WOOD,** | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No.: 06-1616-CKK |
| | ) |
| **DYNCORP** *et al.*, | ) |
| | ) |
| **Defendants**. | ) |

**STATEMENT PURSUANT TO LOCAL CIVIL RULE: 7.1**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, Defendants DynCorp International LLC and DynCorp International Inc., by and through their undersigned counsel, certify as follows:

I, the undersigned, counsel of record for DynCorp International LLC and DynCorp International Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DynCorp International LLC and DynCorp International Inc. which have outstanding securities in the hands of the public:

DynCorp International LLC is wholly owned by DynCorp International Inc. and does not have any outstanding securities in the hands of the public.

DynCorp International Inc. has outstanding securities in the hands of the public that are publicly traded on the New York Stock Exchange under the symbol "DCP." There are no other companies related to DynCorp International Inc. that have outstanding securities in the hands of the public.

241836.1

       These representations are made in order that judges of this court may determine the need for recusal.

| | |
|---|---|
| July 17, 2007 | Respectfully submitted, |
| | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | _____/s/ Robert B. Wallace_____ |
| | Robert B. Wallace (D.C. Bar No. 108571) |
| | Yoora Pak (D.C. Bar. No. 467007) |
| | The Colorado Building |
| | 1341 G Street, N.W., 5th Floor |
| | Washington, D.C. 20005 |
| | (202) 626-7660 (telephone) |
| | (202) 628-3606 (facsimile) |

241836.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the DynCorp International, Inc and DynCorp International LLC's STATEMENT PURSUANT TO LOCAL CIVIL RULE: 7.1 was ECF on the 17th day of July, 2007, to:

>Nathan I. Finkelstein, Esq.
>Laurie B. Horvitz, Esq.
>Robert J. Goldman, Esq.
>Finkelstein & Horvitz, P.C.
>7315 Wisconsin Avenue
>Suite 400 East
>Bethesda, MD 20814
>*Attorneys for Plaintiff*

_____/s/ Robert B. Wallace_____
Robert B. Wallace

241836.1