UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| WOOD, | ) |
|       **Plaintiff**, | ) |
| | ) Case No. 1:06-cv-1616 |
| v. | ) Judge Kollar-Kotelly |
| | ) |
| DYNCORP, et al. | ) |
| | ) |
|       **Defendants**. | ) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DYNCORP INTERNATIONAL FREE ZONE, LLC'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**

Pursuant to Local Rule 7, Plaintiff Ronald Wood files this motion for leave to file a supplemental memorandum opposing DynCorp International Free Zone, LLC's Motion to Dismiss for Insufficiency of Service of Process and Lack of Personal Jurisdiction (the "Motion"). Plaintiff has conducted additional discovery that is highly pertinent to the Motion.

After Plaintiff filed a timely opposition to the Motion on July 11, 2007, his counsel conducted a deposition of H. Montgomery Hougen. Mr. Hougen appeared for deposition as a corporate designee of Defendant DynCorp International, LLC on July 19, 2007. He was designated by the Defendants to testify regarding the relationship between DynCorp International, LLC and DynCorp International Free Zone, LLC (DIFZ). Written discovery responses had produced very limited information about such relationship.

In part, Mr. Hougen's testimony addressed the legal, corporate, financial and contractual relationship between the parent and wholly-owned subsidiary.

1

As such, his testimony is highly pertinent to several issues presented in the pending Motion, including: (1) the applicability of alter ego and mere instrumentality doctrines; (2) whether the local contacts of DynCorp International, LLC may be imputed to DIFZ; and (3) whether DIFZ may be served with process by and through its three directors in the United States.

For example, Mr. Hougen testified that three of the four current directors of DIFZ are also officers and employees of DynCorp International, LLC. He testified that DIFZ has no source of income other than DynCorp International, LLC. As he explained the relationship, DIFZ employs individuals solely to service DynCorp International, LLC's government contracts. Salaries of "DIFZ" employees are passed through to DynCorp International, LLC as expenses or overhead under the leasing agreement. DIFZ does not make a profit in connection with this arrangement. It operates essentially on a "break even" basis. With respect to U.S. citizens, this arrangement is structured by tax concerns. These and other facts enhance Plaintiff's position that DIFZ is merely acting as an instrumentality of DynCorp International, LLC.

Accordingly, Plaintiff seeks leave to file a supplemental memorandum for the limited purpose of presenting facts adduced at the corporate deposition of DIFZ's parent company. Such a memorandum could be filed on or before August 6, 2007.

Undersigned counsel sought the consent of all Defendants to this motion. Counsel for DIFZ would not consent without reviewing the supplemental

memorandum. Counsel for the other DynCorp parties are not taking a position regarding the matter because they do not represent DIFZ.

>Respectfully submitted,
>
>FINKELSTEIN & HORVITZ, P.C.
>
>By:_____/s/_____
>Nathan I. Finkelstein (D.C. Bar No. 173682)
>Laurie B. Horvitz (D.C. Bar No. 384702)
>Robert J. Goldman (D.C. Bar. No. 481642)
>7315 Wisconsin Avenue, Suite 400 East
>Bethesda, MD 20814
>(301) 951-8400
>**Counsel for Plaintiff Ronald Wood**

## CERTIFICATE OF FILING

I hereby certify that a copy of the foregoing Motion and proposed order were filed electronically on July 26, 2007. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, including the following counsel:

Robert B. Wallace (D.C. Bar No. 108571)
Kevin P. Farrell (D.C. Bar. No. 492142)
Yoora Pak (D.C. Bar No. 467007)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
1341 G Street, N.W.
Suite 500
Washington, DC 20005
202-626-7660

George D. Ruttinger (D.C. Bar No. 214445)
Amy Laderberg O'Sullivan (D.C. Bar No. 474973)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-624-2500

/s/
Laurie B. Horvitz