## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **WOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:06-cv-1616 |
| **v.** ) | Judge Kollar-Kotelly |
| ) | |
| **DYNCORP, et al.** ) | |
| ) | |
| **Defendants**. ) | |

### ORDER

Upon consideration of Plaintiff Ronald Wood's Motion for Leave to File A

Supplemental Memorandum in Opposition to DynCorp International Free Zone,

LLC's Motion to Dismiss for Insufficiency of Service of Process and Lack of

Personal Jurisdiction, any opposition thereto and the record herein, it is this ____

day of _____, 2007 hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff shall file any supplemental memorandum on or

before August 6, 2007.

_____

The Honorable Colleen Kollar-Kotelly