UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD WOOD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06cv1616 |
|  | ) Judge Kollar-Kotelly |
| DYNCORP, et al., | ) |
| Defendants. | ) |

**DEFENDANT DYNCORP INTERNATIONAL FREE ZONE,
LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
DYNCORP INTERNATIONAL FREE ZONE, LLC'S MOTION TO
DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS
AND LACK OF PERSONAL JURISDICTION**

Defendant DynCorp International Free Zone, LLC ("DIFZ"), appearing solely for the purpose of challenging insufficient service of process and the personal jurisdiction of this Court over DIFZ, respectfully submits the following response to Plaintiff's motion for leave to file a supplemental memorandum in opposition to DIFZ's motion to dismiss.

It is difficult for DIFZ to evaluate its position regarding Plaintiff's motion without first having the opportunity to review the "supplemental memorandum" for which Plaintiff requests leave to file. In particular, although Plaintiff contends that it seeks to present facts adduced at the July 19, 2007 deposition of H. Montgomery Hougen, Plaintiff has already included as Exhibit I to his Opposition excerpts from a prior deposition of Mr. Hougen on the issue of the relationship between DIFZ and

DynCorp International, LLC ("DI") in connection with the *Potts v. DynCorp International LLC* litigation. Accordingly, it remains unclear what information about the relationship between DI and DIFZ was not previously available to Plaintiff.

However, if the Court grants Plaintiff's motion for leave to file a supplemental memorandum, DIFZ respectfully requests an opportunity to respond within 11 days of the date of service of the Supplemental Memorandum in accordance with Local Rule 7(b).

>Respectfully submitted,
>
>s/ George D. Ruttinger
>D.C. Bar No. 214445
>Amy Laderberg O'Sullivan
>D.C. Bar No. 474973
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C.  20006
>Tel.    (202) 624-2500
>Fax    (202) 628-5116
>
>Counsel for DynCorp International Free Zone, LLC

Dated: August 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 06cv1616 |
| v. ) | Judge Kollar-Kotelly |
| ) | |
| DYNCORP, et al., ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

Upon consideration of Plaintiff Ronald Wood's Motion for Leave to File Supplemental Memorandum in Opposition to DynCorp International Free Zone, LLC's Motion to Dismiss for Insufficiency of Service of Process and Lack of Personal Jurisdiction, Defendant's Response thereto, and the record herein, it is this _____ day of August, 2007 hereby

ORDERED that this Motion is DENIED.

_____

The Honorable Colleen Kollar-Kotelly

**CERTIFICATE OF FILING**

I hereby certify that on August 1, 2007, a copy of the foregoing Defendant DynCorp International Free Zone, LLC's Response to Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to DynCorp International Free Zone, LLC's Motion to Dismiss for Insufficiency of Service of Process and Lack of Personal Jurisdiction and proposed order were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ George D. Ruttinger