AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Wood,

       Plaintiff(s)  )
)
)
       vs.  )  **APPEARANCE**
)
DynCorp,  )  CASE NUMBER 1:06-cv-1616 CKK
)
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Laurie B. Horvitz__ as counsel in this
                   (Attorney's Name)

case for: __Plaintiff Ronald Wood.__
        (Name of party or parties)

August 2, 2007
Date

/s/ Laurie B. Horvitz
Signature

Laurie B. Horvitz
Print Name

384702
BAR IDENTIFICATION

7315 Wisconsin Ave., Suite 400 East
Address

Bethesda, MD 20814
City    State    Zip Code

301-951-8400
Phone Number