IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD WOOD,<br>301 Pembrook Street<br>Ladson, South Carolina 29456 | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: 06CV1616<br>Next Event: 8/7/07; mediation |
| DYNCORP<br>A Delaware Corporation<br>11710 Plaza America Dr.<br>Reston, VA 20190<br>Serve:<br>C T Corporation System<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, D.C. | * * * * * * * * * * | Judge Kollar-Kotelly |
| DynCorp International LLC<br>A Delaware Limited Liability Co.<br>8445 Freeport Parkway, Suite 400<br>Irving, Texas 75063<br>Serve: Stephen J. Cannon<br>President, Chief Exec. Officer | * * * * * * * | |
| DynCorp International Inc.<br>A Delaware Corporation<br>8445 Freeport Parkway, Suite 400<br>Irving, Texas 75063<br>Serve: Stephen J. Cannon<br>President, Chief Exec. Officer | * * * * * * * | |
| DynCorp International FZ-LLC<br>Building 15, Suite 105<br>PO Box 500367<br>Dubai Internet City, UAE<br>To Serve: Sanjay Wadhwani | * * * * * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ERRATA TO STYLE OF AMENDED COMPLAINT

Please file this errata sheet reflecting the correct style of the instant matter, evidencing Dyncorp, DynCorp International LLC, DynCorp International Inc. and DynCorp International FZ-LLC, as named Defendants in this action. Plaintiff requests that the above replace the caption in the previously filed Amended Complaint.

Respectfully submitted,

Finkelstein & Horvitz, PC

/s/
Nathan I. Finkelstein, Esquire, #173682
Laurie B. Horvitz, Esquire, #384702
Robert J. Goldman, Esquire, #481642
7315 Wisconsin Avenue, Suite 400East
Bethesda, Maryland 20814
301-951-8400
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above this 2nd day of August 2007 by United States first class mail with adequate postage prepaid and addressed as follows:

Robert Wallace, Esquire
Yoora Pak, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, NW, 5th Floor
Washington, DC 20005

George D. Ruttinger, Esquire
Amy Laderberg O'Sullivan, Esquire
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20006

/s/
Robert J. Goldman