UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>DYNCORP, *et al.*<br><br>    Defendants. | Civil Action No. 06–1616 (CKK) |

## ORDER

On August 7, 2007, the parties to the above-captioned case participated in a Settlement Conference before Magistrate Judge Alan Kay. On August 13, 2007, Magistrate Judge Kay informed the Court that the parties had reached a settlement in principle in the above-captioned case. Accordingly, it is, this 14th day of August, 2007, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until September 13, 2007. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

                                                                        */s/*
                                                        COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge