UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD WOOD,<br><br>    PLAINTIFF<br><br>vs.<br><br>DYNCORP, et al.<br><br>    DEFENDANTS | Civil Action No.:06cv1616<br>Next Deadline: none<br><br>Judge Kollar-Kotelly |

**PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINE FOR DISMISSAL OF CASE**

Plaintiff, Ronald Wood, by and through undersigned counsel, moves this Court to extend the deadline on which this case will be dismissed with prejudice. Pursuant to an Order, dated August 14, 2007, this Court dismissed this case *without prejudice* until September 13, 2007. An additional two weeks is necessary to finalize certain issues by and between the parties. Accordingly, Plaintiff seeks an order extending the deadline for dismissal with prejudice until September 27, 2007. Counsel for Defendants consents to the requested extension. A proposed order is attached hereto.

                    Respectfully submitted,
                    FINKELSTEIN & HORVITZ, PC

                    _____/s/_____
                    Nathan I. Finkelstein #013792
                    Laurie B. Horvitz, ##384702
                    Robert J. Goldman #16261
                    7315 Wisconsin Avenue, Suite 400 East
                    Bethesda, Maryland 20814
                    Telephone (301) 951-8400
                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and proposed order were filed electronically on September 12, 2007. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, including the following counsel:

Robert B. Wallace (D.C. Bar No. 108571)
Kevin P. Farrell (D.C. Bar. No. 492142)
Yoora Pak (D.C. Bar No. 467007)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
1341 G Street, N.W.
Suite 500
Washington, DC 20005
202-626-7660

George D. Ruttinger (D.C. Bar No. 214445)
Amy Laderberg O'Sullivan (D.C. Bar No. 474973)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-624-2500

　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　Laurie B. Horvitz