**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD WOOD,<br><br>PLAINTIFF<br><br>vs.<br><br>DYNCORP, et al.,<br><br>DEFENDANTS | Civil Action No.: 06CV1616<br>Next deadline: none<br><br>Judge Kollar-Kotelly |

### ORDER

Having considered Plaintiff's Consent Motion to Extend Deadline For Dismissal of Case and the record herein, it is this _____ day of September, 2007, hereby

ORDERED that said Motion is GRANTED; and it is

FURTHER ORDERED that this case shall stand dismissed with prejudice on September 27, 2007, without further order, unless counsel moves to extend or to reopen the case before that date.

_____
Judge Colleen Kollar-Kotelly

Copies to:
Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814

Robert B. Wallace
Kevin P. Farrell
Yoora Pak
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, NW
5th Floor
Washington, DC 20005

George D. Ruttinger (D.C. Bar No. 214445)
Amy Laderberg O'Sullivan (D.C. Bar No. 474973)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-624-2500