UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **WOOD,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | Case No. 1:06-cv-1616 CKK |
| **v.** ) | |
| ) | |
| **DYNCORP,** *et al.*, ) | |
| ) | |
|     **Defendants**. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald Wood and Defendants DynCorp, DynCorp International Inc., DynCorp International LLC, and DynCorp International Free Zone, LLC, hereby stipulate to the DISMISSAL WITH PREJUDICE of the above-captioned matter as a result of a voluntary settlement between the parties as of the 21st day of September, 2007.

Respectfully submitted,

FINKELSTEIN & HORVITZ, P.C.

By: _____/s/_____
Nathan I. Finkelstein (D.C. Bar No. 173682)
Laurie B. Horvitz (D.C. Bar No. 384702)
Robert J. Goldman (D.C. Bar. No. 481642)
7315 Wisconsin Avenue, Suite 400 East
Bethesda, MD 20814
(301) 951-8400
***Counsel for Plaintiff Ronald Wood***

and

270195.1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/
Robert B. Wallace (D.C. Bar No. 108571)
Kevin P. Farrell (D.C. Bar. No. 492142)
Yoora Pak (D.C. Bar No. 467007)
1341 G Street, N.W.
Suite 500
Washington, DC 20005
202-626-7660
*Counsel for Defendants DynCorp, DynCorp International LLC, and DynCorp International Inc.*

and

CROWELL & MORING LLP

By: /s/
George D. Ruttinger (D.C. Bar No. 214445)
Amy Laderberg O'Sullivan (D.C. Bar. No. 474973)
1001 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-624-2500
*Counsel for Defendant DynCorp International Free Zone, LLC*

270195.1